## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

RECEIVED

|  |  |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | § |
|  | § 2007 APR 12 P 3: 38 |
|  | § |
| Plaintiff, | § EBRA P. HACKETT, CLK |
|  | § U.S. DISTRICT COURT |
| vs. | § MIDDLE DISTRICT ALA |
|  | § |
|  | § |
| RALPH RATCLIFF and DAIRY | § |
| FRESH OF ALABAMA, LLC | § |
| F/K/A DAIRY FRESH CORPORATION, | § |
|  | § |
| Defendants. | § |

CIVIL ACTION NO.:

2:07CV320 - mEF

## PETITION FOR DECLARATORY JUDGMENT

COMES NOW St. Paul Fire and Marine Insurance Company and files this Petition for Declaratory Judgment, alleging as follows:

1.     This action for declaratory relief is brought to determine the rights, duties, status, and legal relations of the parties under the insurance policy described below.

2.     The Plaintiff, St. Paul Fire and Marine Insurance Company (sometimes hereinafter referred to as "Travelers"), seeks to invoke this Court's diversity of citizenship jurisdiction pursuant to 28 U.S.C. Section 1332.  As set forth below, Travelers is diverse from the Defendants, and the amount in controversy exceeds $75,000.

3.     Travelers also seeks a declaration of its rights pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. Section 2201, *et seq.*

4.     The Plaintiff, St. Paul Fire and Marine Insurance Company is a corporation organized and existing under the laws of the State of Minnesota, with its principal place of business in St. Paul, Minnesota.

5.    Upon information and belief, Defendant Ralph Ratcliff is an individual resident and citizen of the State of Alabama.

6.    Upon information and belief, Defendant Dairy Fresh of Alabama, LLC f/k/a Dairy Fresh Corporation is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Greensboro, Alabama.

7.    Venue in this District is proper, pursuant to 28 U.S.C. Section 1391(a)(2), as a substantial part of the events, acts, or omissions giving rise to the asserted claims took place in this District.

8.    Travelers issued insurance policy number CK00215377 to Dairy Fresh Corporation for policy period December 1, 2002 to December 1, 2003. A copy of Travelers's policy is attached hereto as Exhibit "A." The policy limits for uninsured motorist coverage under Travelers' policy are $120,000.

9.    Upon information and belief, on or about April 8, 2003, Ralph Ratcliff was involved in an automobile accident in Montgomery County, Alabama while driving a truck owned and operated by Dairy Fresh Corporation.

10.    On or about December 9, 2005, over two years after the date of the accident, Mr. Ratcliff made a policy limits demand for uninsured motorist coverage under Dairy Fresh's policy with Travelers.

11.    Pursuant to controlling Alabama law and the language of Travelers's policy, Mr. Ratcliff's claim for uninsured motorist coverage under the Travelers policy is barred by the applicable statute of limitations. *See State Farm Automobile Ins. Co. v. Mason*, __ So. 2d __, 2007 WL 80487 (Ala. Civ. App. January 12, 2007), *cert. granted,* __ So. 2d __ (Ala. March 20, 2007).

2

12.    Travelers does not owe coverage to Mr. Ratcliff under the terms, conditions, and provisions of the Travelers policy and controlling Alabama case law.

13.    A bona fide controversy exists between the parties as to their legal rights, status, and liabilities pursuant to the Travelers policy.

14.    Travelers hereby offers to do equity.

WHEREFORE, PREMISES CONSIDERED, Travelers respectfully requests the following relief:

a.    That this Court will take jurisdiction of this Petition;

b.    That this Court will ORDER, ADJUDGE, and DECREE that this is a proper case for declaratory judgment relief and that there is a bona fide controversy between the parties as to their legal rights, status, and liabilities;

c.    That the process of this Court be issued to the Defendants as provided by law and the rules of this Court and that the Defendants be ordered to respond to this Petition for Declaratory Judgment within the time prescribed by law or in the event of failure to do so, suffer a decree pro confesso;

d.    That upon final hearing of this cause, this Honorable Court will declare the rights, status, and legal relations of Travelers and the Defendants regarding Ralph Ratcliff's claims for uninsured motorist benefits under the above-referenced policy, and declare that Travelers does not owe coverage to Mr. Ratcliff under the above-referenced policy;

e.    That if Travelers is mistaken in any special relief herein prayed for,

then it prays for such other, further, or more general relief to which it may be entitled

in the premises.

Respectfully submitted,

Joel S. Isenberg (8855-N76J)
Candace L. Hudson (8314-N66H)
Attorneys for Plaintiff St. Paul Fire and
Marine Insurance Company

**OF COUNSEL:**

ELY & ISENBERG, LLC
600 Beacon Parkway West, Suite 104
Birmingham, Alabama 35209
Telephone:    (205) 313-1200
Facsimile:    (205) 313-1201
jisenberg@elylawllc.com
chudson@elylawllc.com

**PLEASE SERVE DEFENDANTS BY CERTIFIED MAIL:**

Ralph Ratcliff
5761 Suzanne Lane
Theodore, Alabama 36582

Dairy Fresh, LLC f/k/a Dairy Fresh Corporation
c/o The Corporation Company
2000 Interstate Park Drive
Suite 204
Montgomery, Alabama 36109

4

# Exhibit "A"

## INTRODUCTION

The St.Paul

This policy protects against a variety of losses. There are also some restrictions. We've written this policy in plain, easy-to-understand English. We encourage you to read it carefully to determine what is and what is not covered, as well as the rights and duties of those protected.

**Policy Number:** CK00215377

ATLANTA - DULUTH
BUILDING 700
3097 SATELLITE BLVD
DULUTH GA 30096-5814

In return for your premium, we'll provide the protection stated in this policy.

We, us, our, and ours mean **St. Paul Fire and Marine Insurance Company.** We're a capital stock company located in St. Paul, Minnesota.

The words you, your, and yours mean the insured named here, which is a

CORPORATION
DAIRY FRESH CORPORATION
PO BOX 159
GREENSBORO AL 36744

***INSURED NAMES CONTINUED ON BACK***

Your policy is composed of General Rules, an explanation of What To Do If You Have A Loss, one or more Coverage Summaries, and one or more Insuring Agreements explaining your coverage. It may also include one or more endorsements. Endorsements are documents that change your policy. The Policy Forms List shows all the forms included when this policy begins.

One of our authorized representatives will also countersign the policy.

This policy will begin on 12/01/02 and will continue until 12/01/03

Your former policy number is automatically replaced: NEW

Your premium for the policy period shown is:      $649,506.00

However, please refer to the Premiums section of the General Rules to see how final premiums are determined.

FEDERAL EMPLOYER
IDENTIFICATION NUMBER:  630305598

"This is to certify that this is a true and correct copy of this policy."

*Amy Marthaler* 4/5/07
Authorized Representative   Date

Our authorized representative is:
0100962
WILLIS OF ALABAMA INC
P.O. BOX  11587
BIRMINGHAM AL 35202

Authorized Representative          Date

*Jay S. Fishman*
President

*Secretary*

**Processing Date** 12/10/02  09:45  001

40800 Ed. 5-87 Printed in U.S.A.                Introduction
©St.Paul Fire and Marine Insurance Co.1984 All Rights Reserved          Page    1

**The St.Paul**

```
    INSURED NAMES CONTINUED:
DAIRY FRESH ICE CREAM CORP.
PLASTICS, INC.
DAIRY FRESH OF LOUISIANA, INC.
```

©St.Paul Fire and Marine Insurance Co.1984 All Rights Reserved

**POLICY FORM LIST**

The**StPaul**

Here's a list of all forms included in your
policy, on the date shown below.  These forms
are listed in the same order as they appear in
your policy.

| Title | Form Number | Edition Date |
|---|---|---|
| Introduction – St. Paul Fire And Marine Insurance Company | 40800 | 05-87 |
|    Policy Form List | 40705 | 05-84 |
| Composite Rated Premium Adjustment Summary | GL088 | 05-95 |
| General Rules | 40701 | 09-96 |
|    Waiver Of Rights Of Recovery Endorsement – Commercial General Liability | 43390 | 10-93 |
|    Earlier Notice Of Cancellation Or Nonrenewal By Us Endorsement | 43704 | 10-97 |
|    Alabama Required Endorsement | 40752 | 06-01 |
|    Florida Required Endorsement | 40738 | 02-01 |
|    Georgia Required Endorsement | 40518 | 04-01 |
|    Commercial Auto Required Endorsement – Alabama | 44250 | 03-93 |
|    Commercial Auto Required Endorsement – Florida | 44038 | 02-01 |
|    Commercial Auto Required Endorsement – Georgia | 44039 | 10-00 |
|    Commercial Auto Required Endorsement – Louisiana | 44047 | 10-01 |
| What To Do If You Have A Loss | 40814 | 11-91 |
| Commercial General Liability Protection Coverage Summary | 47110 | 01-96 |
| Commercial General Liability Protection | 47500 | 01-01 |
|    Louisiana Pollution Injury Or Damage Exclusion Additional Examples Endorsement | G0450 | 04-01 |
|    Vendors Endorsement–Additional Protected Persons | 43345 | 07-85 |
|    Asbestos Exclusion Endorsement | G0468 | 03-02 |
|    Fellow Employee Bodily Injury Endorsement – Described Supervisory Positions | 47169 | 01-96 |
|    Property Damage Change And Intellectual Property Exclusion Endorsement | G0467 | 07-01 |
|    Employment-Related Practices Exclusion Endorsement | 47153 | 09-01 |
|    Tank Truck Implosion Endorsement | 40502 | 01-80 |
| Employee Benefit Plans Administration Liability Protection –Claims-Made Coverage Summary | 43532 | 01-96 |
| Employee Benefit Plans Administration Liability Protection –Claims-Made | 43475 | 01-96 |
|    Employment-Related Practices Exclusion Endorsement – Employee Benefit Plans Administration Liability | L0436 | 09-01 |
| Auto Coverage Summary | 44460 | 04-91 |
| Auto Coverage Summary – Continued | 44462 | 04-91 |
| Auto Schedule | 44463 | 04-91 |
|    Waiver Of Rights Of Recovery Endorsement – Auto Liability | A0186 | 04-00 |
|    Large Risk Total Cost Endorsement – Short Form | L0001 | 11-96 |
|    Auto Liability Deductibles End.–Deductibles ApplyTo Damages & Claim Expenses – Limit Is Reduced By The Deductible Amnt. | A0068 | 04-97 |
| Auto Liability Protection | 44449 | 12-93 |
|    Endorsement For Motor Carrier Policies Of Insurance For Public Liability Under Sect. 29 and 30 of Motor Carrier Act | MCS90 | 03-96 |
|    Additional Protected Persons Endorsement For Autos You've | 44476 | 04-91 |

| **Name of Insured** | **Policy Number** CK00215377 | **Effective Date** 12/01/02 |
|---|---|---|
| DAIRY FRESH CORPORATION | **Processing Date** 12/10/02  09:45  001 | |

**The St.Paul**

| | | |
|---|---|---|
| Leased From Others | | |
| Autos Rented By Employees Endorsement | A0173 | 12-99 |
| Hired Autos Covered As Owned Autos Endorsement | 44307 | 01-86 |
| Auto Fellow Employee Coverage Endorsement | 44480 | 04-91 |
| Uninsured And Underinsured Motorists Protection - Alabama | 44278 | 02-01 |
| Uninsured And Underinsured Motorists Protection - Florida - Non-Stacking | 44094 | 03-01 |
| Uninsured And Underinsured Motorists Protection - Georgia | 44023 | 05-01 |
| Uninsured And Underinsured Motorists Protection - Louisiana | 44081 | 02-02 |
| Uninsured And Underinsured Motorists Protection - Mississippi | 44107 | 02-01 |
| Florida No-Fault Auto Protection | 44102 | 09-02 |
| Auto Medical Payments Protection | 44472 | 09-99 |
| Auto Physical Damage Protection | 44455 | 07-96 |
| Lease Gap Coverage Endorsement | A0176 | 08-99 |
| Trailer Interchange Endorsement | 44475 | 04-91 |
| Rental Reimbursement Coverage Endorsement | 44159 | 12-83 |
| Additional Insured Endorsement - Commercial Auto | CA019 | 06-02 |

©St.Paul Fire and Marine Insurance Co. 1995

**COMPOSITE RATED PREMIUM ADJUSTMENT SUMMARY**                                The **St Paul**

This summary applies to your:
Policy

---

**What This Summary Does**

All or part of your composite rated premium is estimated because it's based on estimated exposure. This summary shows when and how we'll use actual exposure to figure your actual premium.

*Exposure* means the amount of premium basis developed for each coverage shown in the Premium Adjustment Table.

**When we'll figure your actual premium.** We'll figure your actual premium at the end of the policy year. If an interim audit period is shown, we'll also figure your premium at the end of each such period during the policy year.

You agree to promptly provide your actual exposure for the policy year, and if shown, each interim audit period, when we request that information or make a physical audit.

**How we'll figure your actual premium at the end of the policy year.** We'll multiply your actual exposure by the rate shown in the Premium Adjustment Table. This will determine your actual premium for the policy year. If it's more than the premium we previously charged, you'll pay the balance when due. If it's less, you'll get credit for the difference. But you won't pay less than the highest minimum premium shown for each coverage with an actual exposure for the policy year.

**How we'll figure your actual premium during the policy year.** If an interim audit period is shown, we'll multiply your actual exposure by the rate shown in the Premium Adjustment Table. This will determine your actual premium for that period. You'll pay this premium when due, in addition to any other premium we previously charged.

**Other Terms**

All other terms of your policy remain the same.

---

**Interim audit period:**  Annual

**Premium Adjustment Table**

The following applies from 12/1/02       to 12/1/03       :

Coverage:  General Liability

| Premium basis | Estimated exposure | Rate applies per $1,000 | Estimated premium | Minimum premium |
|---|---|---|---|---|
| ☒ Sales | $220,000,000 | X 0.595 = | $130,900.00 | OR $134,916.00 |

Minimum premium includes the following flat premiums:
    Employee Benefits     $1,516.00
    Tank Truck Implosion  $2,500.00

---

| Name of Insured | Policy Number CK00215377 | Effective Date 12/01/02 |
|---|---|---|
| DAIRY FRESH CORPORATION | | Processing Date 12/10/02  09:45  001 |

GL088 Ed. 5-95 Printed in U.S.A.                  Endorsement
©St.Paul Fire and Marine Insurance Co. 1995 All Rights Reserved                Page 1 of 2

**The St.Paul**

The following applies from 12/1/02     to 12/1/03     :

Coverage: Auto Liability

| Premium basis | Estimated exposure | Rate applies per Each | Estimated premium | Minimum premium |
|---|---|---|---|---|
| ☒ Power Unit 506 | | X $1,015.00 = | $513,590.00 | OR $513,590.00 |

Actual premium is to be determined on the "average number of vehicles" (sum of the estimated # of vehicles at inception and the actual # of vehicles at expiration divided by 2) for the policy year.

---

The following applies from          to          :

Coverage:

| Premium basis | Estimated exposure | Rate applies per | Estimated premium | Minimum premium |
|---|---|---|---|---|
| ☐ | | X = | $ | OR $ |

---

The following applies from          to          :

Coverage:

| Premium basis | Estimated exposure | Rate applies per | Estimated premium | Minimum premium |
|---|---|---|---|---|
| ☐ | | X = | $ | OR $ |

**GENERAL RULES**                                    TheSt.Paul

These rules apply to the entire policy unless
you're notified otherwise.

---

### Special Rights And Duties Of The First Named Insured

You agree that when more than one insured
is named in the introduction, the first named
insured has special rights and duties. These
rights and duties are explained in the
following General Rules:

- Premiums.
- Cancellation.
- Policy Changes.

### Your Policy Period

Insuring agreements in this policy begin at
12:01 a.m., standard time, on the effective
date. If this policy replaces policies ending
at noon, rather than 12:01 a.m., coverage
begins at noon when the old policy ends.

Insuring agreements or endorsements added
to this policy after its effective date begin
on the effective date of the added
agreement.

Coverage ends at 12:01 a.m., standard time,
on the expiration date. If all or part of this
policy is cancelled for any reason before
that date, that coverage will end at 12:01
a.m., standard time, on the cancellation date.

### Premiums

We compute the premium you pay for this
policy using information available at the
time. So, all or part of your premium may
be based on estimates. If estimates are
used, we'll compute your actual premium
when complete information is available at
the end of the policy period. If it's more
than you've paid, you'll owe us the
difference. If it's less, we'll return the
difference.

In any event, you won't pay less than any
minimum annual premium agreed on.

The first named insured is responsible for
paying all premiums and will be the one to
whom we'll pay any return premiums.

In some instances, such as when coverage
under your policy is changed, there may be
a difference in your premium. If this
happens, either you will owe us additional
premium or we will owe you a refund. If
the difference in premium that you owe us
is $15 or less, we'll waive this amount. If
the difference in premium we owe you is
$15 or less, we won't refund this amount
unless you request that we refund it. We'll
apply this waiver of premium practice
separately each time your policy is
endorsed.

You must keep accurate records of the
information we'll need to compute your
premium. Your agent can explain the type of
records we'll need. The first named insured
agrees to send copies of these records at
the end of each policy period - or any other
time we request them.

### Our Right To Inspect And Audit

You agree to let us inspect your property
and business operations during normal
business hours while this policy is in force.
We're not, however, required to make
inspections. Nor will we guarantee that your
property or operations are safe, or that they
conform to any laws, codes, standards or
regulations. This rule also applies to any
organization which makes insurance
inspections, surveys, reports or
recommendations for us. You also agree to
let us examine and audit your financial
books and records that relate to this
insurance at any time up to 3 years after
this policy ends

### Policy Changes

This policy contains all the agreements
between you and us concerning this
insurance. The first named insured is

---

**The St.Paul**

authorized to make changes in this policy with our consent. This policy can only be changed by a written form included as part of the policy. This form must be signed by one of our authorized representatives.

We make changes in our standard insurance policy forms from time to time. These changes must conform to state law and are filed with insurance supervisory authorities for approval. While your coverage is in force we can make any change in the form of this policy that broadens or extends your coverage. If we do, and the change can be added to your policy without increasing the premium, you'll automatically receive the benefit of the extended or broadened coverage on the day the change is effective in your state.

## Assignment And Transfers

Neither you nor anyone else covered under this policy can assign or turn over your interest in it without our written consent attached to the policy.

However, there is one exception. If you are an individual named insured and you die, your rights and duties will be transferred to your legal representative; but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having temporary custody of your property will have your rights and duties concerning that property.

## Cancellation

The first named insured can cancel this policy in whole or part at any time.

To cancel, the first named insured must deliver the policy or the part to be cancelled to us or to any of our authorized agents. If this isn't possible notify us by mail and include the date coverage is to end. We'll refund the unused premium to the first named insured, less a charge for early cancellation.

If we cancel this policy, we'll mail or deliver a cancellation notice to the first named insured at least 30 days before coverage will end: 10 days if we're cancelling for nonpayment of premium. If

notice is mailed, proof of mailing to the first named insured's last mailing address known to us will be considered proof you were notified. Any unused premium will be refunded to the first named insured as soon as possible. However, the cancellation will be effective whether or not we've made or offered a refund.

## Recovering Damages From A Third Party

Any person protected under this policy may be able to recover all or part of a loss from someone other than us. Because of this, each protected person must do all that's possible after a loss to preserve any right of recovery available. If we make a payment under this policy that right of recovery will belong to us. If we recover more than we've paid, the excess will belong to the person who had the loss. But we'll deduct our recovery expenses first.

## Fraud And Misrepresentation

This policy is void if you or any other protected person hide any important information from us, mislead us, or attempt to defraud or lie to us about any matter concerning this insurance - either before or after a loss. Of course, everyone makes mistakes. Unintentional errors or omissions won't affect your rights under this policy

## Appraisal Of Property Disputes

If your policy includes property insurance and agreement can't be reached on the amount of a property loss or the value of the property, the following procedure will be used:

1. One of us will make a written demand for an appraisal.

2. Each will select a competent and impartial appraiser and notify the other of the selection within 30 days of the demand.

3. The appraisers will select a competent and impartial umpire. If they can't agree on an umpire, either may ask that one be selected by a judge of a court having jurisdiction.

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

The **St.Paul**

**4.** The appraisers will state separately the amount of the loss and the value of the property. If they don't agree, they'll submit their appraisals to the umpire. Agreement of two out of three will be binding..

You'll pay your appraiser and we'll pay ours. Other costs of the appraisal and the umpire will be shared equally by you and us.

If we submit to an appraisal, we'll still retain our right to deny the claim.

## How State Law Affects This Policy

Any part of this policy that conflicts with state law is automatically changed to conform to the law.

## Lawsuits Against Us

No one can sue us to recover under this policy unless all of its terms have been lived up to.

**If your policy includes property insurance.** Any lawsuit to recover on a property claim must begin within 2 years after the date on which the direct physical loss or damage occurred. State law gives you more time for property located in these states:

- North Dakota, North Carolina, Maryland – 3 years
- Wyoming – 4 years; and
- Kansas, Nebraska – 5 years

**If your policy includes liability insurance.** No one can sue us to recover on a liability claim until the amount of the protected person's liability has been finally decided either by a trial or by a written agreement signed by the protected person, by us and by the party making this claim. Once liability has been determined by judgment or by written agreement, the party making the claim may be able to recover under this policy, up to the limits of coverage that apply. But that party can't sue us directly or join us in a suit against the protected person until liability has been so determined.

If the protected person or his or her estate goes bankrupt or becomes insolvent, we'll still be obligated under this policy.

## WAIVER OF RIGHTS OF RECOVERY ENDORSEMENT – COMMERCIAL GENERAL LIABILITY

**The St.Paul**

This endorsement changes your General Rules.

### How Coverage Is Changed

The following is added to the Recovering Damages From A Third Party rule.   This change waives our right of recovery against certain persons or organizations for certain payments we make under your Commercial General Liability Protection.

We agree that we waive any right of recovery we may have against the person or organization shown below for any payment we make under your Commercial General Liability Protection for covered injury or damage or medical expenses that result from:
•your ownership, maintenance or use of a premises which you own or rent, lease or borrow from others;
•your work, completed work or products; or
•your other activities.

We explain what we mean by your work, your completed work and your products in the Products and completed work total limit section of your Commercial General Liability Protection.

### Other Terms

All other terms of your policy remain the same.

Person or organization:

As required by written contract.

| Name of Insured | Policy Number CK00215377 | Effective Date 12/01/02 |
|---|---|---|
| DAIRY FRESH CORPORATION | Processing Date 12/10/02  09:45  001 | |

**EARLIER NOTICE OF CANCELLATION OR NONRENEWAL BY US
ENDORSEMENT**

The St.Paul

This endorsement changes:

- your General Rules; or
- any state required endorsement that changes
  the Cancellation rule in your General Rules.

---

**How Coverage Is Changed**

The following is added to the Cancellation
rule.  This change increases the number of
days of notice we must give if we:

- cancel your policy for any reason, other
  than nonpayment of premium; or
- do not renew your policy for any reason.

No other change is made to the Cancellation
rule.

If we cancel this policy for any reason,
other than nonpayment of premium, we'll
mail or deliver a notice of cancellation to
the first named insured at least the number
of days shown below before coverage will
end.

If we do not renew this policy for any
reason, we'll mail or deliver a notice of
nonrenewal to the first named insured at
least the number of days shown below
before the policy's ending or expiration date.

---

Number of days:   90

---

**Other Terms**

All other terms of your policy remain the
same.

---

**Name of Insured**
DAIRY FRESH CORPORATION

**Policy Number** CK00215377

**Effective Date** 12/01/02
**Processing Date** 12/10/02   09:45   001

---

43704 Rev. 10-97 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co.1997 All Rights Reserved

Endorsement

Page 1 of 1

**ALABAMA REQUIRED ENDORSEMENT**

The**StPaul**

This endorsement changes your policy to comply with Alabama law.

---

**NOTICE OF BINDING APPRAISAL OF PROPERTY DISPUTES AGREED TO BY YOU AND US**

The following replaces the Appraisal Of Property Disputes section of the General Rules.

**APPRAISAL OF PROPERTY DISPUTES**

**IF YOUR POLICY INCLUDES PROPERTY INSURANCE AND AGREEMENT CAN'T BE REACHED ON THE AMOUNT OF A PROPERTY LOSS OR THE VALUE OF THE PROPERTY, THE FOLLOWING PROCEDURE WILL BE USED IF YOU AND WE BOTH AGREE.**

1. **ONE OF US WILL MAKE A WRITTEN REQUEST FOR AN APPRAISAL, WHICH MUST BE AGREED TO BY THE OTHER.**

2. **IF SO AGREED, EACH OF US WILL SELECT A COMPETENT AND IMPARTIAL APPRAISER AND NOTIFY THE OTHER OF THE SELECTION WITHIN 30 DAYS OF THE DEMAND.**

3. **THE APPRAISERS WILL SELECT A COMPETENT AND IMPARTIAL UMPIRE. IF THEY CAN'T AGREE ON AN UMPIRE, EITHER MAY ASK THAT ONE BE SELECTED BY A JUDGE OF A COURT HAVING JURISDICTION.**

4. **THE APPRAISAL PROCEEDINGS MUST BEGIN WITHIN ONE YEAR AFTER THE DATE YOU AND WE AGREE TO THE APPRAISAL.**

5. **THE APPRAISERS WILL STATE SEPARATELY THE AMOUNT OF THE LOSS AND THE VALUE OF THE PROPERTY. IF THEY DON'T AGREE, THEY'LL SUBMIT THEIR APPRAISALS TO THE UMPIRE. AGREEMENT OF TWO OUT OF THREE WILL BE BINDING.**

**APPRAISAL EXPENSES WILL BE DETERMINED BY THE UMPIRE ACCORDING TO ALABAMA LAW.**

**THE APPRAISAL PROCEEDINGS WILL BE CONDUCTED IN YOUR COUNTY OF RESIDENCE, UNLESS YOU AND WE BOTH AGREE TO A DIFFERENT LOCATION. LOCAL RULES OF LAW FOR ARBITRATION PROCEDURE AND EVIDENCE WILL APPLY.**

**IF WE SUBMIT TO AN APPRAISAL, WE'LL STILL RETAIN OUR RIGHT TO DENY THE CLAIM.**

---

**Cancellation**

The following is added to the Cancellation section of the General Rules.

**Unused premium.** As soon as possible, the first named insured will get a refund of any unused premium paid. If we cancel, the refund will be figured on a pro-rata basis. If the first named insured cancels, the refund will be figured on a short-rate basis at 90 percent of the pro-rata return.

**Property Protection – Actual Cash Value**

If your policy includes any property protection, the following Is added.

**Actual cash value.** Any place in your agreement that the term Actual cash value is used, the following applies.

Actual cash value is calculated as the amount it would cost to repair or replace covered property, at the time of loss or damage, with material of like kind or quality. But we'll deduct from the value for deterioration, depreciation, and obsolescence. Actual cash value applies to the valuation of covered property regardless of whether that property has sustained partial or total loss or damage.

The actual cash value of the lost or damaged property may be significantly less than its replacement cost.

---

40752 Rev. 6-01 Printed in U.S.A.                    Endorsement
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved            Page 1 of 2

**The St.Paul**

### Acts Intended To Cause A Loss

If your policy includes property or inland marine protection, the following changes apply to that protection.

1. The following is added to the Exclusions - Losses We Won't Cover, or similarly titled, section.

   **Acts intended to cause a loss.** We won't pay for loss or damage that results from any act committed:
   - by or at the direction of any protected person; and
   - with the intent to cause a loss.

   But we won't apply this exclusion to deny coverage to an innocent protected person if the loss or damage is otherwise covered under this agreement and results from an abusive act by a protected person who is a family or household member.

   However, we'll provide such coverage only if the innocent protected person provides evidence of the abuse to us, as

proof that the loss is related to the abuse, and:
   - files a complaint under the Protection From Abuse Act against the abuser, and does not voluntarily dismiss the complaint; or
   - seeks a warrant for the abuser's arrest and cooperates in the prosecution of the abuser.

2. The following is added to the Recovering Damages From A Third Party section of the General Rules.

   If we pay a claim under the Acts intended to cause a loss exclusion, the rights of the innocent protected person to recover damages from the abuser are transferred to us, to the extent of our payment. After the loss, the innocent protected person may not waive such rights to recover against the abuser.

### Other Terms

All other terms of your policy remain the same.

**FLORIDA REQUIRED ENDORSEMENT**

The**StPaul**

This endorsement changes your policy to comply with Florida law.

---

**Cancellation**

The following replaces the Cancellation section of the General Rules.

You can cancel this policy in whole or in part at any time.

**How you can cancel.** To cancel this policy or any of the insuring agreements, you must deliver the policy, or the part you want canceled, to us or to any of our authorized agents. If this isn't possible, notify us by mail and include the date you want the policy or individual insuring agreement canceled. You'll get a refund for the unused premium, less a charge for early cancellation.

**How we can cancel policies in effect 90 days or less.** If your policy has been in effect 90 days or less, we can cancel for any reason during this period. If we do, we'll mail or deliver a notice of cancellation to the first named insured. The notice will show the reason for cancellation. We'll mail or deliver the notice at least 10 days before coverage will end if we cancel for nonpayment of premium, and 20 days before coverage will end if we cancel for any other reason. But we can cancel immediately without notice if there has been a material misrepresentation or fraud on your part, or if you don't comply with our underwriting requirements that we have already established.

We won't cancel your policy as a result of:
- property claims from natural acts, unless you don't take reasonable or necessary action to protect your property from further damage; or
- partial claims caused by sinkhole damage, even if you have filed a previous sinkhole claim.

However, we may cancel your policy if:
- the total amount of such covered property claims exceeds the current policy limits of coverage; or

- you don't repair the property according to our engineering recommendations.

**How we can cancel policies in effect more than 90 days.** If your policy has been in effect more than 90 days, we can cancel only for the following reasons.

1. *Nonpayment of premium.*

2. *Fraud or misrepresentation.* We can cancel if we discover that in obtaining this policy, you have committed fraud or made a material misrepresentation.

3. *Change in the risk.* We can cancel if a change occurs in the risk we're protecting that increases the hazard we're insuring against.

4. *Failure to comply with our underwriting requirements.* We can cancel if you fail to follow our underwriting requirements established within 90 days of the date your coverage was effective.

5. *Cancellation of an entire class of insureds.* We can cancel this policy if the cancellation is for all persons or organizations for a given class or type.

6. *Property claims as a result of natural acts.* We can cancel your policy as a result of property claims from natural acts when you don't take reasonable or necessary action to protect your property from further damage.

7. *Claims for partial loss.* We can cancel your policy as a result of partial loss caused by sinkhole damage if:

   the amount of covered property claims exceeds the current policy limits of coverage; or

   you don't repair the property according to our engineering recommendations.

If we cancel for nonpayment of premium, we'll mail or deliver a notice to the first named insured at least 10 days before coverage will end. If we cancel for any

---

**The St Paul**

other reason, we'll mail or deliver at least 45 days before coverage will end. The notice will show the reason for cancellation.

If your policy covers certain residential buildings or contents, we'll mail or deliver a notice to the first named insured at least 90 days before coverage will end.

**Nonrenewal.** We may decide not to renew or continue this policy. If so, we'll mail or deliver a notice of nonrenewal to the first named insured at least:

- 45 days before the expiration date of this policy;
- 60 days before the expiration date if your policy includes Medical Professional Liability Protection; or
- 90 days before the expiration date if your policy covers certain residential buildings and contents. The notice will show the reason for nonrenewal.

However, we won't refuse to renew your policy as a result of:

- property claims from natural acts, unless you don't take reasonable or necessary action to protect your property from further damage; or
- partial claims caused by sinkhole damage, even if you have filed a previous sinkhole claim.

We may nonrenew your policy if:

- the total amount of such covered property loss exceeds the current policy limits of coverage; or
- you don't repair the property according to our engineering recommendations once the claim has been paid.

**Special rule for medical professional liability.** If your policy includes Medical Professional Liability Protection, the following rule applies instead for how we can cancel.

If we cancel this policy, we'll mail or deliver a cancellation notice to the first named insured at least 60 days before coverage will end. We'll mail the notice 10 days before coverage will end if we're canceling for nonpayment of premium or loss of license. Any unused premium will be refunded to the first named insured as soon as possible. However, cancellation will be effective whether or not we've made or offered a refund.

**Mailing the notice.** Proof of mailing the cancellation or nonrenewal notice to the

first named insured's last mailing address known to us will be considered proof you were notified.

**Premiums**

The following replaces the fourth paragraph of the Premiums section.

In some instances, such as when coverage under your policy is changed, there may be a difference in your premium. If this happens, either you will owe us additional premium or we will owe you a refund. If we owe you a refund, we'll return that refund to you regardless of the amount. If the difference in premium that you owe us is $15 or less, we'll waive this amount. We'll apply this waiver of premium practice separately each time your policy is endorsed.

**Lawsuits Against Us**

The number of years in which legal action may be brought against us involving direct physical damage to property is changed from two (2) to five (5) years.

**Property Protection**

If your policy includes property protection, the following changes apply.

1. The following is added to the When This Policy Provides Property Protection section of the What To Do If You Have A Loss page, and any section in any property insuring agreement in your policy which includes a rule on when we will pay a covered loss.

   After you have complied with all of the rules of this agreement, we will pay a covered loss:
   within 20 days after we've received your signed, sworn statement of loss and have reached agreement with you; or
   within 30 days after we've received your signed, sworn statement of loss and a final judgment has been entered or an appraisal award has been filed.

2. The following exclusion is added to your agreement. However, it will only apply to property located in:
   the counties of Broward, Dade, Martin, Monroe, and Palm Beach; and

©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

The St Paul

all areas east of the west bank of the Inter-Coastal Waterway in the counties of Indian River and St. Lucie.

**Exterior paint and waterproofing.** We won't cover damage caused by windstorm to paint or waterproofing material applied to the exterior of covered property. Nor will we consider the value of paint or waterproofing material in determining the deductible amount and the actual cash value when applying any Coinsurance Rule on a loss caused by windstorm.

3. If your Property Protection Coverage Summary shows that a Coinsurance percentage applies, Florida law states as follows:

**Coinsurance contract:** The rate charged in this policy is based upon the use of the coinsurance clause attached to this policy, with the consent of the Insured.

4. If your policy includes a property insuring agreement that refers to arbitration in the event of a loss, the following replaces the Appraisal Of Property Disputes section of the General Rules for that agreement.

**Arbitration Of Property Disputes**

If your policy includes property insurance and agreement can't be reached on the amount of a property loss or the value of the property, the following procedure will be used:

1. One of us will make a written demand for arbitration.

2. Each will select a competent and impartial arbitrator and notify the other of the selection within 30 days of the demand.

3. The arbitrators will select a competent and impartial umpire. If they can't agree on an umpire, either may ask that one be selected by a judge of a court having jurisdiction.

4. The arbitrators will state separately the amount of the loss and the value of the property. If they don't agree, they'll submit their amounts and values to the umpire. Agreement of two out of three will be binding.

You'll pay your arbitrator and we'll pay ours. Other costs of arbitration and the umpire will be shared equally by you and us.

If we submit to arbitration, we'll still retain our right to deny the claim.

**Liability Protection**

If your policy includes liability protection, the following is added to the When This Policy Includes Liability Protection section of the What To Do If You Have A Loss page.

After you have complied with all of the rules of this agreement, we will pay a covered loss:

• within 20 days after we've received your signed, sworn statement of loss and have reached agreement with you; or

• within 60 days after we've received your signed, sworn statement of loss and a final judgment has been entered or an appraisal award has been filed.

**Prejudgment Interest**

If your policy includes liability protection, the following is added to the What This Agreement Covers section. This change broadens coverage.

We'll also pay the prejudgment interest awarded against the protected person on that part of any judgment paid by us. And we'll consider such payment to be in addition to the limits of coverage. But if we make an offer to pay the limit of coverage that applies, we won't pay the prejudgment interest that accumulates after the date of our offer.

**Special Provision For Medical Professional Liability**

If your policy includes Medical Professional Liability Protection, the following provision applies.

If a notice of intent to file a claim is made, you agree to cooperate fully in the review process as required by Florida law.

We have the right to admit liability and arbitrate, as Florida law calls for, and to settle a claim. But we'll only settle a claim up to the limit of coverage that applies.

**TheStPaul**

## Address Information

Should any questions or problems arise, here's who to contact. In addition to the following name, address, and phone number, your agent's can be found elsewhere on your policy.

The St Paul Companies
3632 Queen Palm Drive
Tampa, FL 33619-1311
Phone: (800) 282-8994

## Other Terms

All other terms of your policy remain the same.

**GEORGIA REQUIRED ENDORSEMENT**

The St Paul

This endorsement changes your policy to comply with Georgia law.

---

**Prohibition Of Unfair Discrimination By Insurers Against Victims Of Family Violence — Required Notice**

The following notice is provided in accordance with a directive from the Georgia Insurance Commissioner addressed to all insurers authorized to transact insurance business in the state of Georgia:

The laws of the state of Georgia prohibit insurers from unfairly discriminating against any person based upon his or her status as a victim of family violence.

**Cancellation**

The following replaces the Cancellation section of the General Rules.

**How you can cancel.** To cancel this policy or any part of it, the first named insured must deliver the policy, or the part to be canceled, stating a future date when the policy is to be canceled, to us or to any of our authorized agents. If this isn't possible, notify us by mail and include the date coverage is to end. After receiving the written request of cancellation from the first named insured, we can waive the requirement that the notice state the future date of cancellation, by confirming the date and time of cancellation in writing to the first named insured. The first named insured will get a refund for the unused premium, less a charge for early cancellation.

However, a law, a rule of this policy, or a rule in another agreement may apply which states that the policy can't be canceled without prior notice to someone else. If so, we'll mail or deliver at least 10 days notice of cancellation to the first named insured and the other person or organization. We'll do this as soon as possible after receiving the first named insured's request for cancellation. The notice will show the date coverage will end. That date will be:

- 10 days after the date we mail the notice; or
- the date the first named insured requested that coverage end;

whichever is later.

**How we can cancel if you don't pay your premium.** If you fail to pay any premium when due, we can cancel your policy. If we cancel for this reason, we'll mail or deliver a written cancellation notice to you and to any lienholder at least 10 days before your coverage will end.

**How we can cancel for other reasons.** If we decide to:

- cancel or nonrenew your policy;
- increase your premium by more than 15% (for a reason other than change in the risk); or
- change any of the policy's rules or provisions that would limit or restrict coverage;

we'll mail or deliver a notice telling you what we intend to do at least 45 days before the expiration date of your policy.

If we mail the notice, it will be to the first named insured's last address known to us. However, if your policy has been in effect less than 60 days, or if we are canceling or changing your policy because of nonpayment of premium, we'll send the notice at least 10 days before coverage will end.

**Third party administrators.** If you are a third party administrator and this policy provides errors and omissions coverage for you, we'll mail or deliver notice of cancellation or nonrenewal of such coverage to you and the Commissioner of Insurance at least 60 days before such coverage will end. If we mail the notice, it will be by registered or certified mail.

**Mailing the notice.** Mailing or delivery of this notice to the first named insured's last address know to us by proof of mailing will

---

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved                    Page 1 of 3

**The St Paul**

be proof you were notified of the cancellation, non-renewal, or change.

**Unused premium.** If this policy is canceled, we'll send the first named insured any premium refund due.

If we cancel, the refund will be figured on a pro-rata basis, unless cancellation is for nonpayment of premium, including nonpayment of any installment of premium due under a premium installment plan. In that case, the refund may be less than pro-rata

If the first named insured cancels, the refund may also be less than pro rata.

Either way, cancellation will take effect regardless whether or not we've offered or made a refund.

**Special rule for certain residential buildings.** If you are an individual and your policy covers residential buildings, the following special cancellation rules apply.

If this policy is a new policy that is in its initial policy period and has been effect less that 60 days, we can cancel for any reason. If we do, we'll mail a cancellation notice to the first named insured at least 10 days before coverage will end.

If this policy is a renewal or continuation policy or a new policy that has been in effect more than 60 days, we can cancel only for one of the following reasons:

1. *Nonpayment of premium.*

2. *Fraud and misrepresentation.* We can cancel if we discover that in obtaining this policy, you or your representative have committed fraud.

3. *Change in the risk.* We can cancel if, after we have issued or renewed your policy, an increase occurs in a hazard which was within your control. But only if this increase in hazard would result in an increase in your premium.

4. *Breaking the rules of this policy.* We can cancel if, after we have issued or renewed your policy, we find a violation of any of the material terms or

conditions caused by any person insured under this policy.

We can cancel by giving notice to the first named insured at least:

- 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

- 45 days before the effective date of cancellation if we cancel for any other reason.

**Fraud And Misrepresentation**

The following replaces the Fraud And Misrepresentation section of the General Rules.

We can deny coverage for all or part of a loss under this policy if you or any other protected person has committed fraud in connection with the loss.

We can also deny coverage for all or part of a loss under this policy if you or any other protected person has committed or made a material misrepresentation, omission, concealment of fact, or deliberately incorrect statement which caused us to:

- accept the risk or hazard that resulted in the loss; or

- provide an amount of insurance or charge a rate that we otherwise wouldn't have provided or charged;

when we relied on such representation, fact, or statement in our evaluation of the risk.

**Intentional Acts**

The following applies to any agreement included that's part of your policy.

1. The following is added to the Exclusions - Losses We Won't Cover, or similarly titled, section.

   We won't pay for loss or damage caused by any act committed:

   - by or at the direction of any protected person; and

   - with the intent to cause a loss.

---

The St.Paul

However, we won't apply this exclusion to an innocent protected person if the loss:

- is otherwise covered under this agreement; and

- results from an act of family violence by a protected person against whom a family violence complaint is brought for such act.

2. The following is added to the Recovering Damages From A Third Party section of the General Rules.

If we pay a claim under the above coverage, our payment is limited to the protected person's legal interest in the covered property, less any payments we first make to a mortgageholder or other party with a legal secured interest in the covered property. But we won't pay more than the limit of coverage that applies.

**Professional Liability Protection – Punitive Damages Exclusion**

If your policy includes professional liability protection and such protection contains a specific exclusion for "Punitive damages," that exclusion is deleted.

**Limited Reporting Period For Medical Professional Liability Protection – Claims–Made**

If your policy includes medical professional liability protection - claims-made, the following section is added:

**Limited Reporting Period**

If this agreement ends because one of us chooses to cancel or not renew it, you'll have 30 days from the date this agreement ends to first report claims or suits that would have been covered had they been reported before the date the cancellation or nonrenewal takes effect.

However, the limited reporting period won't apply to claims or suits for covered injury or damage which:

- are covered by any other insurance you buy that takes effect on or after the ending date of this agreement; or

- would have been covered by such insurance if its limits of coverage hadn't been used up.

**How the limited reporting period applies.** The limited reporting period doesn't extend the time that this agreement is in effect. As a result, we'll consider any claim or suit for covered injury or damage that is first made or brought during the limited reporting period to have been made or brought on the ending date of this agreement.

If you choose to purchase an optional reporting endorsement, such endorsement replaces the limited reporting period.

**How the limits of coverage, deductibles, or self insured retentions apply to the limited reporting period.** The limits of coverage and any deductibles or self insured retentions that apply on the ending date of this agreement aren't renewed or increased for claims or suits for injury or damage that are first made or brought during the limited reporting period.

**Other Terms**

All other terms of your policy remain the same.

**COMMERCIAL AUTO REQUIRED ENDORSEMENT
ALABAMA**

The**StPaul**

This endorsement changes your Commercial
Auto Insurance to comply with Alabama law.

### How Coverage Is Changed

The following replaces the Recovering Damages
From A Third Party section of the General Rules.

### Recovering Damages From A Third Party

Any person protected under this policy may be
able to recover all or part of a loss from some-
one other than us. Because of this, each
protected person must do all that's possible
after a loss to preserve any right of recovery
available. If we make a payment under this
policy that right of recovery will belong to us.
If we recover more than we've paid, the excess
will belong to the person who had the loss. But
we'll deduct our recovery expenses first.

However, we will only be entitled to recovery
after a protected person has been fully compen-
sated for the loss.

### Other Terms

All other terms of your policy remain the same.

**COMMERCIAL AUTO REQUIRED ENDORSEMENT
FLORIDA**

The**StPaul**

This endorsement changes your Commercial Auto insurance to comply with Florida law.

This endorsement applies to covered autos licensed or mainly garaged in Florida.

**Cancellation**

The following replaces the Cancellation section of the General Rules.

**How the first named insured can cancel.** If you want to cancel, the first named insured must deliver the policy or the part to be cancelled to us or to any of our authorized agents. If this isn't possible notify us by mail and include the date coverage is to end. We'll refund the unused premium to the first named insured, less a charge for early cancellation.

However, if this policy includes Auto Liability Protection or Florida No-Fault Auto Protection as Florida law may require, the first named insured may not cancel during the first 60 days unless:

- the auto is completely destroyed or no longer driveable;
- you no longer own the auto; or
- you purchase another insurance policy that covers the auto previously covered by this policy.

**How we can cancel policies in effect 90 days or less.** If your policy has been in effect 90 days or less, we can cancel for any reason during this period. If we do, we'll mail or deliver a notice of cancellation to the first named insured. The notice will show the reason for cancellation. We'll mail or deliver the notice at least 10 days before coverage will end if we cancel for non-payment of premium, and 45 days before coverage will end if we cancel for any other reason. But we can cancel immediately without notice if there has been a material misrepresentation or fraud on your part, or if you don't comply with our underwriting requirements that we have already established. This applies unless this policy includes Auto Liability Protection or Florida No-Fault Auto Protection as Florida law may require. If the policy does, we can't cancel for nonpayment of premium during the first 60 days after the new policy was issued, unless a check used to pay the premium to us is not honored for any reason..

**How we can cancel policies in effect more than 90 days.** If your policy has been in effect more than 90 days, we can cancel only for the following reasons.

1. *Nonpayment of premium.*

2. *Fraud or misrepresentation.* We can cancel if we discover that in obtaining this policy, you have committed fraud or made a material misrepresentation.

3. *Change in the risk.* We can cancel if a change occurs in the risk we're protecting that increases the hazard we're insuring against.

4. *Failure to comply with our underwriting requirements.* We may cancel if you fail to follow our underwriting requirements established within 90 days of the date your coverage was effective.

5. *Cancellation of an entire class of insureds.* We may cancel this policy if the cancellation is for all persons or organizations for a given class or type.

If we cancel for nonpayment of premium, we'll mail or deliver a notice to the first named insured at least 10 days before coverage will end. If we cancel for any other reason, we'll mail or deliver at least 45 days before coverage will end. The notice will show the reason for cancellation.

We'll also send 45 days written notice of cancellation to the Florida Department of Highways Safety and Motor Vehicles if your policy covers:

- autos with a gross weight of 13 tons or more; or
- autos with 3 or more axles.

**Non-renewal.** If we decide not to renew or continue this policy, we'll mail a notice to the first named insured at least 45 days before the end of the policy period. The notice will show the reason for non-renewal.

The**StPaul**

If we offer to renew or continue your policy, and you don't accept, the policy will expire at the end of the policy period. If we offer to renew your policy, and you fail to pay the required premium when due, we'll consider this to mean that you don't accept our offer.

If we fail to send proper notice of nonrenewal and you obtain other insurance, this policy will end on the date the other insurance takes effect.

**Mailing the notice.** Proof of mailing the cancellation or non-renewal notice to the first named insured's last mailing address known to us will be considered proof you were notified.

**Unused premium.** Any unused premium will be refunded to the first named insured as soon as possible. However, the cancellation will be effective whether or not we've made or offered a refund.

**IMPORTANT.** You are required to maintain at least the minimum No-Fault and Liability amounts of insurance required by Florida law for each covered auto.

We'll notify the Florida Department of Highway Safety and Motor Vehicles when we cancel or non-renew any policy providing no-fault or liability benefits within 45 days of our cancellation or non-renewal.

### Premiums

The following replaces the fourth paragraph of the Premiums section.

In some instances, such as when coverage under your policy is changed, there may be a difference in your premium. If this happens, either you will owe us additional premium or we will owe you a refund. If we owe you a refund, we'll return that refund to you regardless of the amount. If the difference in premium that you owe us is $15 or less, we'll waive this amount. We'll apply this waiver of premium practice separately each time your policy is endorsed.

### Auto Or Garage Liability Protection

If your policy includes Auto or Garage Liability Protection, the following two changes apply.

1. The following is added to the Limit Of Coverage section of your agreement.

We'll provide no less than the $30,000 minimum limit of coverage for bodily injury and property damage that's required by Florida law.

2. The following is added to the Deductibles section of your agreement.

Also, no deductible will apply to glass used in the windshield of an auto.

### Our Rights To Mediation

The following general rule is added if your policy includes Auto or Garage Liability Protection or Auto Medical Payments Protection.

If you and we disagree over a claim you have filed with us, either of us may choose to go through a process of mediation before any lawsuit is begun to settle the matter. This applies if the disagreement is over a claim involving any of the following:

- bodily injury involving an amount of $10,000 or less; or
- loss to a covered auto or its equipment in any amount.

Either you or we may make a written request for this procedure. Such request must be made to the Florida Department of Insurance on their request form. They will provide the form.

The request must state why mediation is requested, and the issues that are in dispute.

The Florida Department of Insurance will randomly select mediators. You and we may each reject one mediator who has been selected. The mediator will set up a mediation conference, and notify you and us of the date, time and place. This must, however, take place within 45 days of the request for mediation. The conference may be held by telephone. Everyone who participates in this conference must have the authority to act on behalf of whom they represent. They must also act in the best interests of their party, and act in good faith.

We will both share the costs of the mediation equally unless the mediator determines that one of us was not acting in good faith.

Only one mediation can be requested for each claim unless all parties agree to further mediation. After a lawsuit is filed, no mediation can take place that relates to the same facts in dispute in that lawsuit.

---

This mediation proceeding will be considered informal. Rules relating to the introduction of evidence and other civil procedure will not be enforced.

## Appraisal Of Property Disputes

If your policy includes Auto or Garage Physical Damage Protection, the following replaces the Appraisal Of Property Disputes section of the General Rules.

If agreement can't be reached on the amount of loss or the value of the property, the following procedure will be used:

1. Either of us may make a written demand for an appraisal.

2. After that demand has been made, the other party may, before the appraisal, demand the process of mediation that we have described elsewhere in this policy. The process of mediation, as we have explained it, must take place before the appraisal process can be completed. After the mediation process;

3. Each of us will select a competent and impartial appraiser and notify the other of the selection within 30 days of the demand.

4. The appraisers will select a competent and impartial umpire. If they can't agree on an umpire, either may ask that one be selected by a judge of a court having jurisdiction.

5. The appraisers will state separately the amount of the loss and the value of the property. If they don't agree, they'll submit their appraisals to the umpire. Agreement of two out of three will be binding.

You'll pay your appraiser and we'll pay ours. Other costs of the appraisal and the umpire will be shared equally by you and us.

If we submit to an appraisal, we'll still retain our right to deny the claim.

## Address Information

Should any questions or problems arise, here's who to contact. In addition to the following name, address and phone number, your agent's name, address and phone number can be found elsewhere on your policy.

The St. Paul Companies
3632 Queen Palm Drive
Tampa, Florida  33619
Phone  (800) 282-8994

## Other Terms

All other terms of your policy remain the same.

**COMMERCIAL AUTO REQUIRED ENDORSEMENT GEORGIA**

The St Paul

This endorsement changes your Commercial Auto insurance to comply with Georgia law.

This endorsement applies to covered autos licensed or mainly garaged in Georgia.

---

**Prohibition Of Unfair Discrimination By Insurers Against Victims Of Family Violence – Required Notice**

The following notice is provided in accordance with a directive from the Georgia Insurance Commissioner addressed to all insurers authorized to transact insurance business in the state of Georgia:

The laws of the state of Georgia prohibit insurers from unfairly discriminating against any person based upon his or her status as a victim of family violence.

**Auto Liability and Garage Liability Protection**

The following replaces the first paragraph of the Other Insurance section in the Auto Liability Protection and Garage Liability Protection Agreements.

This agreement provides primary insurance for covered autos you own and autos operated by a protected person but owned by an auto dealership. This agreement provides excess insurance for all other autos you don't own. Excess insurance applies after other collectible insurance has been used up.

If you are an auto dealership, this agreement provides excess insurance for autos you own if operated by a protected person other than you or one of your employees.

**Exclusions**

The following replaces the Intentional or expected bodily injury or property damage exclusion.

**Intentional or expected bodily injury or property damage.** We won't cover injury or damage that a protected person expected or intended. However, this exclusion doesn't apply for an amount of coverage up to the

minimum amount required by the Georgia Motor Vehicle Safety Responsibility Act.

**Garage Auto Physical Damage Protection**

If your agreement includes Collision coverage, the following is added to the Collision section of your agreement.

Your Collision coverage is primary for any auto you operate that's owned by an auto dealership.

If you are an auto dealership, Collision coverage is excess for any auto you own, but isn't operated by you or anyone who works for you.

**Auto Medical Payments Protection**

If your policy includes Auto Medical Payments Protection, the following replaces the What This Agreement Covers section.

We'll pay the reasonable costs of necessary medical services for a protected person who suffers bodily injury in an accident while in or struck by a covered auto. If the injury results in death, we'll also pay the reasonable costs of funeral services. But we'll only pay costs for services provided that are reported to us within three years following the date of the accident.

**Exclusions**

The bodily injury exclusion in your agreement doesn't apply.

**Changes In What To Do If You Have A Loss**

The following is added to the When This Policy Provides Liability Protection section of the What To Do If You Have A Loss form.

---

44039 Ed. 10-00 Printed in U.S.A.          Endorsement
©St.Paul Fire and Marine Insurance Co. 2000 All Rights Reserved          Page 1 of 2

**The St Paul**

You or another protected person should tell us or our agent what happened as soon as possible. All of the other steps in this rule should also be followed. But if you or another protected person fail to notify us of a claim or event within 30 days, anyone else who may have a claim under the policy may notify us.

### Fraud And Misrepresentation

The following replaces the Fraud And Misrepresentation section of the General Rules.

We will not pay for any loss or damage if you or any other protected person hide any important information from us, mislead us, or attempt to defraud or lie to us about any matter concerning this insurance – either before or after a loss.

### Other Terms

All other terms of your policy remain the same.

**COMMERCIAL AUTO REQUIRED ENDORSEMENT –
LOUISIANA**

The **St.Paul**

This endorsement changes your Commercial Auto insurance to comply with Louisiana law.

This endorsement applies to covered autos licensed or mainly garaged, or garage operations in Louisiana.

**Cancellation**

The following replaces the Cancellation section of the General Rules.

You can cancel this policy in whole or in part at any time.

**How the first named insured can cancel.** To cancel this policy or any of the insuring agreements, the first named insured must deliver the policy, or the part to be canceled, to us or to any of our authorized agents. If this isn't possible, notify us by mail and include the date the policy or individual insuring agreement is to be canceled. The first named insured will get a refund for the unused premium, less a charge for early cancellation. We'll figure your refund using our customary short term rate table in effect at the time of cancellation.

**How we can cancel policies in effect less than 60 days.** If your policy has been in effect less than 60 days, and isn't a renewal policy, we can cancel for any reason during this period. If we do, we'll mail or deliver a notice of cancellation to the first named insured. If we cancel for nonpayment of premium, we'll send the notice at least 10 days before coverage will end. If we cancel for any other reason, we'll send the notice at least 60 days before coverage will end.

**How we can cancel policies in effect 60 days or more.** If your policy has been in effect 60 days or more, or is a continuation or renewal policy, we can cancel only for the following reasons.

1. *Nonpayment of premium.*

2. *Fraud or misrepresentation.* We can cancel if we discover that in obtaining this policy, or presenting a claim under this policy, you or your representative have committed fraud or made a material misrepresentation with the intent to deceive.

3. *Change in the risk.* We can cancel if, after we have issued or renewed your policy, a change occurs in the risk we're protecting that increases the hazard we are insuring against. This includes an increase that's due to a law change.

4. *Determination by the Insurance Commissioner.* We may cancel this policy if the Commissioner Of Insurance determines that continuing this policy would put us in violation of any state's insurance laws, or jeopardize our being solvent.

5. *Breaking the rules of this policy.* We may cancel this policy if you violate any of this policy's rules.

6. *Your acts.* We can cancel if you do something or fail to do something which increases any hazard we're insuring against. This includes your failure to follow loss control recommendations.

7. *Other approved reasons.* We may cancel this policy for any other reasons that have been approved by the Insurance Commissioner of this state.

If we cancel for any of these reasons, we'll mail or deliver a written cancellation notice to the first named insured. If we cancel for nonpayment of premium, we'll send at least a 10-day notice. If we cancel for any other reason, we'll send at least a 30-day notice before coverage will end. We'll send you, in writing, the reason for cancellation if you request it.

**Additional notice of cancellation.** If we cancel your policy, we will deliver or mail cancellation notices to others shown on the policy that have a financial interest in any covered loss that may occur.

**Non-renewal.** We may decide not to renew or continue this policy. If so, we'll mail or deliver a notice of non-renewal to the first named insured and agent at least 60 days before the expiration date of this policy.

The**StPaul**

Such notice will include loss information for the period of time your policy has been in force within, but not more than, the last three years of coverage.

If we fail to send proper notice of non-renewal, you'll have the 60-day period after we do deliver such notice with the same terms and rates. If we fail to send proper notice of non-renewal and you obtain other insurance, this policy will end on the date the other insurance takes effect.

**Mailing the notice.** Proof of mailing the cancellation or non-renewal notice to the first named insured's and agent's last address known to us will be considered proof you were notified.

**Premium payment returned to us as uncollectible.** We can cancel this policy if your premium payment check or other negotiable instrument is returned to us, our agent, or a premium finance company because it is uncollectible for any reason. We may make the cancellation effective the date the premium payment was due by:

- sending you written notice by certified mail; or

- delivering the notice to you;

within 10 days of the date that we receive notice of the returned check or negotiable instrument.

The notice will inform you that we'll reinstate the policy as of the date the premium payment was due, if you give us a cashier's check or money order for the full amount of the returned check or other negotiable instrument within 10 days of the date that the cancellation notice was mailed.

**Unused premium.** If we cancel your policy, the first named insured will get a refund of any unused premium. We'll figure the refund on a pro-rata basis with no minimum premium. If you cancel your policy, a refund will be sent within 30 days of the date cancellation takes effect. However, cancellation will take effect regardless of whether or not the first named insured has been made or offered a refund.

We'll send any refund to the first named insured, unless we cancel because your premium payment was returned to us as uncollectible. In that case, we'll send the refund within 10 days after the 10-day period described in the Premium payment returned to us as uncollectible section ends. If your policy was financed by a premium finance company, we'll send the refund to the premium finance company. If your agent paid the premium on your behalf, we'll send the refund to your agent.

**Premium due for extended policy periods.** If we agree to extend your policy beyond the policy expiration date, any earned premium for the extended period of coverage will be determined on a pro-rata basis based on the rates charged the previous year.

**Premiums**

The following is added to the Premiums section of the General Rules.

We'll pay any return premiums to the first named insured, unless the terms of the Unused premium part of the Cancellation section entitle another person or entity to receive them.

**Recovering Damages From A Third Party**

The following is added to the Recovering Damages From A Third Party section of the General Rules.

However, for Auto Physical Damage Protection, we'll be entitled to recovery only after the insured has been fully compensated for the full amount of any deductible that applies.

Also, our right to recover from others doesn't apply to any other person or organization we insure in the same accident or loss.

**Fraud And Misrepresentation**

The Fraud And Misrepresentation section of the General Rules is replaced by the following.

We can deny coverage for all or part of a loss under this policy if:

1. You have provided us with false information;

2. The information was provided with the intent to deceive us; and

---

The **St Paul**

3. The fraud or misrepresentation is material to the exposures we are covering under this policy.

## Lawsuits Against Us

The following replaces the Lawsuits Against Us section of your General Rules.

**If your policy includes property insurance.** Any lawsuit to recover on a property claim must begin within two (2) years after the date on which the direct physical loss or damage occurred.

**If your policy includes liability insurance.** A person or organization may bring a suit against us including, but not limited to, a suit to recover on an agreed settlement or on a final judgment against a protected person; but we won't be liable for damages that:

- are not payable under the terms of your Auto Liability Protection; or
- are in excess of the applicable limit of coverage.

*Agreed settlement* means a settlement and release of liability signed by:

- us;
- the protected person; and
- the claimant or the claimant's legal representative.

If the protected person or his or her estate goes bankrupt or becomes insolvent, we'll still be obligated under this policy.

## Arbitration

The Appraisal Of Property Disputes section of the General Rules is replaced by the following.

Either we or any protected person can make a request for arbitration if agreement can't be reached on:

- whether that person is legally entitled to collect damages from the owner or driver of an uninsured or underinsured vehicle; or
- the amount of damages.

However, disputes concerning coverage under this agreement are not subject to arbitration.

If arbitration is voluntarily agreed to, each of us will choose one arbitrator. These two arbitrators will choose a third. If they can't agree on a third arbitrator within 30 days, either arbitrator can request a judge or a court in the state where the arbitration is to be held to select the third. We and the protected person will each pay our own expenses and share the expenses of the third arbitrator equally.

Unless we both agree otherwise, arbitration will take place in the county where the protected person lives. Local law will apply to evidence and arbitration procedures. No decision agreed to by the arbitrators will be binding.

## Postjudgment Interest

If your policy includes a Postjudgment interest section, that section is replaced by the following:

*Postjudgment interest.* We'll pay all interest that accumulates on the full amount of that part of a judgment for which we make a payment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

## Definition Of Permission

The following definition is added to your policy.

*Permission* includes express and implied permission.

## Physical Damage Protection

If your policy includes Auto or Garage Physical Damage Protection, the following two changes apply.

1. The Audio devices and radar detection equipment exclusion is replaced by the following:

   **Audio devices and radar detection equipment.** We won't cover loss to any:
   - tapes;
   - records or discs;
   - audio or visual equipment;
   - data electronic devices;

---

TheStPaul

- car phones; or
- any equipment that's designed or used for detecting or locating radar.

This exclusion also applies to any electronic equipment that receives or transmits audio, visual or data signals and is not designed solely for the reproduction of sound. It also applies to any accessories that are used with any of such equipment.

However, this exclusion does not apply to sound equipment that is permanently installed in a covered auto at the time of the accident in the opening normally used by the auto manufacturer for the installation of a radio or similar sound equipment. This exclusion also does not apply to any electronic equipment that is necessary for the normal operation of the covered auto or the monitoring of the covered auto's operating system.

Also, this exclusion doesn't apply to equipment designed for use as a two-way mobile radio or telephone that operates above or below the citizen's band range of frequencies on frequencies assigned by the Federal Communications Commission.

2. The following is added to the Which Autos Are Covered section of your agreement.

If you carry collision or comprehensive coverage on any covered auto, that coverage is automatically provided for any temporary substitute or rental private passenger automobile.

*Temporary substitute or rental private passenger automobile* means an auto used in place of someone's auto because:

- it's being serviced or repaired; or
- the auto is being used as a demonstration or "test drive" vehicle.

**Liability Protection**

If your policy includes Auto or Garage Liability Protection, the following three changes apply.

1. The following is added to the Any permitted user part of the Who Is Protected Under This Agreement.

We won't apply the exception for someone whose business is an auto dealership to amounts up to the minimum financial responsibility limits required by Louisiana law.

2. The following is added to the Other Insurance section.

If there are two policies providing liability insurance that apply to a covered auto and:

- one policy covers a named insured whose business is to sell, lease, repair, service, deliver, test, road test, park, or store autos; and
- the other policy covers a person not engaged in that business;

The following rule applies.

If, at the time of an accident, the person not in the business described above is driving an auto that's provided by someone in that business as a temporary substitute or rental private passenger automobile; the policy covering the person operating the auto is primary and the policy covering the business is excess.

3. The following replaces the Intentional or expected bodily injury or property damage exclusion.

**Intentional bodily injury or property damage.** We won't cover bodily injury or property damage that's intended by the protected person.

**Garage Liability Protection**

If your policy includes Garage Liability Protection, the following replaces the Liquor liability exclusion in the Exclusions - What This Agreement Won't Cover section.

**Liquor liability.** We won't cover bodily injury or property damage that results from any protected person:

- selling, serving or furnishing alcoholic beverages to any person under the legal drinking age or under the influence of alcohol; or
- violating any law or regulation applying to the sale, gift, distribution or use of alcoholic beverages.

---

This exclusion only applies if you use the premises of your garage operations for the following purposes:

- Serving or furnishing alcoholic beverages for a charge. This applies whether or not such activity requires a license or is for the purpose of financial gain; or

- Serving or furnishing alcoholic beverages for no charge, if such activity does not require a license.

## Auto Or Garage Location Medical Payments Protection

If your policy includes Auto or Garage Location Medical Payments Protection, the following replaces the first paragraph of the What This Agreement Covers section of your agreement. This change broadens coverage.

We'll pay the reasonable costs of necessary medical services for a protected person who suffers bodily injury in an accident while in or struck by a covered auto. If the injury results in death, we'll also pay the reasonable costs of funeral services. If injury resulting in services provided are diagnosed within one year of the accident and reported to us within three years of the accident, we will not limit the time period in which we'll pay these reasonable expenses.

## Auto Medical Payments Protection

If your policy includes Auto Medical Payments Protection, the following changes apply:

1. The word "permission" is changed to "express or implied permission" wherever it is used in the agreement.

2. The following replaces the first paragraph of the Other Insurance section.

   This agreement is primary insurance for covered autos you own and for those you don't own. Excess insurance applies to a temporary substitute or rental vehicle when you have purchased other auto insurance for such vehicle.

## Automatic Coverage For Rented Autos

If you rent a private passenger-type auto on a weekly or daily basis, we'll automatically provide coverage for that rented auto for the coverages included in your policy. Such coverage will be considered primary coverage unless you have purchased other auto insurance for the rented private passenger auto.

## Other Terms

All other terms of your policy remain the same.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved                Page 5 of 5

## WHAT TO DO IF YOU HAVE A LOSS

The St.Paul

You or other protected persons are required to perform the duties described below when a property loss that may be covered under this policy happens or an accident or incident happens that could result in liability damages covered under this policy. Failure to comply could affect coverage. The insuring agreements contained in this policy determine what is covered. As a result, you should read them carefully to understand the extent of the coverage provided.

### When This Policy Provides Property Protection

If there is a property loss that may be covered by property protection provided in this policy you must:

**1.** Notify the police if a law may have been broken.

**2.** Tell us or our agent what happened as soon as possible. Include the time and place of the event, a description of the property and the names and addresses of any witnesses.

**3.** Do what is reasonable and necessary to protect covered property from further damage. Keep a record of your expenses for consideration in your claim.

**4.** If feasible, separate the damaged property from the undamaged and make an inventory of the damaged items.

**5.** Cooperate with us in the investigation and settlement of the claim. Permit us to inspect the damaged property and any records pertaining to your loss as many times as may be required. Permit us to take samples of damaged and undamaged property for testing and analysis.

**6.** Allow us to examine you or any other insured under oath while not in the presence of any other insured. We may do this whenever reasonably required about any matter relating to this insurance or the claim. Any insured we examine must sign a copy of their answers.

**7.** Send us a signed, sworn proof of loss containing the information we need to resolve the claim. You must do this within 60 days after our request. We'll supply the forms. We'll pay within 30 days after we reach agreement with you.

### When This Policy Provides Liability Protection

If an accident or incident happens that may involve liability protection provided in this policy, you or any other protected person involved must:

**1.** Notify the police if a law may have been broken.

**2.** Tell us or our agent what happened as soon as possible. Do this even though no demand for damages has been made against you or any other protected person, but you or another protected person is aware of having done something that may later result in a demand for damages. This notice should include all of the following:
- The time and place of the accident or incident;
- The protected person involved;
- The specific nature of the accident or incident including the type of demand for damages that may result; and
- The names and addresses of any witnesses and injured people.

*Important Notice For Health Care Providers*
If your policy includes one of our claims-made medical professional liability protection insuring agreements, you should also read the When This Agreement Covers Section of that agreement. We won't consider a "Patient Incident Report," "Variance Report," or any other report made for loss prevention purposes to be your report of a claim. This applies even if you send it to us or one of our agents.

**3.** Send us a copy of all written demands. Also send us a copy of all legal documents if someone starts a lawsuit.

**4.** Cooperate and assist us in securing and giving evidence, attending hearings and trials, and obtaining the attendance of witnesses.

**5.** Not assume any financial obligation or pay out any money without our consent. But this rule doesn't apply to first aid given to others at the time of an accident.

**COMMERCIAL GENERAL LIABILITY PROTECTION
COVERAGE SUMMARY**

The**StPaul**

This Coverage Summary shows the limits of
coverage that apply to your Commercial
General Liability Protection.  It also lists those
endorsements, if any, that must have certain
information shown for them to apply.

### Limits Of Coverage

| | | |
|---|---|---|
| General total limit. | $ | 2,000,000 |
| Products and completed work total limit. | $ | 2,000,000 |
| Personal injury each person limit. | $ | 1,000,000 |
| Advertising injury each person limit. | $ | 1,000,000 |
| Each event limit. | $ | 1,000,000 |
| *Premises damage limit.* | $ | 100,000 |
| *Medical expenses limit.* | $ | 5,000 |

### Named Endorsement Table

**Important Note:**  Only endorsements that must have certain information shown for them to apply
are named in this table.  The required information follows the name of each such endorsement.
Other endorsements may apply too.  If so, they're listed on the Policy Forms List.

```
Vendor's Endorsement - Additional Protected Persons

   Vendor of Your Products:
     All Vendors
   Description of Products:
     Dairy Products

Fellow Employee Bodily Injury Endorsement - Described Supervisory Positions
   Description of Supervisory Position
     As required by written contract.
```

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** CK00215377 | **Effective Date** 12/01/02 |
| DAIRY FRESH CORPORATION | **Processing Date** 12/10/02  09:45  001 | |

The**StPaul**

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

**COMMERCIAL GENERAL LIABILITY PROTECTION**

The**StPaul**

This insuring agreement provides general liability protection for your business. There are, of course, limitations and exclusions throughout this agreement that apply to that protection. As a result, this agreement should be read carefully to determine the extent of the coverage provided to you and other protected persons.

**Table of Contents**                                    **Page**

**What This Agreement Covers**                              1
Bodily injury and property damage
  liability.                                               1
Personal injury liability.                                 3
Advertising injury liability.                              4
Medical expenses.                                          4
Right and duty to defend a protected
  person.                                                  4
Additional payments.                                       5
Right to appeal a judgment against a
  protected person.                                        6

**When This Agreement Covers**                              6
Bodily injury and property damage
  liability.                                               6
Personal injury liability.                                 6
Advertising injury liability.                              6
Medical expenses.                                          6

**Where This Agreement Covers**                             6

**Who Is Protected Under This Agreement**                   7
Individual.                                                7
Partnership or joint venture.                              7
Limited liability company.                                 7
Corporation or other organization.                         7
Employees and volunteer workers.                           7
Real estate managers.                                      8
Landlords.                                                 9
Equipment lessors.                                         9
Operators of registered mobile
  equipment.                                               9
Newly acquired or formed
  organizations.                                           9
Separation of protected persons.                           9

**Limits Of Coverage**                                      9
General total limit.                                      10
Products and completed work total
  limit.                                                  10
Personal injury each person limit.                        11
Advertising injury each person limit.                     11
Each event limit.                                         12
How the limits of coverage apply if a
  total limit is left blank.                              12

**Exclusions – What This Agreement Won't
Cover**                                                   12

Advertising, broadcasting, or publishing
  business.                                               12
Aircraft.                                                 12
Auto.                                                     13
Breach of contract.                                       14
Contract liability.                                       14
Control of property.                                      16
Damage to your products or completed
  work.                                                   17
Deliberately breaking the law.                            17
Employers liability.                                      17
Expected or intended bodily injury or
  property damage.                                        18
False material.                                           18
Impaired property.                                        18
Intellectual property.                                    18
Liquor liability.                                         19
Material previously made known or
  used.                                                   19
Medical expenses of certain persons.                      19
Mobile equipment.                                         20
Nuclear energy liability.                                 20
Pollution injury or damage.                               22
Pollution work loss, cost, or expense.                    24
Poor quality or performance.                              25
Product recall.                                           25
Unnamed partnership, joint venture, or
  limited liability company.                              25
Watercraft.                                               25
Workers compensation and other
  benefits laws.                                          26
Wrong price description.                                  26

**Other Insurance**                                        26
Primary or excess other insurance.                        26
When this agreement is excess
  insurance.                                              26
Methods of sharing.                                       27

**What This Agreement Covers**

**Bodily injury and property damage liability.**
We'll pay amounts any protected person is legally required to pay as damages for covered bodily injury or property damage that:

The **St.Paul**

- happens while this agreement is in effect; and
- is caused by an event.

*Protected person* means any person or organization that qualifies as a protected person under the Who Is Protected Under This Agreement section.

*Bodily injury* means any physical harm, including sickness or disease, to the physical health of other persons.

We'll consider any of the following that happens at any time to be part of such physical harm, sickness, or disease, if it results in or from such physical harm, sickness, or disease:

- Mental anguish, injury, or illness.
- Emotional distress.
- Care, loss of services, or death.

We'll consider any bodily injury that's a continuation, change, or resumption of previously known bodily injury to happen before this agreement begins if such continuation, change, or resumption would otherwise be covered by this agreement because of a continuous, multiple, or other coverage trigger required under the law that applies.

Of course, if there's a continuation, change, or resumption, after this agreement ends, of bodily injury that:

- isn't previously known bodily injury; and
- happens while this agreement is in effect;

we'll consider such continuation, change, or resumption to also happen while this agreement is in effect if that would be the result because of a continuous, multiple, or other coverage trigger required under the law that applies.

*Previously known bodily injury* means bodily injury that happened before this agreement begins and was known by you or any described individual protected person before this agreement begins as a result of any of the following at that time:

- You or any described individual protected person reporting all or part of that bodily injury to us or any other insurer.
- You or any described individual protected person receiving a claim or suit for all or part of that bodily injury.

- Any described individual protected person witnessing, or being told of, the beginning, or any change, continuation, or resumption, of all or part of that bodily injury.

*Described individual protected person* means any of the following:

- You or your spouse if you are an individual.
- Any of your partners or co-venturers that are individuals, or their spouses, if you are a partnership or joint venture.
- Any of your members or managers if you are a limited liability company.
- Any of your directors or executive officers if you are a corporation or other organization.
- Any of your employees who is or acts as your insurance or risk manager or holds a position in your insurance, risk management, or legal department.

*Property damage* means:

- physical damage to tangible property of others, including all resulting loss of use of that property; or
- loss of use of tangible property of others that isn't physically damaged. For example:

*One of your employees accidentally causes a fire in your premises. The fire department responds and orders nearby businesses to close for safety reasons while it fights the fire. Your premises is heavily damaged by the fire. But none of the nearby businesses are physically damaged. As a result, we'll consider the period of time those businesses are closed due to your fire to be loss of use of tangible property of others that isn't physically damaged.*

We'll consider all physical damage to tangible property of others that's a continuation, change, or resumption of previously known physical damage to tangible property of others to happen before this agreement begins if such continuation, change, or resumption would otherwise be covered by this agreement because of a continuous, multiple, or other coverage trigger required under the law that applies.

Of course, if there's a continuation, change, or resumption, after this agreement ends, of

physical damage to tangible property of others that:

- isn't previously known physical damage to tangible property of others; and
- happens while this agreement is in effect;

we'll consider such continuation, change, or resumption to also happen while this agreement is in effect if that would be the result because of a continuous, multiple, or other coverage trigger required under the law that applies.

We'll consider all loss of use of:

- damaged tangible property to happen at the time of the physical damage that caused it; and
- undamaged tangible property to happen at the time of the event that caused it.

*Previously known physical damage to tangible property of others* means physical damage to tangible property of others that happened before this agreement begins and was known by you or any described individual protected person before this agreement begins as a result of any of the following at that time:

- You or any described individual protected person reporting all or part of that property damage to us or any other insurer.
- You or any described individual protected person receiving a claim or suit for all or part of that property damage.
- Any described individual protected person witnessing, or being told of, the beginning, or any change, continuation, or resumption, of all or part of that property damage.

*Event* means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

We explain the terms:

- claim and suit in the Right and duty to defend a protected person section;
- executive officer and other organization in the Corporation or other organization section; and
- employee in the Employees and volunteer workers section.

**Personal injury liability.** We'll pay amounts any protected person is legally required to

pay as damages for covered personal injury that:

- results from your business activities; and
- is caused by a personal injury offense committed while this agreement is in effect.

*Personal injury* means injury, other than bodily injury or advertising injury, that's caused by a personal injury offense.

*Personal injury offense* means any of the following offenses:

- False arrest, detention, or imprisonment.
- Malicious prosecution.
- Wrongful entry into, or wrongful eviction from, a room, dwelling, or premises that a person occupies, if such entry or eviction is committed by or for the landlord, lessor, or owner of that room, dwelling, or premises.
- Invasion of the right of private occupancy of a room, dwelling, or premises that a person occupies, if such invasion is committed by or for the landlord, lessor, or owner of that room, dwelling, or premises.
- Libel, or slander, in or with covered material.
- Making known to any person or organization covered material that disparages the business, premises, products, services, work, or completed work of others.
- Making known to any person or organization covered material that violates a person's right of privacy.

*Covered material* means any material in any form of expression, including material made known in or with any electronic means of communication, such as the Internet.

But we won't consider the following to be covered material:

- Any website, part of a website, or content of a website, that's designed, built, maintained, or determined for others by or for any protected person whose business is designing, building, or maintaining, or determining the content of, websites for others.
- Any material made known in an electronic chatroom or bulletin board over which any protected person exercises control, or that any protected person hosts or owns.

**The St.Paul**

**Advertising injury liability.** We'll pay amounts any protected person is legally required to pay as damages for covered advertising injury that:

- results from the advertising of your products, your work, or your completed work; and
- is caused by an advertising injury offense committed while this agreement is in effect.

We won't consider advertising, borders, or frames for or of others, or links for or to others, that are on or in your website to be advertising of your products, your work, or your completed work.

*Advertising injury* means injury, other than bodily injury or personal injury, that's caused by an advertising injury offense.

*Advertising injury offense* means any of the following offenses:

- Libel, or slander, in or with covered material.
- Making known to any person or organization covered material that disparages the business, premises, products, services, work, or completed work of others.
- Making known to any person or organization covered material that violates a person's right of privacy.
- Unauthorized use of any advertising idea or advertising material, or any slogan or title, of others in your advertising.

*Advertising* means attracting the attention of others by any means for the purpose of:

- seeking customers or supporters; or
- increasing sales or business.

*Advertising idea* means a manner or style of advertising that others use and intend to attract attention in their advertising.

But we won't consider information used to identify or record customers or supporters, such as a list of customers or supporters, to be an advertising idea.

*Advertising material* means any covered material that:

- is subject to copyright law; and
- others use and intend to attract attention in their advertising.

*Slogan* means a phrase that others use and intend to attract attention in their advertising.

But we won't consider slogan to include a phrase used as, or in, the name of:

- any person or organization, other than you; or
- any business, or any of the premises, products, services, work, or completed work, of any person or organization, other than you.

*Title* means a name of a literary or artistic work.

We explain the terms:

- covered material in the Personal injury liability section; and
- your products, your work, and your completed work in the Products and completed work total limit section.

**Medical expenses.** We'll pay covered medical expenses that result from bodily injury caused by an event that happens while this agreement is in effect, even if the protected person isn't legally required to pay such expenses.

*Medical expenses* means the reasonable expenses incurred by any person or organization for necessary medical services received by a person anytime within three years of the beginning date of an event that causes that person to sustain bodily injury.

*Medical services* includes:

- first aid received at the time of an event;
- ambulance and emergency care services;
- dental, hospital, medical, nursing, surgical, x-ray, and other health care professional services;
- artificial limbs and organs; and
- funeral services.

We explain the term health care professional services in the Employees and volunteer workers section.

**Right and duty to defend a protected person.** We'll have the right and duty to defend any

The St.Paul

protected person against a claim or suit for injury or damage covered by this agreement. We'll have such right and duty even if all of the allegations of the claim or suit are groundless, false, or fraudulent. But we won't have a duty to perform any other act or service.

We'll have the right to investigate any event, offense, claim, or suit to the extent we believe is proper. We'll also have the right to settle any claim or suit within:

- any applicable deductible; or
- the available limits of coverage.

Our duty to defend protected persons ends when we have used up the limits of coverage that apply with the payment of:

- judgments;
- settlements; or
- medical expenses.

*Claim* means a demand that seeks damages.

*Suit* means a civil proceeding that seeks damages. It includes:

- an arbitration proceeding for damages to which the protected person must submit, or submits with our consent; and
- any other alternative dispute resolution proceeding for damages to which the protected person submits with our consent.

*Injury or damage* means:

- bodily injury, personal injury, or advertising injury; or
- property damage.

*Offense* means any:

- personal injury offense; or
- advertising injury offense.

**Additional payments.** We'll have the duty to make only the additional payments shown below in connection with any claim or suit under this agreement against a protected person when we:

- investigate or settle the claim or suit; or
- defend the protected person against the claim or suit.

These payments are in addition to the limits of coverage.

Our duty to make additional payments ends when we have used up the limits of coverage that apply with the payment of:

- judgments;
- settlements; or
- medical expenses.

*Our expenses.* We'll pay all expenses we incur.

*Bail bonds.* We'll pay up to $2,500 of the cost of bail bonds that are required because of accidents or violations of traffic laws. But only if the accidents or violations result from the use of a vehicle to which this agreement applies. We don't have to furnish such bonds.

*Bonds to release property.* We'll pay the cost of bonds to release property that's being used to secure a legal obligation. But only for bond amounts within the available limit of coverage. We don't have to furnish such bonds.

*Expenses incurred by protected persons.* We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or settle, or defend a protected person against, a claim or suit. But we won't pay more than $500 per day for earnings actually lost by the protected person because of time taken off from work.

*Taxed costs.* We'll pay all costs taxed against any protected person for covered injury or damage in a suit.

*Prejudgment interest.* We'll pay the interest that accumulates before a judgment and is awarded against the protected person on that part of a judgment we pay. But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of our offer.

*Postjudgment interest.* We'll pay all interest that accumulates on the full amount of that part of a judgment for which we make a payment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

The **St.Paul**

*Appeal bonds.* If we have the duty to appeal a judgment that includes damages covered by this agreement, and you agree we can appeal that judgment, we'll pay the cost of any appeal bond required for that appeal. But only for that part of the judgment that is for damages covered by this agreement and is within the available limit of coverage. However, we'll pay, or reimburse the protected person, for the cost of a higher appeal bond amount if we're required to do so under the law that applies. But we won't be the principal under any such bond. Nor do we have to furnish any appeal bond. The results of an appeal won't change the limits of coverage that apply under this agreement.

**Right to appeal a judgment against a protected person.** We'll have the right to appeal a judgment that we don't have a duty to appeal. But only if the judgment:

- includes damages for injury or damage covered by this agreement;
- is awarded in a suit for which we defend a protected person; and
- is awarded against the protected person.

If we appeal such a judgment, we'll pay the following that result directly from that appeal:

- All expenses we incur.
- All reasonable expenses that any protected person incurs at our request while helping us with the appeal, other than the cost of appeal bonds.
- The cost of any required appeal bond. But only for that part of the judgment that is for damages covered by this agreement and is within the available limit of coverage. However, we'll pay, or reimburse the protected person, for the cost of a higher appeal bond amount if we're required to do so under the law that applies. But we won't be the principal under any such bond. Nor do we have to furnish any appeal bond.
- All postjudgment interest that accumulates on the full amount of the judgment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

These payments are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

## When This Agreement Covers

**Bodily injury and property damage liability.** We'll apply this agreement to claims or suits for covered bodily injury or property damage whenever they're made or brought.

**Personal injury liability.** We'll apply this agreement to claims or suits for covered personal injury whenever they're made or brought.

**Advertising injury liability.** We'll apply this agreement to claims or suits for covered advertising injury whenever they're made or brought.

**Medical expenses.** We'll apply this agreement to covered medical expenses only when they're reported to us within three years of the beginning date of the event.

## Where This Agreement Covers

We'll apply, and make payments under, this agreement:

- only in the coverage territory; and
- only for covered injury or damage that's caused by events that happen, or offenses that are committed, there.

However, we'll also apply, and make payments under, this agreement in the coverage territory for covered injury or damage that's caused by events which happen, or offenses which are committed, in the rest of the world if the protected person's liability for such injury or damage is determined in a suit on the merits in the coverage territory, or in a settlement agreed to by us, and:

- the events or offenses result from the activities of a person whose home is in the coverage territory, but is away from there for a short time on your business;
- the events result from your products that are made or sold by you in the coverage territory; or
- the offenses are committed in or with any electronic means of communication, such as the Internet.

For example:

The **St Paul**

*You manufacture a product in the coverage territory. It is exported to Norway. A few months later a Norwegian citizen is allegedly injured while using that product and, as a result, sues you. If the suit is brought against you in the coverage territory, and it seeks damages for bodily injury covered by this agreement, we'll have the duty to defend you against the suit and pay covered damages awarded in a judgment against you. However, if the suit is brought against you in Norway, or anywhere else outside of the coverage territory, we won't have a duty to defend you there. Also, we won't have a duty to pay a judgment awarded by a court there, even if the judgment is later recognized and enforced by a court in the coverage territory.*

*Coverage territory* means:

- the United States of America, including its territories and possessions;
- Puerto Rico;
- Canada; and
- international waters or airspace only during travel or transportation between any of the above places.

We explain the term your products in the Products and completed work total limit section.

## Who Is Protected Under This Agreement

**Individual.** If you are shown in the Introduction as a named insured and an individual, you and your spouse are protected persons only for the conduct of a business of which you are the sole owner.

**Partnership or joint venture.** If you are shown in the Introduction as a named insured and a partnership or a joint venture, you are a protected person. Your partners are co-venturers, and their spouses, are protected persons only for the conduct of your business.

**Limited liability company.** If you are shown in the Introduction as a named insured and a limited liability company, you are a protected person. Your members are protected persons only for the conduct of your business. And your managers are

protected persons only for their duties as your managers.

**Corporation or other organization.** If you are shown in the Introduction as a named insured and a corporation or an other organization, you are a protected person. Your directors and executive officers are protected persons only for the conduct of their duties as your directors or executive officers. And your stockholders are protected persons only for their liability as your stockholders.

*Other organization* means an organization other than a corporation, partnership, joint venture, or limited liability company.

*Executive officer* means any person holding an officer position created by the charter, constitution, or by-laws, or any other similar governing document, of a corporation or other organization.

**Employees and volunteer workers.** Your employees are protected persons only for:

- work done within the scope of their employment by you; or
- their performance of duties related to the conduct of your business.

And your volunteer workers are protected persons only for activities or work they conduct or perform:

- at your direction; and
- within the scope of their duties for you.

However, no employee or volunteer worker is a protected person for bodily injury or personal injury to:

- you;
- any of your partners or co-venturers if you are a partnership or joint venture;
- any of your members or managers if you are a limited liability company;
- any fellow employee;
- any fellow volunteer worker or any of your employees; or
- the spouse, or any child, parent, brother, or sister, of that employee or volunteer worker if such injury results from the bodily injury or personal injury to such fellow employee or volunteer worker.

---

47500 Rev. 1-01 Printed in U.S.A.                    Insuring Agreement
©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved                    Page 7 of 27

**The St.Paul**

Nor is any employee or volunteer worker a protected person for:

- any obligation to share damages with or repay someone else who must pay damages because of such bodily injury or personal injury; or
- bodily injury or personal injury that results from his or her performance of or failure to perform health care professional services.

Also, no employee or volunteer worker is a protected person for property damage to property that's controlled by:

- you;
- any of your partners or co-venturers if you are a partnership or joint venture;
- any of your members or managers if you are a limited liability company;
- that employee or any fellow employee; or
- that volunteer worker, any fellow volunteer worker, or any of your employees.

But we won't apply the exclusions in this Employees and volunteer workers section to:

- bodily injury that results from the providing of or failure to provide first aid by an employee or volunteer worker, other than an employed or volunteer doctor; or
- premises damage.

Nor will we apply this Employees and volunteer workers section to the following protected persons:

- Your managers if you are a limited liability company. Instead, we'll apply the Limited liability company section to them.
- Your executive officers if you are a corporation or an other organization. Instead, we'll apply the Corporation or other organization section to them.

*Employee* includes a leased worker, other than a leased temporary worker.

*Leased worker* means any person who:

- is hired from an employee leasing firm under a contract or agreement between the hirer and that firm; and
- is performing duties related to the conduct of the hirer's business.

*Volunteer worker* means any person who:

- isn't an employee or a leased temporary worker;
- donates his or her work; and
- isn't paid a fee, salary, or other compensation for that work.

*Employee leasing firm* means any person or organization that hires out workers to others. It includes any:

- employment agency, contractor, or service;
- labor leasing firm; or
- temporary help service.

*Leased temporary worker* means a leased worker who is hired to:

- temporarily take the place of a permanent employee on leave; or
- meet seasonal or short-term workload conditions.

*Controlled by* means:

- owned, rented, leased, occupied, borrowed, or used by;
- in the care, custody, or control of; or
- being physically controlled for any purpose by.

*Health care professional services* includes:

- any dental, medical, mental, nursing, surgical, x-ray, or other health care professional service, including any advice, instruction, food, or beverage provided with such service;
- the dispensing of drugs or medical or dental supplies and appliances; and
- the handling or treatment of corpses, including autopsies, organ donations, and other postmortem procedures.

We explain the term premises damage in the Each event limit section.

**Real estate managers.** Your real estate managers are protected persons only for their management of premises that you rent, lease, or borrow from others, or own. They may be persons or organizations.

But we won't apply this Real estate managers section to your employees. Instead, we'll apply the Employees and volunteer workers section to them.

---

©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

The St.Paul

**Landlords.** Any landlord, lessor, manager, or owner of a premises rented or leased to you is a protected person only for the ownership, maintenance, or use of that premises while you rent or lease it.

However, no landlord, lessor, manager, or owner is a protected person for injury or damage that results from any of the following work while being done by or for such landlord, lessor, manager, or owner:

- Structural changes.
- New construction work.
- Demolition work.

But we won't apply this Landlords section to your real estate managers. Instead, we'll apply the Real estate managers section, or the Employees and volunteer workers section, whichever section is applicable, to them.

**Equipment lessors.** Any lessor or owner of equipment rented or leased to you is a protected person only for your operation, maintenance, or use of that equipment while you rent or lease it.

However, no equipment lessor or owner is a protected person for injury or damage that results from its sole negligence.

**Operators of registered mobile equipment.** All operators of registered mobile equipment are protected persons for covered bodily injury or property damage that results from their driving of such equipment on a public street or road with your permission.

Any person or organization legally responsible for the driving conduct of those operators is also a protected person for such bodily injury or property damage. But only if there's no valid and collectible other insurance available to cover its liability for the operators.

However, no operator or any other person or organization is a protected person for:

- bodily injury to a fellow employee of the person driving the equipment; or
- property damage to property controlled by you or the employer of an operator who is a protected person.

*Registered mobile equipment* means mobile equipment that's registered in your name under a motor vehicle registration law.

We explain the terms:

- controlled by in the Employees and volunteer workers section;
- mobile equipment in the Mobile equipment exclusion; and
- other insurance in the Other Insurance section.

**Newly acquired or formed organizations.** Any organization that you acquire or form while this agreement is in effect that isn't a partnership, joint venture, or limited liability company is a protected person if you own more than 50% of it.

However, no newly acquired or formed organization is a protected person for:

- more than 180 days, or the remainder of the time this agreement is in effect, whichever period is shorter, from the date you acquire or form it, unless we agree it should continue to be a protected person after the end of that period of time;
- bodily injury or property damage that happened before you acquired or formed it;
- personal injury or advertising injury that results from an offense committed before you acquired or formed it; or
- injury or damage that's covered by other similar general liability insurance.

**Separation of protected persons.** We'll apply this agreement separately to each protected person.

However, all protected persons share the limits of coverage shown in the Coverage Summary. We explain how in the Limits Of Coverage section.

Also, any right or duty specifically assigned to the first named insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of your policy.

## Limits Of Coverage

The limits of coverage shown in the Coverage Summary and the information

The **St Paul**

contained in this section fix the most we'll pay as damages and medical expenses, regardless of the number of:

- protected persons;
- claims made or suits brought; or
- persons or organizations making claims or bringing suits.

**General total limit.** This is the most we'll pay for the combined total of:

- all covered bodily injury and property damage that happens in a policy year;
- all covered personal injury that's caused by all personal injury offenses committed in a policy year;
- all covered advertising injury that's caused by all advertising injury offenses committed in a policy year; and
- all covered medical expenses that result from all events that happen in a policy year.

However, we won't apply this limit to bodily injury or property damage that results from your products or your completed work. Instead, we'll apply the products and completed work total limit to such bodily injury or property damage covered by this agreement.

*Policy year* means the policy period shown in the Introduction, or the period of time that this agreement is in effect, whichever period is shorter. But when that period is longer than one year, policy year means each of the following periods of time that this agreement is in effect, starting with the beginning date of this agreement:

- Each consecutive one-year period.
- Any period that remains after the last consecutive one-year period.

However, if the original policy period shown in the Introduction is extended for a period of less than one year, we'll consider each such extended period to be part of the last policy year, regardless of the number of extensions provided.

For example:

*Your original policy period is two years and nine months long. As a result, it has three policy years, each one separate from the other. The first is the first one-year period. The second is the next one-year*

*period. And the third is the remaining nine-month period.*

*During the third policy year you request, and we provide, two separate extensions of the policy period: a three-month extension, and then a four-month extension. As a result, the third policy year becomes sixteen months long and is still subject to the same limits of coverage that applies when it was nine months long.*

We explain the products and completed work total limit, and the terms your products and your completed work, in the Products and completed work total limit section.

**Products and completed work total limit.** This is the most we'll pay for all covered bodily injury and property damage that:

- results from your products and your completed work; and
- happens in a policy year.

*Your products* means any of the goods or products that are or were manufactured, sold, handled, distributed, or disposed of by:

- you;
- others using your name; or
- any person or organization whose business or assets you've acquired.

Your products includes:

- all containers, equipment, materials, or parts provided with or for your products;
- any warranty provided with or for your products;
- any statement made, or that should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your products; and
- all warnings, instructions, or directions provided, or that should have been provided, with or for your products.

But we won't consider the following to be your products:

- Goods or products that are still in your physical possession or on a premises that you rent, lease, or borrow from others, or own.
- Real property.

The St Paul



- Containers that are vehicles provided with or for your products.
- Property that's rented or leased to others.
- Property that you haven't sold, but which you allow others to use. For example, a vending machine.

*Your completed work* means your work that:

- is completed, including work that may need service, maintenance, correction, repair, or replacement, but which is otherwise complete; or
- has been abandoned by you.

We'll consider your work to be completed at the earliest of the following times:

- When all of the work called for in your contract has been completed.
- When all of the work to be done at the work site has been completed, if your contract calls for work at more than one site.
- When that part of the work at the work site has been put to its intended use by any person or organization, other than another contractor or subcontractor working on the same project.

Your completed work includes:

- any warranty provided with or for your completed work;
- any statement made, or that should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your completed work; and
- all warnings, instructions, or directions provided, or that should have been provided, with or for your completed work.

But we won't consider the following to be your completed work:

- Uninstalled equipment, abandoned or unused materials or parts, or tools.
- Work done in connection with transporting property.
- Any premises or other real property that you own.
- Any work done to a premises or other real property that you rent or lease from others, or own.

- Any work while on a premises that you rent, lease, or borrow from others, or own.

However, we'll consider a condition created in or on a vehicle in the course of work done in connection with transporting property to be your completed work if:

- the vehicle isn't owned or operated by you;
- the condition is created by the loading or unloading of the vehicle by a protected person; and
- the condition causes bodily injury or property damage.

*Your work* means any:

- work that you're performing or others are performing for you; or
- service that you're providing or others are providing for you.

Your work includes:

- all equipment, materials, parts, or tools being provided or used with or for your work;
- any statement being made, or that should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your work; and
- all warnings, instructions, or directions being provided, or that should have been provided, with or for your work.

We explain the term loading or unloading in the Auto exclusion.

**Personal injury each person limit.** This is the most we'll pay for all covered personal injury that:

- is sustained by any one person or organization; and
- is caused by all personal injury offenses committed in a policy year.

**Advertising injury each person limit.** This is the most we'll pay for all covered advertising injury that:

- is sustained by any one person or organization; and
- is caused by all advertising injury offenses committed in a policy year.

The St Paul

**Each event limit.** This is the most we'll pay for all covered bodily injury, property damage, and medical expenses that result from any one event.

However, the most we'll pay for covered premises damage or medical expenses that result from any one event is further limited by the following:

*Premises damage limit.* This is the most we'll pay for all covered premises damage that's caused by any one event.

*Premises damage* means property damage to:

- any premises that you rent, lease, or borrow from others; or
- the contents of any premises that you rent from others if you rent such premises for a period of seven or fewer consecutive days.

*Medical expenses limit.* This is the most we'll pay for all covered medical expenses that:

- are incurred for bodily injury sustained by any one person; and
- result from any one event.

**How the limits of coverage apply if a total limit is left blank.** If the amount of the general total limit or the products and completed work total limit is left blank in the Coverage Summary, we'll consider that total limit to be the same as the each event limit or $200,000, whichever amount is more.

## Exclusions – What This Agreement Won't Cover

**Advertising, broadcasting, or publishing business.** We won't cover personal injury that results from any of the following personal injury offenses committed by or for any protected person whose business is advertising, broadcasting, or publishing, if such offense is committed in any advertising, broadcasting, or publishing done by or for that protected person:

- Libel, or slander, in or with covered material.
- Making known to any person or organization covered material that disparages the business, premises,

products, services, work, or completed work of others.

- Making known to any person or organization covered material that violates a person's right of privacy.

Nor will we cover advertising injury that results from an offense committed by or for any protected person whose business is advertising, broadcasting, or publishing.

We won't consider the placement of advertising, borders, or frames for or of others, or links for or to others, on or in a protected person's website, by itself, to mean that protected person's business is advertising.

*Broadcasting* means transmitting any audio or visual material for any purpose:

- by radio or television; or
- in or with any other electronic means of communication, such as the Internet, if that material is part of radio or television programming, other entertainment, music, or news programming, or advertising transmitted with that programming.

*Publishing* means creating and producing any material in any format for distribution or sale to others for any purpose.

But we won't consider creating and producing any of the following material in any format to be publishing:

- Correspondence written in the conduct of your business.
- Material, including bulletins, financial or annual reports, or newsletters, that describes or reports your business activities, your products, your work, or your completed work.

We explain the terms your products, your work, and your completed work in the Products and completed work total limit section.

**Aircraft.** We won't cover bodily injury, property damage, or medical expenses that result from the:

- ownership, maintenance, use, or operation;
- loading or unloading;
- entrustment to others; or

The **St Paul**

- supervision of others in or for the maintenance, use, operation, loading or unloading, or entrustment to others;

of any aircraft owned, operated, rented, leased, or borrowed by any protected person.

But we won't apply this exclusion to the liability of another to pay damages for bodily injury or property damage if you have assumed such liability under a covered contract that:

- is for the ownership, maintenance, or use of an aircraft; and
- was made before the bodily injury or property damage happens.

Nor will we apply this exclusion to:

- bodily injury, property damage, or medical expenses that result from the operation of specialized equipment; or
- premises damage.

Also, we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from the use of an aircraft chartered by a protected person if:

- the aircraft is chartered with crew, including a pilot; and
- the protected person isn't using the aircraft to carry persons or property for a charge.

We explain the terms:

- covered contract in the Contract liability exclusion;
- entrustment to others, loading or unloading, and supervision of others, in the Auto exclusion;
- premises damage in the Each event limit section; and
- specialized equipment in the Mobile equipment exclusion.

**Auto.**  We won't cover bodily injury, property damage, or medical expenses that result from the:

- ownership, maintenance, use, or operation;
- loading or unloading;
- entrustment to others; or
- supervision of others in or for the maintenance, use, operation, loading or unloading, or entrustment to others;

of any auto owned, operated, rented, leased, or borrowed by any protected person.

But we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from the parking of an auto on a premises, or on the ways next to such premises, if:

- the premises is owned, rented, leased, or borrowed by you; and
- the auto isn't owned, rented, leased, or borrowed by any protected person.

Nor will we apply this exclusion to:

- bodily injury, property damage, or medical expenses that result from the operation of specialized equipment; or
- premises damage.

*Auto* means any land motor vehicle, trailer, or semitrailer that's designed for travel on public streets or roads.

We'll consider any machinery or equipment that's permanently attached to an auto to be part of the auto.

But we won't consider mobile equipment to be an auto.

*Loading or unloading* means the handling of property:

- while it's being moved from the place where it's accepted for transportation;
- while it's being loaded, transported, and unloaded; and
- until it's moved to the place where it's finally delivered.

But we won't consider moving property by an unattached mechanical device to be loading or unloading.

*Unattached mechanical device* includes any forklift, conveyor, or other unattached mechanical device, other than a hand truck.

*Entrustment to others* means:

- the permitting of others to use or do something; or
- the giving of something to others for safekeeping.

*Supervision of others* means:

---

**The St.Paul**

- the directing, managing, or supervising of a worker, including his or her employment, hiring, evaluation, training, or work; or
- the directing, monitoring, safekeeping, or supervising of any other person or organization for any reason.

We explain the terms:

- mobile equipment and specialized equipment in the Mobile equipment exclusion; and
- premises damage in the Each event limit section.

**Breach of contract.** We won't cover personal injury or advertising injury that results from the failure of any protected person to do what is required by a contract or agreement.

But we won't apply this exclusion to advertising injury that results from the unauthorized use of any advertising idea of others in your advertising if such use isn't specifically prohibited by the contract or agreement.

**Contract liability.** We won't cover injury or damage for which the protected person has assumed liability under any contract or agreement.

But we won't apply this exclusion to injury or damage for which the protected person would have liability without the contract or agreement.

Nor will we apply this exclusion to the liability of another to pay damages for:

- bodily injury or property damage sustained by others if you have assumed such liability under a covered contract made before the bodily injury or property damage happens; or
- personal injury or advertising injury sustained by others if you have assumed such liability under a covered contract made before the offense that causes such injury is committed.

Also, if you have agreed under the same covered contract to defend, or pay for the defense of, an indemnitee against a claim or suit for such injury or damage covered by this agreement, we'll defend the indemnitee against the claim or suit. But we'll do so because of that covered contract only if:

- that indemnitee isn't a protected person for that injury or damage;
- that claim or suit is for injury or damage for which you have assumed the liability of the indemnitee under the covered contract;
- the injury or damage is covered by this agreement;
- the claim or suit is made or brought against you and the indemnitee;
- we are defending you against the claim or suit under this agreement;
- all of our indemnitee defense control and authority requirements are fulfilled; and
- all of our indemnitee defense cooperation and notice requirements are fulfilled.

When we provide that contract liability indemnitee defense coverage, we'll do the following:

- We'll defend the indemnitee even if all of the allegations of the claim or suit are groundless, false, or fraudulent. But we won't have a duty to perform any other act or service.
- We'll pay all covered indemnitee defense expenses incurred by us in connection with such claim or suit. Such payments are in addition to the limits of coverage.

However, our duty to defend the indemnitee, or pay indemnitee defense expenses incurred by us, under that contract liability indemnitee defense coverage ends when that indemnitee fails to comply with any of our indemnitee defense cooperation and notice requirements. It also ends when we have used up the limits of coverage that apply with the payment of:

- judgments;
- settlements; or
- medical expenses.

When we don't provide that contract liability indemnitee defense coverage for the indemnitee, we'll pay covered indemnitee defense expenses assumed under contract that:

- are incurred by or for that indemnitee; and
- are awarded against you in a judgment or agreed to by us in a settlement;

as if they're amounts you're legally required to pay as damages for injury or damage covered by this agreement. Payments of such amounts are subject to the limits of

---

The **St.Paul**

coverage. Our duty to make such payments ends when we have used up the limits of coverage that apply with the payment of:

- judgments;
- settlements; or
- medical expenses.

We'll have the right to appeal a judgment awarded in a suit against an indemnitee if:

- the judgment includes damages for injury or damage for which you have assumed liability under a covered contract;
- such injury or damage is covered by this agreement;
- the indemnitee and its insurers don't appeal the judgment; and
- you agree we may seek the cooperation of that indemnitee for such an appeal.

If we appeal such a judgment, we'll pay the following that result directly from that appeal:

- All expenses we incur.
- All reasonable expenses that any protected person and the indemnitee incur at our request while helping us with the appeal, other than the cost of appeal bonds.
- The cost of any required appeal bond. But only for that part of the judgment that is for damages covered by this agreement and is within the available limit of coverage. However, we'll pay, or reimburse the indemnitee, for the cost of a higher appeal bond amount if we're required to do so under the law that applies. But we won't be the principal under any such bond. Nor do we have to furnish any appeal bond.
- All postjudgment interest that accumulates on the full amount of the judgment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

These payments are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

*Covered contract* means:

- any easement or license agreement;
- any elevator maintenance agreement;
- any lease of premises, other than that part which indemnifies a person or organization

for property damage to a premises that you rent, lease, or borrow from others;

- any obligation to indemnify a municipality that is required by ordinance and isn't connected with your work for the municipality;
- any sidetrack agreement;
- that part of any other contract or agreement under which you assume the tort liability of a municipality to pay damages for injury or damage that results from your work for the municipality; or
- that part of any other contract or agreement under which you assume the tort liability of another to pay damages for injury or damage.

But we won't consider the following parts of those other contracts or agreements under which you assume the tort liability of another to pay damages to be a covered contract:

- Architect, engineer, or surveyor indemnity.
- Architect, engineer, or surveyor professional services by protected person indemnity.
- War indemnity.

*Tort liability* means a liability that would be imposed by law without any contract or agreement.

*Architect, engineer, or surveyor indemnity* means that part which indemnifies any architect, engineer, or surveyor for injury or damage that results from:

- the preparation or approval of, or failure to prepare or approve, any drawing or specification, or any map, opinion, report, survey, change order, field order, or shop drawing; or
- the giving of or failure to give any direction or instruction if that giving or failure to give is the primary cause of the injury or damage.

*Architect, engineer, or surveyor professional services by protected person indemnity* means that part which indemnifies any person or organization for injury or damage that results from the performance of or failure to perform architect, engineer, or surveyor professional services by the protected person who is an architect, engineer, or surveyor.

---

The **StPaul**

*Architect, engineer, or surveyor professional services* includes:

- the preparation or approval of any drawing and specification, or any map, opinion, report, survey, change order, field order, or shop drawing; and
- any architectural, engineering, inspection, or supervisory activity.

*War indemnity* means that part which indemnifies any person or organization for bodily injury or property damage that results from war.

*Indemnitee* means any person or organization that you have agreed under a covered contract to indemnify or hold harmless.

*Indemnitee defense control and authority requirements* means the following requirements that must be fulfilled for us to conduct and control the defense of an indemnitee against a claim or suit under this agreement:

- You and the indemnitee must ask us to conduct and control the defense of that indemnitee against the claim or suit under this agreement.
- We must determine that there's no conflict between your interests and those of the indemnitee, based on the allegations in the claim or suit and on what we know about the factual and legal basis for the damages being sought.
- You and the indemnitee must each agree in writing that we can assign the same counsel to defend them.
- The indemnitee must give us authority in writing to conduct and control its defense against the claim or suit.
- The indemnitee must give us authority in writing to obtain records and other information related to the claim or suit.
- The indemnitee must agree in writing to comply with our indemnitee defense cooperation and notice requirements.

*Indemnitee defense cooperation and notice requirements* means the following requirements that must be fulfilled for us to continue defending an indemnitee against a claim or suit under this agreement:

- The indemnitee must cooperate with us in the investigation, settlement, or defense of the claim or suit.

- The indemnitee must provide us with a copy of any demand, notice, summons, or legal paper received in connection with the claim or suit as soon as possible after it is received.
- The indemnitee must give notice of the claim or suit to any other insurer that provides coverage which applies to the claim or suit and is available to that indemnitee.
- The indemnitee must help us coordinate the application of other insurance that's applicable to the claim or suit and available to that indemnitee.

*Indemnitee defense expenses incurred by us* means the:

- attorney fees and necessary litigation expenses incurred by us to defend an indemnitee against a claim or suit for damages covered by this agreement; and
- necessary litigation expenses incurred by that indemnitee at our request in connection with that claim or suit.

*Indemnitee defense expenses assumed under contract* means the reasonable attorney fees and necessary litigation expenses that:

- are incurred by or for an indemnitee to defend itself against a claim or suit for damages covered by this agreement; and
- are subject to a covered contract under which you have agreed to defend, or pay for the defense of, that indemnitee against the claim or suit.

We explain the terms:

- your work in the Products and completed work total limit section;
- war in the Medical expenses of certain persons exclusion; and
- other insurance in the Other Insurance section.

**Control of property.** We won't cover property damage to the following property:

- Property that you rent, lease, or borrow from others, own, or occupy. But we won't apply this exclusion part to premises damage.
- Premises that you sell, give away, or abandon if such property damage results from any part of those premises. But we won't apply this exclusion part to property damage to premises that are your

The **St Paul**

completed work and were never occupied, rented, or held for rental by you.

- Personal property that's in the care, custody, or control of the protected person. But we won't apply this exclusion part to premises damage.
- That particular part of real property being worked on by or for you if such property damage results from your work.
- That particular part of any property that must be restored, repaired, or replaced because your work was incorrectly performed on it. But we won't apply this exclusion part to property damage that results from your completed work.

Furthermore, we won't apply this exclusion to the liability of another to pay damages for property damage, other than property damage to the property described below, if you have assumed such liability under a sidetrack agreement made before the property damage happens:

- Property that you rent or lease from others, own, or occupy.
- Premises that you sell, give away, or abandon.

We explain the terms:

- premises damage in the Each event limit section; and
- your work and your completed work in the Products and completed work total limit section.

**Damage to your products or completed work.** We won't cover property damage to any of your products that's caused by your products themselves or by any of their parts. For example:

*You manufacture air conditioners. They contain several moving parts that can break down for many reasons. Regardless of the cause, we won't protect you for any property damage to the part that fails or to the rest of the air conditioner.*

Nor will we cover property damage to your completed work that's caused by your completed work itself or by any of its parts. But we won't apply this exclusion part to such property damage if:

- this agreement provides completed work liability coverage; and

- your completed work that's damaged, or your completed work that causes the property damage, was done for you by others.

For example:

*You construct a building as a general contractor. Some of the work is done by you while the rest is done for you by subcontractors. The building is accepted by the owner. If it's damaged by a fire caused by electrical wiring installed by a subcontractor, we won't apply the exclusion. However, if the wiring was installed by you, we'll apply the exclusion to property damage to your completed work done by you.*

We explain the terms your products and your completed work in the Products and completed work total limit section.

**Deliberately breaking the law.** We won't cover personal injury or advertising injury that results from:

- the protected person knowingly breaking any criminal law; or
- any person or organization breaking any criminal law with the consent or knowledge of the protected person.

**Employers liability.** We won't cover bodily injury to an employee of the protected person arising out of and in the course of his or her:

- employment by the protected person; or
- performance of duties related to the conduct of the protected person's business.

Nor will we cover bodily injury to the spouse, or any child, parent, brother, or sister, of that employee if such bodily injury results from the bodily injury to such employee.

We'll apply this exclusion whether the protected person may be held liable as an employer or in any other capacity, such as a property owner or product manufacturer. For example:

*You manufacture tires. Your employee is injured while driving a company truck equipped with your tires, when one of the*

The**StPaul**

*tires blows out resulting in an accident. He receives workers compensation benefits. If he later sues you in your capacity as a manufacturer, alleging that his injury happened because your product was defective, we won't protect you.*

We'll also apply this exclusion to any obligation of the protected person to share damages with or repay someone else who must pay damages because of bodily injury to any employee of the protected person. For example:

*Your employee is injured in a printing press accident. She receives workers compensation benefits. Later, she sues the manufacturer of the printing press, alleging that her injury happened because the press didn't have enough guarding devices on it. If the manufacturer in turn sues you, alleging that your faulty maintenance of the press – not the lack of guarding devices – resulted in the employee's injury, we won't protect you.*

But we won't apply this exclusion to the liability of another to pay damages for bodily injury if you have assumed such liability under a covered contract made before the bodily injury happens.

We explain the terms:

- covered contract in the Contract liability exclusion; and
- employee in the Employees and volunteer workers section.

**Expected or intended bodily injury or property damage.** We won't cover bodily injury or property damage that's expected or intended by the protected person.

Nor will we cover medical expenses that result from such bodily injury.

But we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from the use of reasonable force to protect people or property.

**False material.** We won't cover personal injury or advertising injury that results from false material that:

- was made known by or for the protected person; and

- the protected person knew was false when it was made known.

**Impaired property.** We won't cover property damage to impaired property, or to property that isn't physically damaged, that results from:

- your products that are faulty or dangerous;
- your completed work that is faulty or dangerous; or
- a delay or failure in fulfilling the terms of a contract or agreement.

But we won't apply this exclusion to the loss of use of property, other than your products or your completed work, that results from sudden and accidental physical damage to:

- your products after they've been put to their intended use; or
- your completed work after it has been put to its intended use.

For example:

*You supply an electric motor to a customer who uses it to power his conveyor. The motor's shaft breaks several days later while he's operating the conveyor. The conveyor isn't damaged, but your customer has extra costs because he's unable to use it until the motor is repaired. If he sues you to recover those costs, we won't apply the exclusion. However, if the customer discovers while hooking the motor up to the conveyor that the motor's shaft is broken, we won't protect you.*

*Impaired property* means tangible property, other than your products or your completed work, that can be restored to use by nothing more than:

- an adjustment, repair, replacement, or removal of your products, or your completed work, that forms a part of such tangible property; or
- your fulfilling the terms of a contract or agreement.

We explain the terms your products and your completed work in the Products and completed work total limit section.

**Intellectual property.** We won't cover injury or damage or medical expenses that result from

any actual or alleged infringement or violation of any of the following rights or laws:

- Copyright.
- Patent.
- Trade dress.
- Trade name.
- Trade secret.
- Trademark.
- Other intellectual property rights or laws.

But we won't apply this exclusion to bodily injury or property damage that results from your products or your completed work.

Nor will we apply this exclusion to advertising injury that results from the unauthorized use of any:

- copyrighted advertising material;
- trademarked slogan; or
- trademarked title;

of others in your advertising.

We explain the terms your products and your completed work in the Products and completed work total limit section.

**Liquor liability.**  We won't cover bodily injury, property damage, or medical expenses that result from any protected person:

- causing or contributing to the intoxication of any person;
- selling, serving, or furnishing alcoholic beverages to any person under the legal drinking age or under the influence of alcohol; or
- violating any law or regulation applying to the sale, gift, distribution, or use of alcoholic beverages.

However, we'll apply this exclusion only if you're in the business of manufacturing, distributing, selling, serving, or furnishing alcoholic beverages.  For example:

*You manufacture office equipment.  Each year you host an awards banquet with an open bar for your sales representatives.  After this year's banquet an intoxicated guest is involved in an auto accident.  The guest and several others are injured.  If someone sues you, alleging that your serving of liquor caused the guest's intoxication and involvement in the accident,*

*we won't apply the Liquor liability exclusion because you're not in the business of serving liquor.*

But we won't apply this exclusion to premises damage.

We explain the term premises damage in the Each event limit section.

**Material previously made known or used.**  We won't cover personal injury or advertising injury that results from:

- any material that was first made known before this agreement begins; or
- any advertising idea or advertising material, or any slogan or title, of others, whose unauthorized use in your advertising was first committed before this agreement begins.

**Medical expenses of certain persons.**  We won't cover medical expenses that are incurred by or for any person:

- injured while qualifying as a protected person, other than your volunteer workers;
- injured while performing work that he or she was hired to do for any protected person, or any tenant of a protected person;
- injured on that part of any premises that you rent or lease from others, or own, and that the injured person normally occupies;
- to whom such medical expenses are payable, or must be provided, as benefits under any workers compensation law, disability benefits law, or similar law;
- injured by your products or your completed work;
- injured due to war; or
- who refuses to be examined as often as we require, within reason, by doctors we choose.

*War* includes:

- declared or undeclared war, or invasion;
- warlike action by a military force or other agents of any government, sovereign, or other authority;
- civil war, insurrection, rebellion, revolution, or seizure of power; or
- anything done to hinder or defend against such actions.

---

**The StPaul**

We explain the terms:

- volunteer worker in the Employees and volunteer workers section; and

- your products and your completed work in the Products and completed work total limit section.

**Mobile equipment.** We won't cover bodily injury, property damage, or medical expenses that result from the:

- transportation of mobile equipment by an auto owned, operated, rented, leased, or borrowed by any protected person;

- use of racing mobile equipment; or

- supervision of others in or for such transportation or use.

But we won't apply this exclusion to premises damage.

*Mobile equipment* means any land vehicle that:

- is designed for use primarily off public streets or roads;

- is kept for use only on or next to premises that you rent or lease from others, or own;

- travels on crawler treads;

- is kept primarily for the ready movement of permanently attached construction equipment; or

- doesn't travel under its own power and is kept primarily for the ready movement of permanently attached specialized equipment.

Mobile equipment includes any land vehicle that:

- isn't described above; and

- is kept primarily for purposes other than carrying people or cargo.

But we won't consider such a vehicle to be mobile equipment if it travels under its own power, is operated like an auto during travel on a public street or road, and has permanently attached:

- specialized equipment; or

- equipment designed for snow removal, street cleaning, or street or road maintenance – but not construction or resurfacing.

*Construction equipment* includes any:

- grader, scraper, or roller; or

- power crane, digger, drill, loader, or shovel.

*Specialized equipment* means any:

- cherry picker or similar device used to lift workers;

- pump, generator, or air compressor; or

- other equipment, such as building cleaning, geophysical exploration, lighting, spraying, welding, or well-servicing equipment, that has a built-in pump, generator, or air compressor.

*Racing mobile equipment* means any mobile equipment while being prepared for or used in any:

- prearranged racing, speed, demolition, or stunting contest or activity; or

- practice for such contest or activity.

We explain the terms:

- auto, and supervision of others, in the Auto exclusion; and

- premises damage in the Each event limit section.

**Nuclear energy liability.** We won't cover bodily injury or property damage for which any protected person:

- is also protected under a nuclear energy liability insurance policy; or

- would have been protected under such policy if that policy's limits of coverage hadn't been used up.

Nor will we cover bodily injury or property damage that results from the hazardous properties of nuclear material and for which:

- any person or organization is required by law to maintain financial protection in accordance with the federal Atomic Energy Act or any of its amendments; or

- any protected person is entitled, or would have been entitled had this agreement not been issued, to indemnity from the United States government, or any of its agencies, under any contract or agreement between the government, or any of its agencies, and any person or organization.

Also, we won't cover medical expenses that result from:

©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

The **St Paul**

- the hazardous properties of nuclear material; or
- the operation of a nuclear facility by any person or organization.

In addition, we won't cover bodily injury or property damage that results from the hazardous properties of nuclear material when:

- the nuclear material is located at, or at any time discharges or disperses from, a nuclear facility that is or was at any time owned by any protected person, or operated by or for any protected person;
- the nuclear material is contained in spent nuclear fuel, or nuclear waste, that is or was at any time possessed, handled, used, processed, stored, transported, or disposed of by or for any protected person; or
- the bodily injury or property damage results from the furnishing by any protected person of services, materials, parts, or equipment in connection with the planning, construction, maintenance, operation, or use of a nuclear facility. However, we'll apply this exclusion part only to property damage to the nuclear facility, and any property located on the site of that facility, if the nuclear facility is in the United States of America, its territories or possessions, Puerto Rico, or Canada.

*Nuclear energy liability insurance policy* means any nuclear energy liability insurance policy issued by any of the following organizations or their successors:

- Nuclear Energy Liability Insurance Association.
- Mutual Atomic Energy Liability Underwriters.
- Nuclear Insurance Association of Canada.

*Hazardous properties* includes radioactive, toxic, or explosive properties.

*Nuclear material* means any of the following materials defined in the federal Atomic Energy Act or any of its amendments:

- Source material.
- Special nuclear material.
- By-product material.

*Nuclear facility* means any:

- nuclear reactor;
- uranium isotopes separation device or equipment;
- special nuclear material device or equipment; or
- nuclear waste site.

Nuclear facility includes:

- the site on which it's located;
- all operations conducted on such site; and
- all premises used for such operations.

*Nuclear reactor* means any device, equipment, or machine designed or used to:

- sustain nuclear fission in a self-supporting chain reaction; or
- contain a critical mass of fissionable material.

*Uranium isotopes separation device or equipment* means any device or equipment designed or used for:

- separating the isotopes of uranium or plutonium;
- processing or utilizing spent nuclear fuel; or
- handling, processing, or packaging nuclear waste.

*Special nuclear material device or equipment* means any device or equipment used for the processing, fabricating, or alloying of special nuclear material if the total amount of such material is at any time in the custody of any protected person at the premises where the device or equipment is located and is more than:

- 25 grams of plutonium or uranium 233, or any combination of those two materials; or
- 250 grams of uranium 235.

*Nuclear waste site* means any structure, basin, excavation, premises, or place prepared or used for the storage or disposal of nuclear waste.

*Nuclear waste* means any waste material that:

- contains by-product material; and
- results from the operation of any nuclear reactor, or uranium isotopes separation

**The St Paul**

device or equipment, by any person or organization.

But we won't consider nuclear waste to include tailings or wastes that result from the extraction or concentration of uranium or thorium from any ore processed primarily for its source material content.

*Spent nuclear fuel* means any solid or liquid fuel element or component that's been exposed to radiation or used in a nuclear reactor.

**Pollution injury or damage.** We won't cover injury or damage or medical expenses that result from pollution at, on, in, or from any:

- protected person's premises;
- waste site; or
- protected person's work site.

Nor will we cover injury or damage or medical expenses that result from pollution involving any waste pollutant.

But we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from:

- building heating equipment fumes, smoke, soot, or vapors;
- contractor or service work materials fumes, gases, or vapors;
- hostile fire heat, fumes, or smoke; or
- mobile equipment operating fluids.

Nor will we apply this exclusion to:

- bodily injury or property damage that results from your products or your completed work, other than waste products or completed work; or
- premises damage that results from fire.

*Pollution* means any actual, alleged, or threatened discharge, dispersal, escape, migration, release, or seepage of any pollutant.

*Pollutant* means any solid, liquid, gaseous, or thermal irritant or contaminant, including:

- smoke, vapors, soot, fumes;
- acids, alkalis, chemicals; and
- waste.

*Waste* includes materials to be recycled, reconditioned, or reclaimed.

*Protected person's premises* means any premises, site, or location that is or was at any time owned, rented, leased, borrowed, or occupied by any protected person. For example:

*You sold an office building two years ago. It contains asbestos ceiling tile that released asbestos into the air while you owned it. A former tenant now sues you for bodily injury that allegedly resulted from the release of that asbestos. We won't cover such injury.*

Another example:

*You own an apartment building. Its woodwork is finished with paint that contains lead. Two of your renters sue you for bodily injury to their children allegedly caused by the lead in that paint. The children supposedly consumed the lead by eating chips of the paint from the window sills in their apartments. We won't cover such injury.*

But we won't consider a premises, site, or location that isn't owned, rented, leased, borrowed, or occupied by you to be a protected person's premises in connection with pollution that results from your work being performed there. For example:

*You are hired by the owner of a premises to perform work there. The premises owner requires you to provide it with insurance protection for that work. We do so with an additional protected person endorsement under this agreement. Your work being performed on that premises causes pollution injury or damage to happen there. Even though that premises is owned by an additional protected person, we won't consider that premises to be a protected person's premises for purposes of determining your coverage, or the premises owner's coverage, for that injury or damage under this agreement.*

*Waste site* means any premises, site, or location that is or was at any time used by or for any protected person or others for

---

The **St.Paul**

the handling, storage, disposal, processing, or treatment of waste. For example:

*For several years waste generated by your manufacturing business was disposed of in a landfill owned by others. The landfill was closed two years ago. Nearby residents now allege that they're being injured by the waste from there. We won't cover such injury.*

**Protected person's work site** means any premises, site, or location at, on, or in which work is being performed by or for any protected person when:

- the pollution involves a pollutant that is brought to, on, or in such premises, site, or location by or for the protected person in connection with such work; or
- the work being performed is pollution work.

For example:

*A subcontractor working for you brings a diesel fuel storage tank to the building site for refueling of its excavation equipment. After a couple of days it is discovered that the tank has been leaking. Some of the escaped fuel is found to have seeped into an underground conduit and damaged the insulation on the fiber optic cables in the conduit. We won't cover such property damage.*

**Waste pollutant** means any pollutant that is or was at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

- any protected person; or
- any person or organization for whom you may be legally responsible.

For example:

*Waste generated by your business is transported to a landfill by a trucker hired by you. There is an accident that causes the waste to be spilled onto the road. One of the firefighters who responds to the accident later alleges that fumes from the waste made her ill. We won't cover such injury.*

**Building heating equipment fumes, smoke, soot, or vapors** means only the fumes, smoke, soot, or vapors that:

- result from equipment used to heat a building at or on a protected person's premises; and
- are within that building.

**Contractor or service work materials fumes, gases, or vapors** means only the fumes, gases, or vapors that:

- result from materials brought into a building at or on a protected person's work site in connection with work, other than pollution work, being performed there by or for you; and
- are within that building.

**Hostile fire heat, fumes, or smoke** means only the heat, fumes, or smoke that result from a hostile fire at, on, in, or from:

- the protected person's premises, other than a waste site; or
- the protected person's work site, other than a waste site, but only if the hostile fire doesn't result from pollution work being performed by or for the protected person.

**Hostile fire** means a fire that:

- becomes uncontrollable; or
- breaks out from where it was intended to be.

**Mobile equipment operating fluids** means only the fuels, lubricants, or other operating fluids that:

- are part of the mobile equipment being maintained, operated, or used in connection with work, other than pollution work, being performed by or for the protected person at, on, or in the protected person's work site;
- are needed to perform the normal electrical, hydraulic, or mechanical functions necessary for the operation of the mobile equipment or any of its parts;
- aren't intended to be discharged, dispersed, or released as part of the operation of the mobile equipment or any of its parts;
- aren't intended to be discharged, dispersed, or released as part of the work being performed by or for the protected person; and

**The St Paul**

- escape from a mobile equipment part designed to hold, store, or receive them.

*Waste products or completed work* means:

- your products, or your completed work, that is or was handled, stored, disposed of, processed, or treated as waste at, on, or in a waste site; or

- your products, or your completed work, that is or was a waste pollutant; or

- your completed work that is being used for cleaning up, containing, detoxifying, disposal of, handling, monitoring, neutralizing, processing, removing, storing, testing for, transporting, or treating any pollutant at, on, or in a waste site.

We explain the terms:

- mobile equipment in the Mobile equipment exclusion;

- pollution work in the Pollution work loss, cost, or expense exclusion;

- premises damage in the Each event limit section; and

- your products, your work, and your completed work in the Products and completed work total limit section.

**Pollution work loss, cost, or expense.** We won't cover any loss, cost, or expense that results from:

- any request, demand, order, or statutory or regulatory requirement that any protected person or others perform pollution work; or

- any claim or suit by or for any governmental authority for damages that result from the performance of pollution work.

But we won't apply this exclusion to any damages for property damage for which the protected person would have liability without such:

- request, demand, order, or statutory or regulatory requirement; or

- claim or suit.

For example:

*One of your products is a container that may be used to store various types of liquids. Several of those containers are sold to a company that uses them for storage of a chemical in one of its*

*warehouses. During such use one of them ruptures and the chemical spills onto a concrete floor. Some of the spilled chemical seeps into the ground through a gap between the floor and an adjoining wall.*

*The customer alleges that the corrosive effect of the spilled chemical caused parts of the concrete floor to disintegrate, making them unusable. As a result, he demands that you pay the cost to replace those parts of the floor and properly dispose of any contaminated concrete.*

*Also, the customer is concerned that the spilled chemical that seeped into the ground may be considered a source of pollution by adjacent property owners or by a state environmental protection law. As a result, he also demands that you pay the cost to replace and properly dispose of any contaminated soil.*

*Based on the facts available to us, we'll consider the cost to replace the disintegrated parts of the concrete floor to be damages for property damage that isn't subject to this exclusion. However, we won't cover:*

- *the additional cost to properly dispose of any contaminated concrete; or*

- *the cost to replace or properly dispose of any contaminated soil;*

*regardless of who demands or requires that such pollution work be done.*

*Pollution work* means:

- the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing of any pollutant; or

- the responding to, or assessing, in any way the effects of any pollutant.

For example:

*A chemical spill at your manufacturing facility releases a vapor cloud. Several hundred people are exposed to the vapor cloud before it disappears. None of them sustain any apparent bodily injury. However, several of them demand that you arrange and pay for medical checkups now, and yearly for the next ten years, to assess*

©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

The St.Paul

*the effect of the vapor cloud on their health. We won't cover the cost of such pollution work, regardless of who orders or performs it.*

We explain the terms:

- pollutant in the Pollution injury or damage exclusion; and
- your products in the Products and completed work total limit section.

**Poor quality or performance.** We won't cover advertising injury that results from the failure of your products, your work, or your completed work to conform with advertised quality or performance.

We explain the terms your products, your work, and your completed work in the Products and completed work total limit section.

**Product recall.** We won't cover any loss, cost, or expense that is incurred by you or others and results from any recall, removal, or withdrawal of:

- impaired property;
- your products; or
- your completed work;

from the market, or from use by any person or organization, for any reason.

Nor will we cover any loss, cost, or expense that is incurred by you or others and results from the:

- loss of use;
- adjustment, inspection, repair;
- replacement; or
- disposal;

of such property, products, or completed work.

We explain the terms:

- impaired property in the Impaired property exclusion; and
- your products and your completed work in the Products and completed work total limit section.

**Unnamed partnership, joint venture, or limited liability company.** We won't cover injury or damage or medical expenses that result from the conduct of any current or past partnership, joint venture, or limited liability

company that isn't shown in the Introduction as a named insured.

But we won't apply this exclusion to the extent such organization otherwise qualifies as a protected person under the Who Is Protected Under This Agreement section.

**Watercraft.** We won't cover bodily injury, property damage, or medical expenses that result from the:

- ownership, maintenance, use, or operation;
- loading or unloading;
- entrustment to others; or
- supervision of others in or for the maintenance, use, operation, loading or unloading, or entrustment to others;

of any watercraft owned, operated, rented, leased, or borrowed by any protected person.

But we won't apply this exclusion to the liability of another to pay damages for bodily injury or property damage if you have assumed such liability under a covered contract that:

- is for the ownership, maintenance, or use of a watercraft; and
- was made before the bodily injury or property damage happens.

Nor will we apply this exclusion to premises damage.

Also, we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from:

- watercraft while ashore on premises that you rent or lease from others, or own;
- watercraft you don't own that is less than 75 feet long and isn't being used to carry persons or property for a charge; or
- the operation of specialized equipment.

We explain the terms:

- covered contract in the Contract liability exclusion;
- entrustment to others, loading or unloading, and supervision of others, in the Auto exclusion;
- premises damage in the Each event limit section; and
- specialized equipment in the Mobile equipment exclusion.

The **St.Paul**

**Workers compensation and other benefits laws.**
We won't cover any obligation that the
protected person has under any:

• workers compensation law;

• disability benefits law;

• unemployment compensation law; or

• similar law.

**Wrong price description.** We won't cover
advertising injury that results from the
wrong description of the price of your
products, your work, or your completed
work.

We explain the terms your products, your
work, and your completed work in the
Products and completed work total limit
section.

## Other Insurance

This agreement is primary insurance. If
there is any valid and collectible other
insurance for injury or damage covered by
this agreement, the following applies in
connection with that other insurance:

*Other insurance* means insurance, or the
funding of losses, that's provided by or
through:

• another insurance company;

• us, except under this agreement;

• any of our affiliated insurance companies;

• any risk retention group;

• any self-insurance method or program,
other than any funded by you and over
which this agreement applies; or

• any similar risk transfer or risk
management method.

However, we won't consider umbrella
insurance, or excess insurance, that you
bought specifically to apply in excess of the
limits of coverage that apply under this
agreement to be other insurance.

**Primary or excess other insurance.** When there
is primary other insurance, we'll share with
that other insurance any damages for injury
or damage covered by this agreement. We'll
do so with one of the methods of sharing
described in the Methods of sharing section.

However, we'll apply this agreement as
excess insurance over the part or parts of
any primary or excess other insurance that
provide:

• property or similar coverage for property
damage to your work;

• property or similar coverage for property
damage to premises that you rent, lease,
or borrow from others, other than
premises you rent for a period of seven
or fewer consecutive days;

• aircraft, auto, or watercraft bodily injury
or property damage coverage; or

• protection for you as an additional insured
or additional protected person.

We explain how we'll apply this agreement
as excess insurance in the When this
agreement is excess insurance section.

*Aircraft, auto, or watercraft bodily injury
or property damage coverage* means
coverage for bodily injury or property
damage that:

• results from the maintenance, use,
operation, or loading or unloading of any
aircraft, auto, or watercraft; and

• isn't specifically excluded by the Aircraft,
Auto, or Watercraft exclusions in this
agreement.

We explain the term your work in the
Products and completed work total limit
section.

**When this agreement is excess insurance.**
When this agreement is excess insurance, we
won't have a duty to defend the protected
person against the part or parts of any
claim or suit for which any other insurer has
the duty to defend that protected person.

However, we'll defend the protected person
against a claim or suit for injury or damage
covered by this agreement if no other
insurer will do so. In return we'll require
that we be given all of that protected
person's rights against each such insurer.

Also, we'll pay only the amount of damages
that's in excess of:

• the total amount that all such other
insurance would pay if this agreement
didn't exist; and

• the total of all deductible and self-insured
amounts under all such other insurance.

---

47500 Rev. 1-01 Printed in U.S.A.
Page 26 of 27                ©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

The St.Paul

But we won't pay more than the limits of coverage that apply under this agreement.

**Methods of sharing.** We'll use one of the methods of sharing described below.

*Contribution by equal shares.* If all of the other insurance permits contribution by equal shares, we'll share the damages equally. But we won't pay more than the limits of coverage that apply under this agreement. If any policy reaches its limit before the entire amount of damages is paid, the remaining policies will share the balance equally until their limits have been used up or the amount of the damages is paid in full. For example:

*You are required by a court to pay damages of $1,000,000. Besides this agreement, two other policies apply to the judgment. The limit under this agreement is $500,000. Policy B has a $100,000 limit and Policy C's limit is $300,000.*

*First, $100,000 is subtracted from each policy's limit because that is the lowest limit provided by any of the three policies. The result is Policy B's limit is used up, the balance due on the judgment is $700,000, $400,000 remains of this agreement's limit, and the unused portion of Policy C's limit equals $200,000.*

*Next, $200,000 is subtracted from the limit under this agreement and Policy C because that amount equals the smallest amount of limit remaining on either policy*

*after the initial $100,000 payment. The result is Policy C's limit is used up, the balance due on the judgment is now $300,000, and this agreement has $200,000 of its limit remaining.*

*Finally, the rest of the limit under this agreement is paid. The result is this agreement's limit is used up and the balance due on the judgment is now $100,000, which you must pay. The total paid under each policy is $500,000 this agreement, $100,000 Policy B, and $300,000 Policy C.*

*Contribution by limits.* If any of the other insurance doesn't permit contribution by equal shares, we'll pay the portion of the damages that is equal to our percentage of the total of all limits that apply. But we won't pay more than the limits of coverage that apply under this agreement. For example:

*You are required by a court to pay damages of $600,000. Besides this agreement, another policy applies to the judgment. The limit under this agreement is $300,000. Policy B has a $100,000 limit. The total limit of all insurance is $400,000.*

*Our limit is 75% ($300,000/$400,000) of the total limit. But we won't pay 75% of the judgment because that $450,000 share is more than our limit. We'll pay only our limit, which is $300,000.*

**LOUISIANA POLLUTION INJURY OR DAMAGE EXCLUSION
ADDITIONAL EXAMPLES ENDORSEMENT**

The St.Paul

This endorsement applies to your Commercial
General Liability Protection.

---

## What This Endorsement Does

This endorsement adds examples to two
definitions in the Pollution injury or damage
exclusion.  The examples do not change
coverage.  Instead, they're intended to
further illustrate our coverage intent.

1.  The following examples are added to the
    definition of pollutant in the Pollution
    injury or damage exclusion.

    Spill or Other Chemical Discharge
    Examples

    *You own a gasoline service station.
    When filling an automobile gas tank, a
    customer slips and falls on a small spot
    of spilled oil and sprains an ankle.  We
    won't consider the small amount of oil
    to be a pollutant because it was not
    acting as an irritant or contaminant
    when the customer slipped and fell.*

    *Your gasoline service station has been in
    business for several years.  It is
    determined that repeated spills of oil
    and gasoline at your service station have
    seeped into the underground water that
    supplies the local municipality's water
    well.  The municipality can't use the
    well and must purchase water from
    another source.  We will consider the
    oil and gasoline to be a pollutant
    because it was acting as an irritant or
    contaminant to cause the loss of use of
    the well.*

    *You own a swimming pool that has
    been treated with chlorine.  One day an
    employee misreads the chemical test and
    adds too much chlorine.  Due to the
    higher level of chlorine, several
    swimmers complain of a film on their
    hair.  To remove the film the swimmers
    have to seek assistance from a hair
    salon.  We won't consider the small*

*amount of chlorine to be a pollutant
because it was not acting as an irritant
or contaminant when it left a film on
the swimmer's hair.*

*A small bucket of chlorine falls into
your pool.  As a result of the spill,
caustic chlorine fumes are released,
filling the pool area and causing lung
damage to a swimmer in the pool. We
will consider the small amount of
chlorine and fumes to be pollutants
because they were acting as an irritant
or contaminant to cause the lung
damage.*

Stain Example

*You own a hardware store that sells
liquid fertilizer.  One of your employees
drops a can of liquid fertilizer on the
ground.  When the can hits the ground
it opens and splashes fertilizer on a
customer's coat.  The coat is stained.
We won't consider the small amount of
fertilizer on the coat to be a pollutant
because it was not acting as an irritant
or contaminant when it stained the coat.*

Seepage Example

*Your hardware store also sells dry
fertilizer, which is located outside your
building.  Rainwater gradually washes
the fertilizer into a nearby lake owned
by a resort.  The fertilizer kills fish
stocked in the lake.  The resort owner
loses business and incurs costs to
restock the lake with fish.  We will
consider the fertilizer to be a pollutant
because it was acting as an irritant or
contaminant to cause the death of the
fish and loss of use of the resort's
business.*

---

The **St.Paul**

Premises Hazard Example

*Your business blends chemicals per the specifications of others. A storage bin on your premises contains solvents. A customer accidentally trips and falls into the bin and drowns. We won't consider the solvents to be a pollutant because they were not acting as an irritant or contaminant when the customer drowned.*

Operations Hazard Example

*When blending chemicals at your business you exhaust the fumes from that process out through a vent and into the air. The fumes cause breathing problems to families in the neighborhood of your business. We will consider the fumes to be a pollutant because they were acting as an irritant or contaminant to cause the breathing problems.*

2. The following examples are added to the definition of pollution in the Pollution injury or damage exclusion.

Bodily Injury Examples

*Your business owns a large outdoor storage tank, located on your premises, which contains liquid ammonia. The tank accidentally ruptures. Fumes are released from the ruptured tank, which cause lung damage to employees at a business located across the street. We will consider such a release to be pollution regardless of whether it is considered to cause environmental damage.*

*You own an office building. One of your employees uses a small amount of pesticide to kill weeds. When applying the pesticide the employee accidentally sprays a customer causing severe irritation to the customer's eyes. Although the amount of pesticide released on the customer was small, we will consider such a release to be pollution regardless of the amount of pesticide that caused the injury.*

**Other Terms**

All other terms of your policy remain the same.

©St.Paul Fire and Marine Insurance Co.2001 All Rights Reserved

**VENDOR'S ENDORSEMENT – ADDITIONAL PROTECTED PERSONS**                    The**StPaul**

This endorsement changes your Commercial
General Liability Protection.

---

**How Coverage Is Changed**

There are two changes which are explained
below.

**1.** The following is added to the Who Is
Protected Under This Agreement section. This
change adds certain protected persons and
limits their protection.

**Vendors of your products.** The person or organ-
ization shown in the Coverage Summary as a
vendor of your products is a protected person.
But only for covered bodily injury or property
damage that results from your products
described in the Coverage Summary which are
sold or distributed in the usual course of their
business.

However, no vendor from whom you've
acquired your products is a protected person.

We explain what we mean by your products in
the Products and completed work total limit
section.

**2.** The following are added to the Exclusions –
What This Agreement Won't Cover section. This
change excludes coverage. But we'll apply it
only to the coverage for the vendors shown in
the Coverage Summary.

*Protected vendor* means the vendor shown in
the Coverage Summary.

*Described products* mean your products
described in the Coverage Summary.

**Contract liability.** We won't cover the protected
vendor's liability for bodily injury or property
damage assumed under any contract or agree-
ment.

But we won't apply this exclusion to liability for
bodily injury or property damage the protected
vendor would have without the contract or
agreement.

**Unauthorized warranties.** We won't cover the
protected vendor's liability for bodily injury or
property damage that results from any express
warranty which you haven't authorized.

**Change in condition.** We won't cover bodily
injury or property damage that results from any
physical or chemical change made intentionally
by the protected vendor in the described
products.

**Repackaging.** We won't cover bodily injury or
property damage that results from the repack-
aging of the described products.

But we won't apply this exclusion when the
products are unpacked for inspection, demon-
stration or testing, or the replacement of parts
ordered by the manufacturer, and later repack-
aged in their orginal containers.

**Servicing.** We won't cover bodily injury or
property damage that results from any failure
of the protected vendor to do normal or agreed
upon servicing of the described products.
Servicing includes inspections, adjustments or
tests.

**Demonstration.** We won't cover bodily injury or
property damage that results from the demon-
stration, installation, servicing or repair of the
described products done away from the
protected vendor's premises.

**Relabeling.** We won't cover bodily injury or
property damage that results from the
described products which the protected vendor
has:
•labeled or relabeled; or
•used as a container, part or ingredient for or in
anything else.

**Other Terms**

All other terms of your policy remain the same.

---

43345 Ed.7-85 Printed in U.S.A.                    Endorsement
©St.Paul Fire and Marine Insurance Co.1985                    Page 1 of 1

**ASBESTOS EXCLUSION ENDORSEMENT**

The St Paul

This endorsement changes your Commercial
General Liability Protection.

**How Coverage Is Changed**

The following is added to the Exclusions -
What This Agreement Won't Cover section.
This change excludes coverage.

**Asbestos.** We won't cover injury or damage
or medical expenses that result from any
actual, alleged, or threatened:

- absorption, ingestion, or inhalation of
  asbestos in any form by any person; or
- existence of asbestos in any form.

Nor will we cover injury or damage that
results from any actual, alleged, or
threatened:

- absorption, ingestion, or inhalation of any
  other solid, liquid, gaseous, or thermal
  irritant or contaminant, including smoke,
  vapors, soot, fumes, acids, alkalis,
  chemicals, and waste, in any form by any
  person; or
- existence of any such other irritant or
  contaminant in any form;

and is part of any claim or suit that also
alleges any injury or damage described in
the first paragraph of this exclusion.

We also won't cover any loss, cost, or
expense that results from any request,
demand, order, or statutory or regulatory
requirement that any protected person or
others:

- test for, monitor, clean up, remove,
  contain, treat, detoxify, or neutralize
  asbestos in any form; or
- respond to, or assess, in any way the
  effects of asbestos in any form.

Because asbestos, and any such other
irritants or contaminants, are pollutants, this
exclusion applies in addition to any of the
following exclusions that apply:

- Pollution injury or damage exclusion.
- Pollution work loss, cost, or expense
  exclusion.
- Any other pollution-related exclusion made
  part of this agreement.

We explain the terms pollutant and waste in
the Pollution injury or damage exclusion.

**Other Terms**

All other terms of your policy remain the
same.

**FELLOW EMPLOYEE BODILY INJURY ENDORSEMENT –
DESCRIBED SUPERVISORY POSITIONS**

The**StPaul**

This endorsement changes your Commercial
General Liability Protection.

---

**How Coverage Is Changed**

The following is added to the Employees
and volunteer workers section.  This change
broadens coverage.

We won't apply the exclusions in this
Employees and volunteer workers section to
bodily injury to any fellow employee that
results from work, other than the
performance of or failure to perform health
care professional services, done by your
employees who hold the supervisory
positions described in the Coverage
Summary.

**Other Terms**

All other terms of your policy remain the
same.

---

**PROPERTY DAMAGE CHANGE AND INTELLECTUAL PROPERTY
EXCLUSION ENDORSEMENT**

The**StPaul**

This endorsement changes your Commercial
General Liability Protection.

---

### How Coverage Is Changed

There are two changes which are explained
below.

1. The following is added to the Bodily
   injury and property damage liability
   section of the What This Agreement
   Covers section. This change limits or
   excludes coverage anywhere our coverage
   intent would be interpreted more broadly
   than what's intended by the revised
   wording under the law that applies.
   Elsewhere, this change doesn't change
   coverage.

   *Tangible property* doesn't include data.

2. The following is added to the Intellectual
   property exclusion as the second
   paragraph of that exclusion. This change
   excludes coverage.

   Nor will we cover any other injury or
   damage that's alleged in any claim or
   suit which also alleges any such
   infringement or violation.

### Other Terms

All other terms of your policy remain the
same.

---

**PROPERTY DAMAGE CHANGE AND INTELLECTUAL PROPERTY EXCLUSION ENDORSEMENT**

The**StPaul**

This endorsement changes your Commercial General Liability Protection.

---

**How Coverage Is Changed**

There are two changes which are explained below.

1. The following is added to the Bodily injury and property damage liability section of the What This Agreement Covers section. This change limits or excludes coverage anywhere our coverage intent would be interpreted more broadly than what's intended by the revised wording under the law that applies. Elsewhere, this change doesn't change coverage.

   *Tangible property* doesn't include data.

2. The following is added to the Intellectual property exclusion as the second paragraph of that exclusion. This change excludes coverage.

   Nor will we cover any other injury or damage that's alleged in any claim or suit which also alleges any such infringement or violation.

**Other Terms**

All other terms of your policy remain the same.

---

**EMPLOYMENT—RELATED PRACTICES EXCLUSION ENDORSEMENT**                    The**StPaul**

This endorsement changes your Commercial
General Liability Protection.

---

## How Coverage Is Changed

The following is added to the Exclusions –
What This Agreement Won't Cover section.
This change excludes coverage.

**Employment—related practices.**  We won't cover
personal injury to any protected person's
employee, prospective or former employee,
leased temporary worker, or independent
contractor that results from any
employment-related practices.  For example:

*You terminate an employee for falsifying
business travel expenses.  You explain the
reason for the termination of that employee
to one of your customers.  If your former
employee later sues you for slander, we
won't protect you.*

Nor will we cover personal injury to the
spouse or any child, parent, brother, or
sister of that employee, worker, or
independent contractor that results from
such personal injury to that employee,
worker, or independent contractor.

We'll also apply this exclusion to any
obligation of the protected person to share
damages with or to repay someone else
who must pay damages for:

- such personal injury to that employee,
  worker, or independent contractor; or
- personal injury to the spouse or any child,
  parent, brother, or sister of that employee,
  worker, or independent contractor that

results from such personal injury to that
employee, worker, or independent
contractor.

*Independent contractor* means any person
who is not your employee, but who
performs duties related to the conduct of
your business in the course of that person's
independent employment in accordance with
a contract between you and that person for
specified services.

*Employment—related practices* means:

- refusal to employ that person;
- termination of that person's employment;
  or
- other employment-related act, omission,
  policy, or practice, committed upon or
  applied to that person, such as coercion,
  libel or slander, demotion, discipline,
  discrimination, evaluation, harassment,
  humiliation, or reassignment of or against
  that person, or violation of that person's
  right of privacy.

We explain the terms employee and leased
temporary worker in the Employees and
volunteer workers section.

## Other Terms

All other terms of your policy remain the
same.

---

47153 Rev. 9-01 Printed in U.S.A.          Endorsement
©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved          Page 1 of 1

The**St.Paul**

Tank Truck Implosion Endorsement

This endorsement modified insurance provided under the following:

Commercial General Liability Protection

How Your Coverage Is Changed
----------------------------
Exclusion – Control of Property – Personal Property that's in the care,
custody, or control of the protected person, as found under Exclusions – What
This Agreement Won't Cover, does not apply to property damage to tanks mounted
on food product tank trailers or tanker trucks that belong to others if the
property damage is the result of implosion due to the failure of your employees
to properly vent the tank during the unloading of the contents of the tank.

Other Terms
-----------
All other terms of your policy remain the same.

| Name of Insured | Policy Number CK00215377 | Effective Date 12/01/02 |
|---|---|---|
| DAIRY FRESH CORPORATION | Processing Date 12/10/02  09:45  001 | |

40502 Ed.1-80 Printed in U.S.A.                    Customized Form
©St.Paul Fire and Marine Insurance Co.1980 All Rights Reserved              Page    1

The **St.Paul**

©St.Paul Fire and Marine Insurance Co.1980 All Rights Reserved

**EMPLOYEE BENEFIT PLANS ADMINISTRATION LIABILITY PROTECTION – CLAIMS–MADE COVERAGE SUMMARY**

The**StPaul**

This Coverage Summary shows the limits of coverage, deductible, and extended reporting period endorsement premium that apply to your Employee Benefit Plans Administration Liability Protection - Claims-Made.

**Limits Of Coverage**

Each wrongful act.          $1,000,000

Total limit.               $2,000,000

**Deductible**

Each wrongful act.     $    1,000

**Extended Reporting Period Endorsement Premium**

$

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** CK00215377 | **Effective Date** 12/01/02 |
| DAIRY FRESH CORPORATION | | **Processing Date** 12/10/02   09:45   001 |

**EMPLOYEE BENEFIT PLANS ADMINISTRATION LIABILITY PROTECTION – CLAIMS–MADE**

The **St.Paul**

This insuring agreement provides liability protection for your business for the administration of your employee benefit plans. There are, of course, limitations and exclusions that apply to this protection. As a result, you should read this agreement carefully to determine the extent of coverage provided to all protected persons.

**Important note.** This is a claims-made insuring agreement. Claims or suits must be reported during the policy period, or a reporting period if one applies, to be covered. Please read this agreement carefully, especially the What This Agreement Covers, When This Agreement Covers, and Limits of Coverage sections.

| Table of Contents | Page |
|---|---|
| **What This Agreement Covers** | 1 |
| Employee benefit plans administration liability. | 1 |
| Right and duty to defend. | 2 |
| Additional payments. | 2 |
| Right to appeal a judgment. | 3 |
| **When This Agreement Covers** | 3 |
| During this agreement or the limited reporting period. | 3 |
| When we consider a claim or suit to be first made or brought. | 3 |
| When the limited reporting period will apply. | 3 |
| How the limited reporting period applies. | 3 |
| When and how an extended reporting period can be added. | 3 |
| How the extended reporting period applies. | 4 |
| How we'll figure the additional premium for the extended reporting period. | 4 |
| **Where This Agreement Covers** | 4 |
| **Who Is Protected Under This Agreement** | 4 |
| Individual. | 4 |
| Partnership or joint venture. | 4 |
| Limited liability company. | 4 |
| Corporation or other organization. | 5 |
| Employees. | 5 |
| Newly acquired or formed organizations. | 5 |
| Separation of protected persons. | 5 |
| **Limits Of Coverage** | 5 |
| Each wrongful act limit. | 5 |
| Total limit. | 6 |
| How the limits of coverage apply to an extension of the policy period. | 6 |
| How the limits of coverage apply to the limited and extended reporting periods. | 6 |
| How the limits of coverage apply if the total limit is left blank. | 6 |
| **Deductible** | 6 |
| Each wrongful act deductible. | 6 |
| **Exclusions–What This Agreement Won't Cover** | 6 |
| Bodily injury. | 6 |
| Contract liability. | 6 |
| Dishonest acts. | 6 |
| Employment-related practices. | 7 |
| Failure to comply with law. | 7 |
| Failure to pay benefits. | 7 |
| Fines or penalties. | 7 |
| Investment of funds. | 7 |
| Investment performance. | 7 |
| Known wrongful acts. | 7 |
| Participation, investment, or legal advice. | 7 |
| Personal injury. | 7 |
| Property damage. | 7 |
| Termination of plan. | 8 |
| Unnamed partnership, joint venture, or limited liability company. | 8 |
| **Other Insurance** | 8 |
| Other primary insurance. | 8 |
| Excess insurance. | 8 |

**What This Agreement Covers**

**Employee benefit plans administration liability.** We'll pay amounts any protected person is legally required to pay as damages for covered loss that:

- results from the administration of your employee benefit plans; and

- is caused by a wrongful act committed before the ending date of this agreement.

*Protected person* means any person or organization who qualifies as a protected person under the Who Is Protected Under This Agreement section.

The**StPaul**

*Administration* means only the following administrative functions:

- Explaining or interpreting an employee benefit plan.
- Calculating or communicating benefits and costs for an employee benefit plan.
- Enrolling participants, or terminating participation, in an employee benefit plan.
- Estimating or projecting future employee benefit plan values.
- Handling or processing of employee benefit plan records.

*Employee benefit plans* means only the following employee benefit plans:

- Educational tuition reimbursement plans.
- Employee stock subscription plans.
- Group plans for life, health, dental, disability, automobile, homeowners, or legal expense insurance.
- Individual Retirement Account (IRA) plans.
- Pension and profit sharing plans.
- Salary Reduction plans under Internal Revenue Code 401(k), including any amendments.
- Savings plans.
- Social security system benefits.
- Travel and vacation plans.
- Workers Compensation and unemployment insurance benefits.

*Wrongful act* means any negligent act, error, or omission.

**Right and duty to defend.** We'll have the right and duty to defend any protected person against a claim or suit for loss covered by this agreement. We'll have such right and duty even if any of the allegations of such claim or suit is groundless, false, or fraudulent. But we won't have a duty to perform any other act or service.

We'll have the right to investigate any claim, suit, or wrongful act to the extent that we believe is proper. We'll also have the right to settle any claim or suit within:

- any applicable deductible; or
- the available limits of coverage.

Our duty to defend protected persons ends when we have used up the limits of

coverage that apply with the payment of judgments or settlements.

*Claim* means a demand which seeks damages.

*Suit* means a civil proceeding which seeks damages. It includes:

- an arbitration proceeding for such damages to which the protected person must submit, or submits with our consent; and
- any other alternative dispute resolution proceeding for such damages to which the protected person submits with our consent.

**Additional payments.** We'll have the duty to make only the additional payments shown below in connection with any claim or suit under this agreement against a protected person when we:

- investigate or settle the claim or suit; or
- defend the protected person against the claim or suit.

These payments are in addition to the limits of coverage.

Our duty to make additional payments ends when we have used up the limits of coverage that apply with the payment of judgments or settlements.

*Our expenses.* We'll pay all expenses we incur.

*Bonds to release property.* We'll pay the cost of bonds to release property that's being used to secure a legal obligation. But only for bond amounts within the limit of coverage that applies. We don't have to furnish such bonds.

*Expenses incurred by protected persons.* We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or settle, or defend a protected person against, a claim or suit. But we won't pay more than $250 per day for earnings actually lost by the protected person because of time taken off from work.

*Taxed costs.* We'll pay all costs taxed against any protected person in a suit.

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

The St.Paul

*Prejudgment interest.* We'll pay the interest that accumulates before a judgment and is awarded against the protected person on that part of a judgment we pay. But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of our offer.

*Postjudgment interest.* We'll pay all interest that accumulates on the full amount of that part of a judgment for which we make a payment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

**Right to appeal a judgment.** We'll have the right to appeal a judgment awarded in a suit for loss covered by this agreement if:

- we defend a protected person against the suit; and
- the judgment is awarded against that protected person.

If we appeal such a judgment, we'll pay all expenses which result directly from that appeal, including postjudgment interest and the cost of appeal bonds. Such appeal expenses are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

**When This Agreement Covers**

**During this agreement or the limited reporting period.** We'll apply this agreement to claims or suits for covered loss only when they're first made or brought:

- while this agreement is in effect; or
- during the limited reporting period if it applies.

*Limited reporting period* means the 60 days, starting with the ending date of this agreement, during which claims or suits for covered loss caused by wrongful acts committed before the ending date of this agreement may be first made or brought.

**When we consider a claim or suit to be first made or brought.** We'll consider a claim or suit for covered loss to be first made or

brought on the earliest of the following dates:

- The date that we or any protected person first receives written notice of such claim or suit.
- The date that we first receive a notice of a wrongful act from any protected person.

However, we won't accept such a notice unless it also describes what loss may result from the wrongful act.

We'll also consider all claims and suits for covered loss caused by a wrongful act, or a series of related wrongful acts, to have been made or brought on the date that the first of those claims or suits is first made or brought.

*Series of related wrongful acts* means two or more wrongful acts, including repeated or continuous wrongful acts, that are related to the same loss.

**When the limited reporting period will apply.** The limited reporting period will automatically apply without an additional premium if this agreement is canceled or not renewed for any reason. It may not be canceled once it applies.

However, the limited reporting period won't apply to claims or suits if other insurance you buy:

- applies to them; or
- would have applied to them but won't because its limits of coverage have been used up.

**How the limited reporting period applies.** The limited reporting period doesn't extend the time that this agreement is in effect. As a result, we'll consider any claim or suit for covered loss that is first made or brought during the limited reporting period to have been made on the ending date of this agreement.

**When and how an extended reporting period can be added.** If this agreement is canceled or not renewed for any reason, an extended reporting period with an unlimited time can be added with an Extended Reporting Period Endorsement and the payment of an additional premium.

---

**The St.Paul**

However, we won't issue an extended reporting period endorsement unless we receive a written request for it from the first named insured shown in the Introduction within 60 days after the ending date of this agreement.

In addition, the endorsement won't take effect unless:

- your premium for this agreement is paid in full; and
- the additional premium for the extended reporting period is paid when due.

But once the endorsement takes effect, it may not be canceled by you or us.

*Extended reporting period* means an unlimited time, starting with the ending date of this agreement, during which claims or suits for covered loss caused by wrongful acts committed before the ending date of this agreement may be first made or brought.

**How the extended reporting period applies.** The extended reporting period replaces the limited reporting period. Also, it doesn't extend the time that this agreement is in effect. As a result, we'll consider any claim or suit first made or brought during the extended reporting period to have been made or brought on the ending date of this agreement.

In addition, the extended reporting period will cause us to apply this agreement as excess insurance over certain other insurance. We explain when and how we'll do so in the Other Insurance section.

**How we'll figure the additional premium for the extended reporting period.** We'll figure the additional premium for the extended reporting period in accordance with our rules and rates. But we won't charge more than 200% of the annual premium for the last policy year of this agreement. The extended reporting period endorsement premium is shown in the Coverage Summary.

We explain what we mean by policy year in the Total limit section.

**Where This Agreement Covers**

We'll apply, and make payments under, this agreement:

- only in the coverage territory; and
- only for covered loss that's caused by wrongful acts committed there.

However, we'll also apply, and make payments under, this agreement in the coverage territory for covered loss that's caused by wrongful acts committed in the rest of the world if the protected person's liability for such loss:

- is determined in a suit in the coverage territory; or
- is agreed to by us in a settlement.

*Coverage territory* means:

- the United States of America, including its territories and possessions;
- Puerto Rico;
- Canada; and
- international waters or airspace only during travel or transportation between any of the above places.

**Who Is Protected Under This Agreement**

**Individual.** If you are shown in the Introduction as a named insured and an individual, you and your spouse are protected persons only for the conduct of a business of which you are the sole owner.

**Partnership or joint venture.** If you are shown in the Introduction as a named insured and a partnership or a joint venture, you are a protected person. Your partners or co-venturers, and their spouses, are protected persons only for the conduct of your business.

**Limited liability company.** If you are shown in the Introduction as a named insured and a limited liability company, you are a protected person. Your members are protected persons only for the conduct of your business. And your managers are protected persons only for their duties as your managers.

---

Page 4 of 8
©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

**Corporation or other organization.** If you are shown in the Introduction as a named insured and a corporation or an other organization, you are a protected person. Your directors and executive officers are protected persons only for the conduct of their duties as your directors or executive officers. And your stockholders are protected persons only for their liability as your stockholders.

*Other organization* means an organization other than a corporation, partnership, joint venture, or limited liability company.

*Executive officer* means any person holding an officer position created by the charter, constitution, or by-laws, or any other similar governing document, of a corporation or other organization.

**Employees.** Your employees are protected persons only for:

- work done within the scope of their employment by you; or
- their performance of duties related to the conduct of your business.

But we won't apply this Employees section to your managers if you are a limited liability company. Instead, we'll apply the Limited liability company section to them.

Also, we won't apply this Employees section to your executive officers if you are a corporation or an other organization. Instead, we'll apply the Corporation or other organization section to them.

*Employee* includes a leased worker, other than a leased temporary worker.

*Leased worker* means any person who:

- is hired from an employee leasing firm under a contract or agreement between the hirer and that firm; and
- is performing duties related to the conduct of the hirer's business.

*Employee leasing firm* means any person or organization who hires out workers to others. It includes any:

- employment agency, contractor, or service;
- labor leasing firm; or
- temporary help service.

*Leased temporary worker* means a leased worker who is hired to:

- temporarily take the place of a permanent employee on leave; or
- meet seasonal or short-term workload conditions.

**Newly acquired or formed organizations.** Any organization, other than a partnership, joint venture, or limited liability company, that you acquire or form while this agreement is in effect is a protected person if you own more than 50% of it.

However, no newly acquired or formed organization is a protected person for:

- more than 90 days, or the remainder of the time this agreement is in effect, whichever is less, from the date that you acquire or form it, unless we agree that it should continue to be a protected person after the end of that period of time; or
- loss that's covered under other similar insurance.

**Separation of protected persons.** We'll apply this agreement separately to each protected person.

However, the limits of coverage shown in the Coverage Summary are shared by all protected persons. We explain how in the Limits Of Coverage section.

Also, any right or duty specifically assigned to the first named insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of your policy.

## Limits Of Coverage

The limits shown in the Coverage Summary and the information contained in this section fix the most we'll pay as damages, regardless of the number of:

- protected persons;
- claims made or suits brought; or
- persons or organizations making claims or bringing suits.

**Each wrongful act limit.** This is the most we'll pay for all covered loss that is caused

**The St.Paul**

by any one wrongful act or series of related wrongful acts.

**Total limit.** This is the most we'll pay for the combined total of all claims and suits for covered loss that are first made or brought in a policy year.

*Policy year* means the policy period shown in the Introduction, or the period of time this agreement is in effect, whichever is less. But when that period is longer than one year, it means each consecutive annual period, and the remaining period if any, that this agreement is in effect, starting with the beginning date of this agreement.

**How the limits of coverage apply to an extension of the policy period.** If the original policy period shown in the Introduction is extended for less than 12 months, we'll consider each extended period to be part of the last policy year. For example:

*Your policy period is for one year. During that policy year you request a three month extension. We agree. As a result, your last policy year becomes 15 months. It will be subject to the same limits of coverage that applied when the policy year was 12 months.*

**How the limits of coverage apply to the limited and extended reporting periods.** The limits of coverage that apply on the ending date of this agreement aren't renewed or increased for claims or suits first made or brought during the limited reporting period.

However, if the extended reporting period is added, the Total limit is renewed in full.

**How the limits of coverage apply if the total limit is left blank.** If the amount of the Total limit is left blank in the Coverage Summary, we'll consider that total limit to be three times the Each wrongful act limit.

**Deductible**

The deductible shown in the Coverage Summary and the information contained in this section fix the amount of damages over which the limits of coverage will apply, regardless of the number of:

- protected persons;

- claims made or suits brought; or
- persons or organizations making claims or bringing suits.

**Each wrongful act deductible.** You'll be responsible for the amount of damages within this deductible for all covered loss that's caused by each wrongful act or series or related wrongful acts.

If we settle a claim or suit that's subject to this deductible, we'll pay the deductible as part of the settlement. You agree to repay us as soon as we notify you of the settlement.

**Exclusions—What This Agreement Won't Cover**

**Bodily injury.** We won't cover bodily injury.

*Bodily injury* means any physical harm, including sickness or disease, to the physical health of other persons. It includes any of the following that results at any time from such physical harm, sickness, or disease:

- Mental anguish, injury, or illness.
- Emotional distress.
- Care, loss of services, or death.

**Contract liability.** We won't cover loss for which the protected person has assumed liability under any contract or agreement.

But we won't apply this exclusion to loss for which the protected person would have liability without the contract or agreement.

**Dishonest acts.** We won't cover claims that result from dishonest, intentionally fraudulent, criminal, or malicious acts or omissions of any protected person or of anyone for whose acts the protected person is legally responsible.

But this exclusion doesn't apply to any protected person who didn't:

- personally participate in committing any such act or omission; or
- remain passive after having personal knowledge of any such act or omission.

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

The St Paul

**Employment-related practices.** We won't cover loss that is sustained by a person and results from any:

- refusal to employ that person;
- termination of that person's employment; or
- other employment-related act, omission, policy, or practice, such as coercion, defamation, demotion, discipline, discrimination, evaluation, harassment, humiliation, or reassignment, directed at that person.

Nor will we cover loss sustained by the spouse or any child, parent, brother, or sister of that person if such loss results from the loss sustained by that person.

We'll apply this exclusion whether the protected person may be held liable as an employer or in any other capacity.

We'll also apply this exclusion to any obligation of the protected person to share damages with or to repay someone else who must pay damages because of such loss.

**Failure to comply with law.** We won't cover loss that results from any intentional violation of any:

- workers compensation law;
- unemployment insurance law;
- social security law;
- disability benefits law; or
- administrative interpretation of such laws.

**Failure to pay benefits.** We won't cover loss that results from any failure to pay benefits because:

- there are not sufficient funds; or
- an insurance company fails to comply with the terms of its policy.

**Fines or penalties.** We won't cover any fine or penalty assessed against any protected person.

**Investment of funds.** We won't cover loss that results from any investment or non-investment of any employee benefit plan funds.

**Investment performance.** We won't cover loss that results from any failure of an investment to perform as a protected person expected, intended, or said it would.

**Known wrongful acts.** We won't cover loss that results from any wrongful act that the protected person:

- knew about before this agreement went into effect; and
- could reasonably foresee would result in a claim or suit being made or brought while this agreement is in effect.

**Participation, investment, or legal advice.** We won't cover loss that results from the providing of or failure to provide any of the following advice to any employee or his or her dependent or beneficiary:

- Advice to participate or not to participate in an optional employee benefit plan.
- Investment advice.
- Legal advice.

**Personal injury.** We won't cover loss that results from personal injury.

*Personal injury* means injury that's caused by a personal injury offense.

*Personal injury offense* means any of the following offenses:

- False arrest, detention, or imprisonment.
- Malicious prosecution.
- Wrongful entry into, or wrongful eviction from, a room, dwelling, or premises that an individual occupies.
- Invasion of the right of private occupancy of a room, dwelling, or premises that an individual occupies.
- Libel or slander.
- Making known to any person or organization written or spoken material that disparages the products, work, or completed work of others.
- Making known to any person or organization written or spoken material that violates an individual's right of privacy.

**Property damage.** We won't cover loss that results from property damage.

*Property damage* means:

**The St Paul**

- physical damage to tangible property of others, including all resulting loss of use of that property; or
- loss of use of tangible property of others that isn't physically damaged.

**Termination of plan.** We won't cover loss that results from the termination of any employee benefit plan.

**Unnamed partnership, joint venture, or limited liability company.** We won't cover loss that results from the conduct of any current or past partnership, joint venture, or limited liability company that's not shown in the Introduction as a named insured.

## Other Insurance

This agreement is primary insurance. If there is any other valid and collectible insurance available to you for loss covered by this agreement, the following applies in connection with that insurance.

**Other primary insurance.** When there is other primary insurance available to you, we'll pay that portion of the damages which:

- exceeds the deductible; and
- equals our percentage of the total of all limits of coverage that apply.

But we won't pay more than the limit of coverage that applies under this agreement. For example:

*The limit of coverage under this agreement is $100,000. Another insurance policy with a limit of $25,000 also applies to loss covered by this agreement. We won't pay more than 80% ($100,000/$125,000) of a loss, less any deductible.*

However, we'll apply this agreement as excess insurance over the part or parts of any other insurance which provide coverage for claims or suits for loss that:

- is covered by this agreement; and
- is caused by a wrongful act committed before the beginning date of this agreement.

Also, if the extended reporting period applies, we'll apply this agreement as excess insurance over the part or parts of any other insurance which:

- are in effect during the extended reporting period; and
- provide coverage for claims or suits for loss covered by this agreement that are first made or brought during the extended reporting period.

We explain how we'll apply this agreement as excess insurance in the Excess insurance section.

**Excess insurance.** When this agreement is excess insurance, we won't have a duty to defend the protected person against the part or parts of any claim or suit for which any other insurer has the duty to defend the protected person.

However, we'll defend the protected person against a claim or suit for injury or damage covered by this agreement if no other insurer will do so. In return we'll require that we be given all of the protected person's rights against each such insurer.

Also, we'll pay only the amount of damages that's in excess of:

- the total amount that all such other insurance would pay if this agreement didn't exist; and
- the total of all deductible and self-insured amounts under all such other insurance.

But we won't pay more than the limits of coverage that apply under this agreement.

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

**EMPLOYMENT–RELATED PRACTICES EXCLUSION ENDORSEMENT –
EMPLOYEE BENEFIT PLANS ADMINISTRATION LIABILITY**

TheStPaul

This endorsement changes your Employee
Benefit Plans Administration Liability
Protection – Claims-Made.



---

**How Coverage Is Changed**

The following replaces the Employment-
related practices exclusion. This change
excludes coverage.

**Employment–related practices.** We won't cover
loss to any person that results from any:

- refusal to employ that person;

- termination of that person's employment;
  or

- other employment-related policy or
  practice committed upon or applied to that
  person, such as coercion, libel or slander,
  demotion, discipline, discrimination,
  evaluation, harassment, humiliation, or
  reassignment of or against that person, or
  violation of that person's right of privacy.

Nor will we cover loss to the spouse or any
child, parent, brother, or sister of that
person that results from such loss to that
person.

We'll also apply this exclusion to any
obligation of the protected person to share
damages with or to repay someone else
who must pay damages for:

- such loss to that person; or

- loss to the spouse or any child, parent,
  brother, or sister of that person that
  results from such loss to that person.

**Other Terms**

All other terms of your policy remain the
same.

---

L0436 Ed. 9-01 Printed in U.S.A.                Endorsement
©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved                Page 1 of 1

**AUTO COVERAGE SUMMARY**

<span style="float:right;">The**St.Paul**</span>

This Coverage Summary shows the Limits of
Coverage that apply to your Commercial Auto
Protection. A blank section or space indicates
no coverage.

---

**Auto Liability Protection**

**Covered Autos:**

☒ Any Auto    ☐ Owned Commercial autos    ☐ Owned Private Passenger autos
☐ Scheduled autos    ☐ Hired autos    ☐ Non owned autos
☐ Other:

**Limit of Coverage:**

$2,000,000    each accident

**Other:**

---

**Auto Medical Payments Protection**
**Covered Autos:**

☐ Any auto    ☐ Owned Commercial autos    ☐ Owned Private Passenger autos
☐ Scheduled autos
☒ Other: Any Owned Auto

**Limits of Coverage**    **(Refer to the Auto Schedule)**

**Other:**

---

| **Name of Insured** | **Policy Number** CK00215377 | **Effective Date** 12/01/02 |
|---|---|---|
| DAIRY FRESH CORPORATION | | **Processing Date** 12/10/02   09:45   001 |

44460 Ed. 4-91 Printed in U.S.A.    Coverage Summary
©St.Paul Fire and Marine Insurance Co. 1990 All Rights Reserved     Page   1

**The St.Paul**

## Auto Physical Damage Protection

### Covered Autos

☐ Scheduled autos       ☐ Owned Private Passenger autos

☐ Owned Commercial autos    ☒ Hired autos

☒ Other: Trailer Interchange

### Limits of Coverage

*(Refer to the Auto Schedule)*

### Other:

```
Hired Auto Physical Damage Coverage
     Limit:  $70,000
     Comprehensive Deductible:  $1,000
     Collision Deductible:      $1,000


Trailer Interchange Coverage
     Limit:  $75,000
     Comprehensive Deductible:  $1,000
     Collision Deductible:      $1,000
```

©St.Paul Fire and Marine Insurance Co. 1990 All Rights Reserved

**AUTO COVERAGE SUMMARY – CONTINUED**                                    The St.Paul

---

**Auto No Fault Protection**

**Covered Autos:**  ☒ Owned Autos that are subject to State No-Fault Laws

**Limits of Coverage:**  See your Agreement and any Optional Coverage Summary.
**Other:**

---

**Other Coverage**

---

**Auto Uninsured Motorists Protection**
**Autos Covered:**
OWNED AUTOS SUBJECT TO A COMPULSORY UNINSURED MOTORIST LAW


**Uninsured Limits of Coverage:**                **Underinsured Limits of Coverage:**
FOR THE STATE OF AL
     $40,000 PER ACCIDENT



FOR THE STATE OF FL
     $20,000 PER ACCIDENT



FOR THE STATE OF GA
     $75,000 PER ACCIDENT



FOR THE STATE OF LA
     $20,000 PER ACCIDENT



FOR THE STATE OF MS                      FOR THE STATE OF MS
     $25,000 PER ACCIDENT                 INCLUDED

---

| **Name of Insured** | **Policy Number** CK00215377 | **Effective Date** 12/01/02 |
|---|---|---|
| DAIRY FRESH CORPORATION | **Processing Date** 12/10/02  09:45  001 | |

The **St.Paul**

**Uninsured Limits of Coverage:**                    **Underinsured Limits of Coverage:**

©St.Paul Fire and Marine Insurance Co.1991 All Rights Reserved

## AUTO SCHEDULE

The **St.Paul**

The types of coverage provided for each auto are indicated by completed spaces. A blank space indicates no coverage.

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|-----------|----------|

Per schedule on file with Company.

ACV or Stated Amount   Deductible

☒ Liability *
☒ Uninsured Motorists*
☒ No-Fault*
☒ Medical Payments

☐ Comprehensive
☐ Collision
☐ Specified Causes of Loss
☐ Towing

Maximum

Med Pay $5,000
Fellow Employee Coverage applies

Rental Reimbursement Coverage:
Limit coverage per day  $50.00
Total days   30

**Who We'll Pay For Physical Damage Loss. You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|-----------|----------|

ACV or Stated Amount   Deductible

☐ Liability *
☐ Uninsured Motorists*
☐ No-Fault*
☐ Medical Payments

☐ Comprehensive
☐ Collision
☐ Specified Causes of Loss
☐ Towing

Maximum

**Who We'll Pay For Physical Damage Loss. You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto | Year | Make | Type | VIN/Serial | Location |
|------|------|------|------|-----------|----------|

ACV or Stated Amount   Deductible

☐ Liability *
☐ Uninsured Motorists*
☐ No-Fault*
☐ Medical Payments

☐ Comprehensive
☐ Collision
☐ Specified Causes of Loss
☐ Towing

Maximum

**Who We'll Pay For Physical Damage Loss. You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Name of Insured | Policy Number CK00215377 | Effective Date 12/01/02 |
|-----------------|--------------------------|-------------------------|
| DAIRY FRESH CORPORATION | Processing Date 12/10/02  09:45  001 | |

The **St Paul**

| Auto Year Make | Type | VIN/Serial | Location |
|---|---|---|---|

ACV or Stated Amount  Deductible

- ☐ Liability *
- ☐ Uninsured Motorists*
- ☐ No-Fault*
- ☐ Medical Payments

- ☐ Comprehensive
- ☐ Collision
- ☐ Specified Causes of Loss
- ☐ Towing

☐
☐
☐

Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto Year Make | Type | VIN/Serial | Location |
|---|---|---|---|

ACV or Stated Amount  Deductible

- ☐ Liability *
- ☐ Uninsured Motorists*
- ☐ No-Fault*
- ☐ Medical Payments

- ☐ Comprehensive
- ☐ Collision
- ☐ Specified Causes of Loss
- ☐ Towing

☐
☐
☐

Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto Year Make | Type | VIN/Serial | Location |
|---|---|---|---|

ACV or Stated Amount  Deductible

- ☐ Liability *
- ☐ Uninsured Motorists*
- ☐ No-Fault*
- ☐ Medical Payments

- ☐ Comprehensive
- ☐ Collision
- ☐ Specified Causes of Loss
- ☐ Towing

☐
☐
☐

Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

©St.Paul Fire and Marine Insurance Co.1990 All Rights Reserved

**WAIVER OF RIGHTS OF RECOVERY ENDORSEMENT
AUTO LIABILITY**

The**StPaul**

This endorsement changes your General Rules.

### How Coverage Is Changed

The following is added to the Recovering Damages From A Third Party rule. This change waives our right of recovery against certain persons or organizations for certain payments we make under your Auto Liability Protection.

We agree to waive any right of recovery we may have against the person or organization shown below for any payment we make under your Auto Liability Protection for covered injury or damage that results from:

- your ownership, maintenance, use, loading or unloading of a covered auto; and
- work you perform under a contract with that person or organization.

### Other Terms

All other terms of your policy remain the same.

**Description of person or organization:**

Where required by written contract.

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** CK00215377 | **Effective Date** 12/01/02 |
| DAIRY FRESH CORPORATION | | **Processing Date** 12/10/02  09:45  001 |

A0186 Ed. 4-00 Printed in U.S.A.  
©St.Paul Fire and Marine Insurance Co. 2000 All Rights Reserved

Endorsement

Page 1 of 1

**LARGE RISK TOTAL COST ENDORSEMENT – SHORT FORM**            The**StPaul**

This endorsement changes your Auto Liability
Protection or your Commercial General Liability
Protection.

---

**How Coverage Is Changed**                    **Other Terms**

The following is added to your policy.          All other terms of your policy remain the same.

The premium for this policy will be determined
by the Large Risk Total Cost Endorsement form-
ing a part of policy number:    WVA0205313

---

**Name of Insured**            **Policy Number** CK00215377            **Effective Date** 12/01/02
DAIRY FRESH CORPORATION        **Processing Date** 12/10/02   09:45   001

L0001 Ed.11-96 Printed in U.S.A.            Endorsement
©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved            Page 1 of 1

**AUTO LIABILITY DEDUCTIBLES ENDORSEMENT – DEDUCTIBLES APPLY TO DAMAGES AND CLAIM EXPENSES – LIMIT IS REDUCED BY THE DEDUCTIBLE AMOUNT**

The **StPaul**

This endorsement changes each of the Auto Insuring Agreements that are a part of your policy, other than an auto or garage physical damage protection insuring agreement.

**Important note:** This endorsement makes you responsible for paying damages and claim expenses within the deductible that applies.

## Deductibles Table

*Only those deductibles for which amounts are shown apply.*

| | | | |
|---|---|---|---|
| Each accident deductible. | $250,000 | Total deductible. | $1,750,000 |

**Important note:** If the Total deductible doesn't apply, you'll be responsible for the Each accident deductible without further limitation, regardless of how often it applies.

**How Coverage Is Changed In The Applicable Agreements**

There are two changes which are explained below.

1. The following section is added. This change adds deductibles to be paid by you.

   **Deductibles**

   The deductibles shown in the Deductibles Table and the information contained in this section fix the amount of damages and claim expenses that you'll be responsible for paying. Only those deductibles for which amounts are shown in the Deductibles Table apply.

   We will pay all or part of the deductible for you, unless we agree to do otherwise. WHEN WE DO MAKE PAYMENT, YOU AGREE TO REPAY THAT AMOUNT TO US PROMPTLY AFTER WE NOTIFY YOU OF THE PAYMENT.

   Also, if we pay claim expenses that's subject to the applicable deductible, YOU AGREE TO REPAY THAT AMOUNT TO US PROMPTLY AFTER WE NOTIFY YOU OF THE PAYMENT.

*Claim expenses* includes the following fees, costs or expenses that result directly from the investigation, defense, or settlement of a specific claim or suit:

* Fees, costs or expenses of attorneys.
* Court reporter fees.
* Independent expert's and special investigator's fees, costs, or expenses.
* Independent vendor's fees, costs, or expenses related to medical or vocational rehabilitation.

But we won't consider any of the following to be claim expenses:

* Our expenses, including salaries, wages, or traveling expenses of our employees, other than fees, costs, or expenses incurred by attorneys employed by us in connection with a specific claim or suit.
* Adjuster's fees paid to independent adjusters or attorneys for adjusting claims.
* Coverage opinions.
* Appeal expenses.
* Our recovery expenses.

However, we explain how we'll first deduct our recovery expenses in the Recovering Damages From A Third Party section in the General Rules attached to this policy.

| | |
|---|---|
| **Name of Insured** | **Policy Number** CK00215377     **Effective Date** 12/01/02 |
| DAIRY FRESH CORPORATION | **Processing Date** 12/10/02  09:45  001 |

A0068 Ed. 4-97 Printed in U.S.A.          Endorsement
©St.Paul Fire and Marine Insurance Co.1997 All Rights Reserved          Page 1 of 2

The**StPaul**

**Each accident deductible.** You'll be responsible for the amount of damages and claim expenses within this deductible that results from any one accident.

**Total deductible.** This amount is the most you'll be responsible for paying for the combined total of all deductibles applying in a policy year.

If this deductible doesn't apply, you'll be responsible for the Each accident deductible without further limitation, regardless of how often it applies.

*Policy year* means the policy period shown in the Introduction, or the period of time that this agreement is in effect, whichever is less. But when that period is longer than one year, it means each consecutive annual period, and the remaining period if any, that this agreement is in effect, starting with the beginning date of this agreement.

2.  The following is added to the Limits Of Coverage section. This change explains how the limit of coverage applies when a deductible applies.

    The limit of coverage shown in the Coverage Summary is reduced by the applicable deductible amount.

**Other Terms**

All other terms of your policy remain the same.

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

## AUTO LIABILITY PROTECTION

The St Paul

This insuring agreement provides auto liability protection for your business. There are, of course, limitations and exclusions which apply to that protection. As a result, this agreement should be read carefully to determine the extent of the coverage provided to you and other protected persons.

The terms of this agreement apply to each state unless a state's Commercial Auto Required Endorsement indicates otherwise.

| Table of Contents | Page |
|---|---|
| **What This Agreement Covers** | 1 |
| Bodily injury and property damage liability. | 1 |
| Pollution cost or expense. | 1 |
| Right and duty to defend. | 2 |
| Additional payments. | 3 |
| Right to appeal. | 3 |
| Out of state coverage. | 3 |
| **Which Autos Are Covered** | 4 |
| Any auto | 4 |
| Owned commercial autos | 4 |
| Owned private passenger autos | 4 |
| Scheduled autos | 4 |
| Hired autos | 4 |
| Nonowned autos | 4 |
| **When This Agreement Covers** | 4 |
| **Where This Agreement Covers** | 4 |
| **Who Is Protected Under This Agreement** | 5 |
| Individual. | 5 |
| Partnership or joint venture. | 5 |
| Corporation or other organization. | 5 |
| Any permitted user. | 5 |
| Anyone legally responsible for the actions of a protected person. | 5 |
| Separation of protected persons. | 5 |
| **Limit Of Coverage** | 5 |
| **Exclusions – What This Agreement Won't Cover** | 6 |
| Contract liability. | 6 |
| Control of property. | 6 |
| Employer's liability. | 6 |
| Injury to a fellow employee. | 7 |
| Intentional or expected bodily injury or property damage. | 7 |
| Nuclear energy liability. | 7 |
| Pollution. | 8 |
| Racing or demolition contest. | 9 |
| Specialized equipment. | 9 |
| Workers' compensation. | 9 |
| **Other Insurance** | 9 |
| Insurance provided by another insurer. | 9 |
| Insurance provided under another policy with us or any of our member insurance companies. | 10 |

## What This Agreement Covers

**Bodily injury and property damage liability.** We'll pay amounts any protected person is legally required to pay as damages for covered bodily injury or property damage that:

• results from the ownership, maintenance, use, loading or unloading of a covered auto; and

• is caused by an accident that happens while this agreement is in effect.

**Pollution cost or expense.** We'll pay amounts any protected person is legally required to pay as covered pollution cost or expense only if it results from an accident which also causes bodily injury or property damage covered by this agreement.

*Protected person* means any person or organization who qualifies as a protected person under the Who Is Protected Under This Agreement section.

*Bodily injury* means any physical harm, including sickness or disease, to the physical health of other persons. It includes any of the following that results at any time from such physical harm, sickness or disease:

• Mental anguish, injury or illness.

• Emotional distress.

• Care, loss of services, or death.

*Property damage* means

• physical damage to tangible property of others, including loss of use of such property; or

• loss of use of tangible property of others that isn't physically damaged.

The **St.Paul**

We'll consider all loss of use of tangible property to happen at the time of the accident which caused it.

*Accident* includes continuous or repeated exposure to the same conditions.

*Covered auto* means the type or types of autos shown in the Coverage Summary and described in the Which Autos Are Covered section.

*Auto* means any land motor vehicle, trailer or semi-trailer designed for travel on public streets or roads. It includes:
• any permanently attached machinery or equipment; and
• any mobile equipment only while it's being carried or towed by a covered auto.

*Mobile equipment* means any land vehicle that:
• is designed for use primarily off public streets or roads;
• is kept for use only on or next to premises you own, rent or lease;
• travels on crawler treads;
• is kept primarily for the ready movement of permanently attached construction equipment; or
• doesn't travel under its own power and is kept primarily for the ready movement of permanently attached specialized equipment.

Mobile equipment includes any land vehicle not described above that's kept primarily for purposes other than carrying people or cargo. But we won't consider such a vehicle to be mobile equipment if it:
• travels under its own power;
• is operated like an auto during travel on a public street or road; and
• has permanently attached specialized equipment; or
• has permanently attached equipment designed for snow removal, street cleaning, or street or road maintenance - but not construction or resurfacing.

*Construction equipment* includes any grader, scraper, roller and power crane, shovel, loader, digger, or drill.

*Specialized equipment* means any:
• cherry picker or similar device used to lift workers;
• pump, generator or air compressor; or
• other equipment, such as building cleaning, geophysical exploration, lighting, spraying, welding or well-servicing equipment, that has a built-in pump, generator or air compressor.

*Loading* means moving property from the place where it's accepted for transportation by a protected person until it's placed in or on a covered auto.

*Unloading* means moving property from a covered auto to the place where it's finally delivered by a protected person.

However we won't consider moving property with a mechanical device, such as a forklift or conveyor, that's not attached to a covered auto to be loading or unloading. But we won't consider a hand truck to be a mechanical device.

*Pollution cost or expense* means any cost or expense that results from:
• any request, demand or order that any protected person or others perform pollution work; or
• any claim or suit by or for any governmental authority demanding that any protected person or others perform pollution work.

*Pollution work* means:
• the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing of any pollutant; or
• the responding to, or assessing, in any way the effects of any pollutant.

**Right and duty to defend.** We'll have the right and duty to defend any claim or suit for covered bodily injury, property damage, or pollution cost or expense made or brought against any protected person.

We'll do so even if any of the allegations of any such claim or suit are groundless, false or fraudulent. But we have no duty to perform other acts or services. And our duty to defend claims or suits ends when we have used up the limit of coverage that applies with the payment of judgments, settlements, or pollution cost or expense.

©St.Paul Fire and Marine Insurance Co.1993 All Rights Reserved

The St Paul

We'll have the right to investigate any claim or suit to the extent that we believe is proper. We'll also have the right to settle any claim or suit within the available limits of coverage.

*Claim* means a demand which seeks damages or pollution cost or expense.

*Suit* means a civil proceeding which seeks damages or pollution cost or expense. It includes:
• an arbitration proceeding for such damages to which the protected person must submit or submits with our consent.
• any other alternative dispute resolution proceeding for such damages to which the protected person submits with our consent.

**Additional payments.** We'll have the duty to make only the payments shown below in connection with any claim or suit we defend. These payments are in addition to the limit of coverage. But our duty to make such payments ends when we have used up the limit of coverage that applies with the payment of judgments, settlements, or pollution cost or expense.

*Our expenses.* We'll pay all expenses we incur.

*Bail bonds.* We'll pay up to $250 of the cost of bail bonds that are required because of accidents or violations of traffic laws. But only if the accidents or violations result from the use of a vehicle to which the bodily injury liability coverage under this agreement applies. We don't have to furnish such bonds.

*Bonds to release property.* We'll pay the cost of bonds to release property that's being used to secure a legal obligation. But only for bond amounts within the limit of coverage that applies. We don't have to furnish such bonds.

*Expenses incurred by protected persons.* We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or defend a claim or suit. But we won't pay more than $250 per day for earnings actually lost by the protected person because of time taken off from work.

*Taxed costs.* We'll pay all costs taxed against any protected person in a suit.

*Pre-judgment interest.* We'll pay the pre-judgment interest that's awarded against the protected person on that part of a judgment paid by us. But if we make a settlement offer to pay the available limit of coverage, we won't pay the pre-judgment interest that accumulates after the date of our offer.

*Post-judgment interest.* We'll pay all interest that accumulates on the full amount of that part of a judgment for which we make a payment. But only from the date of the judgment to the date we:
• pay;
• offer to pay; or
• deposit in court;
the limit of coverage that applies to the judgment.

**Right to appeal.** We'll have the right to appeal a judgment for covered bodily injury, property damage, or pollution cost or expense in any suit we defend.

If we appeal such a judgment, we'll pay all expenses which result directly from that appeal, including the cost of appeal bonds and post-judgment interest. Such appeal expenses are in addition to the limit of coverage. However, the results of an appeal won't change the limit of coverage that applies under this agreement.

**Out of state coverage.** While a covered auto is away from the jurisdiction where it is licensed we will do the following:
• Increase the limit of coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered auto is being used if your limit of coverage is less than the minimum limit required by such law. But this increase does not apply to the limit or limits specified by any law or regulation governing motor carriers of passengers or property.
• Provide the minimum amounts and types of other coverages, such as no-fault, required of out of state vehicles by the jurisdiction where the covered auto is being used. But we won't pay more than once for the same damages which are covered because of this extension of coverage.

The **StPaul**

## Which Autos Are Covered

The Coverage Summary shows and the information in this section describes the type or types of autos which are covered autos.

**Any auto**  means any owned, rented, leased or borrowed auto.  It includes hired, nonowned, newly acquired, replacement and temporary substitute autos.

**Owned commercial autos**  means any auto you own that isn't of the private passenger type.  It includes any trailer or semi-trailer while attached to that auto.  It also includes:
•newly acquired autos of the same type;
•replacement autos of the same type; and
•temporary substitute autos.

**Owned private passenger autos**  means any auto you own that's of the private passenger type. It includes any trailer while attached to that auto.  It also includes:
•newly acquired autos of the same type;
•replacement autos of the same type; and
•temporary substitute autos.

**Scheduled autos**  means any auto you own that's described in the Auto Schedule.  It includes any nonowned trailer while attached to a scheduled auto.  It also includes:
•newly acquired autos, but only if we cover all of your owned autos and you tell us within 30 days after you acquire such autos that you want us to cover them;
•replacement autos if you tell us within 30 days after you acquire such autos that you want us to cover them; and
•temporary substitute autos.

**Hired autos**  means any auto that you hire, rent, lease or borrow from others, other than your employees or members of their households. We'll consider any auto that you lease for a period of 6 months or more to be an auto that you own.

**Nonowned autos**  means any auto that:
•you don't own, hire, rent, lease or borrow; and
•is used in the conduct of your business.
It includes autos owned by your employees or partners or members of their households.  But only while such autos are being used in the conduct of your business.

*Newly acquired autos*  means any additional auto that you acquire while this agreement is in effect.  We'll provide the same limit of coverage, and deductible, if any, to such autos as you have on similar types of autos, unless you tell us differently.

*Replacement autos*  means any auto that replaces a covered auto.  We'll provide the same limit of coverage, and deductible, if any, to such autos as you have for the covered auto being replaced, unless you tell us differently.

*Temporary substitute autos*  means any auto not owned by you while it's being used, with permission of its owner, as a temporary substitute for a covered auto you own which can't be used because it:
•has broken down;
•has been damaged, destroyed or stolen; or
•is being repaired or serviced.

*Private passenger type*  means ordinary private passenger cars, station wagons, pick-ups and vans.

## When This Agreement Covers

We'll apply this agreement to claims or suits for covered bodily injury, property damage or pollution cost or expense whenever they're made or brought.

## Where This Agreement Covers

We'll defend claims and suits, and pay judgments, settlements, and pollution cost or expense only in the coverage territory for covered bodily injury, property damage, or pollution cost or expense that's caused by accidents which happen in the coverage territory.

*Coverage territory*  means the United States of America, its territories and possessions, Puerto Rico and Canada.  It includes international waters or airspace while a covered auto is being transported between any of the above places.

Page 4 of 10
©St.Paul Fire and Marine Insurance Co.1993 All Rights Reserved

The**St.Paul**

## Who Is Protected Under This Agreement

**Individual.** If you are named in the Introduction as an individual, you and your spouse are protected persons for the use of a covered auto.

**Partnership or joint venture.** If you are named in the Introduction as a partnership or joint venture, you are a protected person for the use of a covered auto. Also, your partners or co-venturers and their spouses are protected persons. But only for the use of a covered auto.

However, no person or organization is a protected person for the conduct of any current or past partnership or joint venture that's not named in the Introduction.

**Corporation or other organization.** If you are named in the Introduction as a corporation or other organization, you are a protected person for the use of a covered auto. Also, your executive officers and directors are protected persons. But only for the use of a covered auto. Also, your stockholders are protected persons, but only for their liability as your stockholders.

**Any permitted user.** Any person or organization to whom you've given permission to use a covered auto you own, rent, lease, hire or borrow is a protected person.

However, we won't consider the following to be a protected person:
• The owner or anyone else from whom you rent, lease, hire or borrow a covered auto unless that auto is a trailer that's connected to a covered auto you own.
• An employee of yours or a member of an employee's household if the covered auto is owned by that employee or member of that employee's household.
• Anyone using a covered auto while working in the business of selling, servicing, repairing, storing or parking autos, unless the business is yours.
• Anyone other than your employees, partners, lessee or borrower or any of their employees while loading or unloading a covered auto.

**Anyone legally responsible for the actions of a protected person.** Any person or organization who is legally responsible for the actions of a protected person described above is also a protected person for the use of a covered auto. For example:

*An employee who works for another company borrows a covered auto from you. That person causes an accident which results in covered bodily injury and property damage. We'll consider you, that employee, and the other company that employs the other person to be protected persons.*

But we won't consider the owner or anyone else from whom you rent, lease, hire or borrow a covered auto to be a protected person unless it's a trailer that's connected to a covered auto you own.

**Separation of protected persons.** We'll apply this agreement:
• to each protected person named in the Introduction as if that protected person was the only one named there; and
• separately to each other protected person.

However, the limit of coverage shown in the Coverage Summary is shared by all protected persons. We explain how in the Limits Of Coverage section. Also, any right or duty specifically assigned to the first Named Insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of your policy.

## Limit Of Coverage

The Coverage Summary shows the limit of coverage that applies to this agreement.

The Each accident limit is the most we'll pay for the combined total of all covered bodily injury, property damage and pollution cost or expense that results from any one accident. This limit applies regardless of the premiums paid or number of:
• protected persons;
• premiums paid;
• claims made or suits brought;

The **StPaul**

- covered autos;
- vehicles involved in the accident; or
- persons or organizations making claims or bringing suits.

We consider all covered bodily injury, property damage and pollution cost or expense that results from continuous or repeated exposure to substantially the same conditions to be the result of one accident.

## Exclusions – What This Agreement Won't Cover

**Contract liability.** We won't cover the protected person's liability for bodily injury or property damage assumed under any contract or agreement.

However, we won't apply this exclusion to liability for bodily injury or property damage the protected person would have without the contract or agreement. Nor will we apply this exclusion to the protected person's liability for bodily injury or property damage assumed under a covered contract made before the bodily injury or property damage happens.

*Covered contract* means any:
- lease of premises;
- sidetrack agreement;
- easement or license agreement;
- obligation to indemnify a municipality if the obligation is required by ordinance and isn't connected with work for the municipality;
- contract or agreement under which you assume the tort liability of a municipality to pay damages for covered bodily injury or property damage that is sustained by others and results from work for the municipality;
- other contract or agreement under which you assume the tort liability of another to pay damages for covered bodily injury or property damage that's sustained by others; or
- contract or agreement which you or any of your employees enter into for the rental or lease of any auto.

*Tort liability* means a liability that would be imposed by law without any contract or agreement.

But we won't consider the following parts of any contract or agreement to be a covered contract:

*Auto with driver.* That part which has to do with the rental, lease or loan of an auto to you or any of your employees if the auto is rented, leased or loaned with a driver.

*Use of a motor carrier's permit.* That part which indemnifies any person or organization in the business of transporting people or property by an auto for hire for your use of a covered auto over a route or in a territory the person or organization is authorized by a public authority to use or serve.

*Damage to rented or leased auto.* That part which obligates you or any of your employees to pay for property damage to any auto rented or leased by you or any of your employees.

*War.* That part which indemnifies any person or organization for bodily injury or property damage caused by:
- declared or undeclared war, or invasion;
- warlike action by a military force or other agents of any government, sovereign or other authority;
- civil war, insurrection, rebellion, revolution or seizure of power; or
- anything done to hinder or defend against these actions.

**Control of property.** We won't cover property damage to property owned by, transported by or in the care, custody or control of a protected person.

But we won't apply this exclusion to liability for property damage assumed under a sidetrack agreement.

**Employer's liability.** We won't cover bodily injury to an employee arising out of his or her employment by a protected person. Nor will we cover bodily injury to the spouse, child, parent, brother, or sister of that employee which results from the bodily injury to the employee.

We'll apply this exclusion whether the protected person may be held liable as an employer or in any other capacity.

Page 6 of 10
©St.Paul Fire and Marine Insurance Co.1993 All Rights Reserved

The St.Paul

We'll also apply this exclusion to any obligation of the protected person to share damages with or repay someone else who must pay damages because of bodily injury to any employee of the protected person.

But we won't apply this exclusion to:
- bodily injury to domestic employees not entitled to workers compensation benefits; or
- liability for bodily injury assumed under a covered contract.

We explain what we mean by covered contract in the Contract liability exclusion.

**Injury to a fellow employee.** We won't cover bodily injury to a fellow employee of any protected person arising out of and in the course of the fellow employee's employment by you.

**Intentional or expected bodily injury or property damage.** We won't cover bodily injury or property damage that's expected or intended by the protected person.

**Nuclear energy liability.** We won't cover bodily injury or property damage for which any protected person:
- is covered by a nuclear energy liability insurance policy; or
- would have been covered by such policy if that policy's limits of coverage hadn't been used up.

Nor will we cover bodily injury or property damage that results from the hazardous properties of nuclear material and for which:
- any person or organization is required by law to maintain financial protection in accordance with the federal Atomic Energy Act, or any of its amendments; or
- any protected person is entitled, or would have been entitled had this agreement not been issued, to indemnity from the United States government, or any of its agencies, under any contract or agreement between the government, or any of its agencies, and any person or organization.

And we won't cover bodily injury or property damage that results from the hazardous properties of nuclear material when:
- the nuclear material is located at, or at any time discharges or disperses from, any nuclear facility owned by any protected person, or operated by or for any protected person;
- the nuclear material is contained in spent nuclear fuel or nuclear waste that is at any time possessed, handled, used, processed, stored, transported or disposed by or for any protected person; or
- the bodily injury or property damage results from the furnishing by any protected person of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any nuclear facility. But we'll apply this exclusion part only to property damage to the nuclear facility, and any property located on the site of that facility, if the nuclear facility is in the United States of America, its territories or possessions, Puerto Rico, or Canada.

*Nuclear energy liability insurance policy* means any nuclear energy liability insurance policy issued by:
- Nuclear Energy Liability Insurance Association;
- Mutual Atomic Energy Liability Underwriters;
- Nuclear Insurance Association of Canada; or
- any of their successors.

*Property damage* includes all forms of radioactive contamination of property.

*Hazardous properties* include radioactive, toxic or explosive properties.

*Nuclear material* means any of the following materials which are defined in the federal Atomic Energy Act, or any of its amendments:
- Source material.
- Special nuclear material.
- By-product material.

*Nuclear facility* means any:
- nuclear reactor;
- uranium isotopes separation device or equipment;
- special nuclear material device or equipment; or
- nuclear waste site.

Nuclear facility includes:
- the site on which it's located;
- all operations conducted on such site; and
- all premises used for such operations.

The **St.Paul**

*Nuclear reactor* means any device, equipment or machine that's designed or used to:
- sustain nuclear fission in a self-supporting chain reaction; or
- contain a critical mass of fissionable material.

*Uranium isotopes separation device or equipment* means any device or equipment designed or used for:
- separating the isotopes of uranium or plutonium;
- processing or utilizing spent nuclear fuel; or
- handling, processing or packaging nuclear waste.

*Special nuclear material device or equipment* means any device or equipment used for the processing, fabricating or alloying of special nuclear material if the total amount of such material:
- is more than 25 grams of plutonium or uranium 233, or any combination of the two, or 250 grams of uranium 235; and
- is at any time in the custody of any protected person at the premises where the device or equipment is located.

*Nuclear waste site* means any structure, basin, excavation, premises or place prepared or used for the storage or disposal of nuclear waste.

*Nuclear waste* means any waste material that:
- contains by-product material; and
- results from the operation of any nuclear reactor or uranium isotopes separation device or equipment by any person or organization.

But we won't consider nuclear waste to include tailings or wastes that result from the extraction or concentration of uranium or thorium from any ore processed primarily for its source material content.

*Spent nuclear fuel* means any solid or liquid fuel element or component that has been exposed to radiation or used in a nuclear reactor.

**Pollution.** We won't cover bodily injury or property damage that results from pollution involving any pollutant, or any pollutant contained in any property, that's:

- being transported or towed by a covered auto;
- being loaded onto or unloaded from a covered auto;
- otherwise in the course of transit by or for any protected person; or
- being stored, disposed of, treated or processed in or on a covered auto.

For example:

*A covered auto carrying a cargo of chemicals skids off of a road and overturns. Several of the containers of chemicals are damaged during the accident and their contents leak out. Fumes from the spilled chemicals injure a motorist who stopped to help the truck driver. And a fire begins in a pool formed by the spilled chemicals and spreads to a nearby building, damaging its exterior. We won't cover any such bodily injury or property damage.*

However, we won't apply this exclusion to bodily injury or property damage that results from pollution caused by fuels, lubricants, fluids, exhaust gases or similar pollutants that:
- are needed for or result from the normal electrical, hydraulic or mechanical functioning of a covered auto, other than the operation of specialized equipment; and
- escape, seep or migrate, or are discharged, dispersed or released, directly from a part of the covered auto designed by it's manufacturer to hold, store, receive or dispose of such pollutants.

For example:

*One of your covered autos is a truck with a hydraulic system that leaks. We won't apply this exclusion to the bodily injury or property damage that may result from such pollution.*

Another example:

*One of your covered autos is a tow truck. It is involved in an accident with another vehicle. Your tow truck's gas tank is ruptured and leaks. We won't apply this exclusion to the bodily injury or property damage that may result from such pollution.*

Another example:

©St.Paul Fire and Marine Insurance Co.1993 All Rights Reserved

The **St Paul**

*While being pulled by a covered auto, your compressor leaks gas. We won't apply this exclusion to the bodily injury or property damage that may result from such pollution. However, if the gas leakage occurred during the operation of the compressor, the resulting damage would not be covered because it results from the operation of specialized equipment.*

Nor will we apply this exclusion to bodily injury or property damage that results from pollution from property of others which:
• isn't in your care, custody or control;
• isn't being transported or towed by or for you; and
• is damaged by an accident due to the ownership, maintenance or use of a covered auto.

For example:

*A covered auto skids off of a road and hits a fuel storage tank owned by others. Several hundred gallons of fuel leak out and then explode into flames. The fire destroys a nearby building and injures two bystanders. We won't apply this exclusion to the bodily injury and property damage that results from such pollution.*

*Pollution* means the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of any pollutant.

*Pollutant* means any solid, liquid, gaseous or thermal irritant or contaminant, including:
• smoke, vapors, soot, fumes;
• acids, alkalis, chemicals; and
• waste.

*Waste* includes materials to be recycled, reconditioned or reclaimed.

We explain what we mean by specialized equipment in the What This Agreement Covers section.

**Racing or demolition contest.** We won't cover bodily injury, property damage or pollution cost or expense that results from the use of a covered auto in any organized racing or demolition contest or stunting activity. This exclusion also applies to any practice or preparation for such contest or activity.

**Specialized equipment.** We won't cover bodily injury or property damage that results from the operation or use of any specialized equipment.

However, we won't apply this exclusion to bodily injury or property damage that results from specialized equipment while being carried or towed by a covered auto.

We explain what we mean by specialized equipment in the What This Agreement Covers section.

**Workers' compensation.** We won't cover any obligation that the protected person has under a workers' compensation, disability benefits or unemployment compensation law, or any similar law.

### Other Insurance

This agreement is primary insurance for covered autos you own and excess insurance for those you don't own.

However, when a covered trailer is connected to a covered auto, this agreement applies to the trailer in the same way as the covered auto. For example, if a trailer you own is connected to a covered auto you don't own, this agreement will be excess insurance for the trailer. If a trailer you don't own is connected to a covered auto you own, this agreement is primary insurance for the trailer.

Excess insurance applies after other collectible insurance has been used up.

This agreement is primary insurance for liability for covered bodily injury or property damage assumed under a covered contract.

We explain what we mean by covered contract in the Contract liability exclusion.

**Insurance provided by another insurer.** When insurance provided by another insurer applies to covered bodily injury or property damage that results from an accident on the same primary or excess basis as this agreement, we'll pay only our share of your accident. We'll pay the same proportion of such damages or pollution cost or

**The St.Paul**

expense that our limit is to the total of all applicable policy limits. But we won't pay more than our limit.

**Insurance provided under another policy with us or any of our member insurance companies.** When this agreement and other insurance contained in a policy from us or another member insurance company of The St. Paul Group both apply to the same accident, the most we will pay is the highest limit of coverage that applies under any one policy. When the other insurance written by us or the member insurance company is intended to be excess over this agreement, this section does not apply.

©St.Paul Fire and Marine Insurance Co.1993 All Rights Reserved

FORM MCS-90
(Ed. 3-96)

Form Approved
OMB No. 2125-0074

**ENDORSEMENT FOR**
**MOTOR CARRIER POLICIES OF INSURANCE FOR PUBLIC LIABILITY**
**UNDER SECTIONS 29 AND 30 OF THE MOTOR CARRIER ACT OF 1980**

Issued to    Dairy Fresh Corporation

of    Greensboro, AL  36744

Dated at    St. Paul, MN        this  1st day of  December , 2002

Amending Policy No. CK00215377            Effective Date 12/01/02

Name of Insurance Company St. Paul Fire & Marine Insurance Company

Telephone Number 800-328-2189        Countersigned by_____

Authorized Company Representative

The policy to which this endorsement is attached provides primary or excess insurance, as
indicated by ☒, for the limits shown:

☒ This insurance is primary and the company shall not be liable for amounts in excess of
$1,000,000    for each accident.

☐ This insurance is excess and the company shall not be liable for amounts in excess of
$            for each accident in excess of the underlying limit of $
for each accident.

Whenever required by the Federal Highway Administration (FHWA) or the Interstate Commerce Commission (ICC), the
company agrees to furnish the FHWA or the ICC a duplicate of said policy and all its endorsements. The company also
agrees, upon telephone request by an authorized representative of the FHWA or the ICC, to verify that the policy is in
force as of a particular date.

Cancellation of this endorsement may be effected by the company or the insured by giving (1) thirty-five (35) days
notice in writing to the other party (said 35 days notice to commence from the date the notice is mailed, proof of
mailing shall be sufficient proof of notice), and (2) if the insured is subject to the ICC's jurisdiction, by providing thirty
(30) days notice to the ICC (said 30 days notice to commence from the date the notice is received by the ICC at its
office in Washington, D.C.).

## DEFINITIONS AS USED IN THIS ENDORSEMENT

**ACCIDENT** includes continuous or repeated exposure to
conditions which results in bodily injury, property damage,
or environmental damage which the insured neither
expected nor intended.

**MOTOR VEHICLE** means a land vehicle, machine, truck,
tractor, trailer, or semitrailer propelled or drawn by
mechanical power and used on a highway for transporting
property, or any combination thereof.

**BODILY INJURY** means injury to the body, sickness, or
disease to any person, including death resulting from any
of these.

**ENVIRONMENTAL RESTORATION** means restitution for
the loss, damage, or destruction of natural resources
arising out of the accidental discharge, dispersal, release
or escape into or upon the land, atmosphere, watercourse,
or body of water, of any commodity transported by a
motor carrier.  This shall include the cost of removal and
the cost of necessary measures taken to minimize or
mitigate damage to human health, the natural environment,
fish, shellfish, and wildlife.

**PROPERTY DAMAGE** means damage to or loss of use of
tangible property.

**PUBLIC LIABILITY** means liability for bodily injury,
property damage, and environmental restoration.

The insurance policy to which this endorsement is
attached provides automobile liability insurance and is
amended to assure compliance by the insured, within the
limits stated herein, as a motor carrier of property, with
Sections 29 and 30 of the Motor Carrier Act of 1980
and the rules and regulations of the Federal Highway
Administration (FHWA) and the Interstate Commerce
Commission (ICC).

In consideration of the premium stated in the policy to
which this endorsement is attached, the insurer (the
company) agrees to pay, within the limits of liability
described herein, any final judgment recovered against the
insured for public liability resulting from negligence in the
operation, maintenance or use of motor vehicles subject
to the financial responsibility requirements of Sections 29
and 30 of the Motor Carrier Act of 1980 regardless of
whether or not each motor vehicle is specifically
described in the policy and whether or not such
negligence occurs on any route or in any territory
authorized to be served by the insured or elsewhere.

Such insurance as is afforded, for public liability, does not
apply to injury to or death of the insured's employees
while engaged in the course of their employment, or
property transported by the insured, designated as cargo.

It is understood and agreed that no condition, provision,
stipulation, or limitation contained in the policy, this
endorsement, or any other endorsement thereon, or
violation thereof, shall relieve the company from liability or
from the payment of any final judgment, within the limits
of liability herein described, irrespective of the financial
condition, insolvency or bankruptcy of the insured.
However, all terms, conditions and limitations in the policy
to which the endorsement is attached shall remain in full
force and effect as binding between the insured and the
company.  The insured agrees to reimburse the company
for any payment made by the company on account of any
accident, claim, or suit involving a breach of the terms of
the policy, and for any payment that the company would
not have been obligated to make under the provisions of

Form MCS-90                    (Over)                    MC 1622j (Ed. 3-96)

the policy except for the agreement contained in this endorsement.

It is further understood and agreed that, upon failure of the company to pay any final judgment recovered against the insured as provided herein, the judgment creditor may maintain an action in any court of competent jurisdiction against the company to compel such payment.

The limits of the company's liability for the amounts prescribed in this endorsement apply separately, to each accident, and any payment under the policy because of any one accident shall not operate to reduce the liability of the company for the payment of final judgments resulting from any other accident.

---

The Motor Carrier Act of 1980 requires limits of financial responsibility according to the type of carriage and commodity transported by the motor carrier.
It is the MOTOR CARRIER'S obligation to obtain the required limits of financial responsibility.
THE SCHEDULE OF LIMITS SHOWN BELOW DOES NOT PROVIDE COVERAGE.
The limits shown in the schedule are for information purposes only.

## SCHEDULE OF LIMITS
### Public Liability

| Type of Carriage | Commodity Transported | Minimum Insurance |
|---|---|---|
| (1) For-hire (In interstate or foreign commerce) | Property (Nonhazardous). | $ 750,000 |
| (2) For-hire and Private (in interstate, foreign, or intrastate commerce) | Hazardous substances, as defined in 49 CFR 171.8, transported in cargo tanks, portable tanks, or hopper-type vehicles with capacities in excess of 3,500 water gallons; or in bulk Divisions 1.1, 1.2, and 1.3 materials; any quantity of Division 2.3, Hazard Zone A, or Division 6.1, Packing Group 1, Hazard Zone A material; in bulk Division 2.1 or 2.2; or Highway route controlled quantities of a Class 7 material as defined in 49 CFR 173.403. | 5,000,000 |
| (3) For-hire and Private (in interstate or foreign commerce: in any quantity) or (in intrastate commerce: in bulk only). | Oil listed in 49 CFR 172.101; hazardous materials and hazardous substances defined in 49 CFR 171.8 and listed in 49 CFR 172.101, but not mentioned in (2) above or (4) below. | 1,000,000 |
| (4) For-hire and Private (In interstate or foreign commerce). | Any quantity of Division 1.1, 1.2 or 1.3 material; any quantity of Division 2.3, Hazard Zone A, or Division 6.1, Packing Group 1, Hazard Zone A material; or highway route controlled quantities of a Class 7 material, as defined in 49 CFR 173.403. | 5,000,000 |

Note - The type of carriage listed under numbers (1), (2), and (3) apply to vehicles with a gross vehicle weight rating of 10,000 pounds or more. The type of carriage listed under number (4) applies to all vehicles with a gross vehicle weight rating of less than 10,000 pounds.

## SCHEDULE OF LIMITS
### Public Liability

For-hire motor carriers of passengers operating in interstate or foreign commerce

| Vehicle Seating Capacity | Minimum Insurance |
|---|---|
| (1) Any vehicle with a seating capacity of 16 passengers or more. | $5,000,000 |
| (2) Any vehicle with a seating capacity of 15 passengers or less. | 1,500,000 |

**ADDITIONAL PROTECTED PERSONS ENDORSEMENT– FOR AUTOS YOU'VE LEASED FROM OTHERS**

The **St.Paul**

This endorsement changes your commercial
auto insurance

---

**How Your Coverage Is Changed**

The leased autos indicated below will be
covered as if they are autos you own, not
hired autos. But coverage on any leased auto
will end:

- on the expiration date of the lease shown
  below;
- when the person or organization who
  leased the auto to you or their agent
  takes back the auto; or
- when this policy ends;

whichever happens first.

*Leased auto* means an auto, including any
substitute or replacement auto, that you've
leased under a written agreement, that
requires you to provide direct primary
insurance on the auto.

The Who Is Protected section of your
Liability Agreement is changed by adding the
following.

- The person or organization named below,
  from whom you've leased an auto, is
  protected.

The Who We'll Pay For Loss Section of your
Auto Physical Damage Agreement includes
the person or organization named below.

**Cancellation**

The Cancellation section in the General Rules
is changed by adding the following.

If we cancel your policy, we'll mail a notice
of cancellation to the person or organization
named from whom you lease an auto.

That person or organization isn't responsible
for paying premiums for your insurance.

**Other Terms**

All other terms of your policy remain the
same.

---

**Person or organization**

Any organization who requires that you add them
as additional protected person in specific written
contract with you.

---

| Coverages | Limits of Coverage | Deductibles |
|---|---|---|
| *(Refer to the Auto Schedule)* | | |

| Leased Autos | Lease Expiration |
|---|---|

Any Leased Auto

---

| Name of Insured | Policy Number CK00215377 | Effective Date 12/01/02 |
|---|---|---|
| DAIRY FRESH CORPORATION | | Processing Date 12/10/02  09:45  001 |

44476 Ed. 4-91 Printed in U.S.A.                    Endorsement
©St.Paul Fire and Marine Insurance Co. 1991 All Rights Reserved                    Page 1 of 2

**The St.Paul**

**Leased Autos**                                                    **Lease Expiration**

44476 Ed. 4-91 Printed in U.S.A.
Page 2 of 2                     ©St.Paul Fire and Marine Insurance Co. 1991 All Rights Reserved

## AUTOS RENTED BY EMPLOYEES ENDORSEMENT

The**StPaul**

This endorsement changes your Auto Liability Protection and your Auto Physical Damage Protection.

### How Coverage Is Changed

There are two changes that are explained below. These changes broaden coverage.

1. The definition of hired autos in the Which Autos Are Covered section is changed as follows.

    *Hired autos* means any auto that you hire, rent, lease, or borrow from others, other than your employees or members of their households. Hired autos includes any autos that any employee of yours hires, rents, leases, or borrows from others in that employee's name with your permission while performing duties related to the conduct of your business. We'll consider any auto that you lease for a period of 6 months or more to be an auto that you own. However any auto that has been rented, leased, hired, or borrowed with a driver is not a covered auto.

2. The following is added to the Who is Protected Under This Agreement section. This change applies to your Auto Liability Protection.

    **Employees renting covered autos.** Any of your employees while operating a covered auto that has been rented, leased, hired, or borrowed from others in that employee's name with your permission while performing duties related to the conduct of your business.

### Other Terms

All other terms of your policy remain the same.

## HIRED AUTOS COVERED AS OWNED AUTOS ENDORSEMENT

The **St Paul**

This endorsement changes your Auto Liability
Protection.

---

### How Your Coverage Is Changed

The autos that this endorsement applies to are
shown in the Coverage Summary or Auto Sche-
dule.  They will be covered as if they are autos
you own.

The owners or anyone else from whom you rent
or lease such covered autos are also protected
while the autos are used by or for you.

### Other Terms

All other terms of your policy remain the same.

---

## AUTO FELLOW EMPLOYEE COVERAGE ENDORSEMENT

<span style="float:right">The **St.Paul**</span>

This endorsement changes your Auto Liability Protection.

### How Your Coverage Is Changed

Your Auto Liability Protection is broadened to protect you for claims involving injury to fellow employees.

The "Injury to a fellow employee" exclusion doesn't apply.

The "Employers liability" exclusion doesn't apply to any fellow employee of yours while he or she is driving a covered auto in the course of your business.

### Other Terms

All other terms of your policy remain the same.

**UNINSURED AND UNDERINSURED MOTORISTS PROTECTION –**
**ALABAMA**

The St Paul

We've designed this agreement to cover damages for bodily injury caused by an accident which the named insured or anyone else covered under this agreement are legally entitled to collect from the driver or owner of an uninsured or underinsured vehicle.

This agreement provides coverage for covered autos licensed or mainly garaged in Alabama.

| Table of Contents | Page |
|---|---|
| **What This Agreement Covers** | 1 |
| **Which Autos Are Covered** | 2 |
| Scheduled autos. | 2 |
| Any owned auto. | 2 |
| Autos required by law to be covered. | 3 |
| **When This Agreement Covers** | 3 |
| **Where This Agreement Covers** | 3 |
| **Who Is Protected Under This Agreement** | 3 |
| Individual. | 3 |
| Partnership, limited liability company, organization. | 3 |
| Anyone else in a covered auto. | 3 |
| Anyone entitled to collect damages. | 3 |
| Separation of protected persons. | 3 |
| **Limits Of Coverage** | 3 |
| Single limit. | 3 |
| Split limits. | 4 |
| Limitations on amounts payable. | 4 |
| Unauthorized use. | 4 |
| Worker's compensation. | 4 |
| Actions taken without our consent. | 4 |
| Punitive damages. | 4 |
| **Other Insurance** | 4 |
| Insurance written with another company. | 4 |
| Insurance written under another policy with our company. | 5 |
| **Changes In General Rules** | 5 |
| Recovering damages from a third party. | 5 |
| **ARBITRATION** | 5 |
| **What To Do If You Have A Loss** | 5 |

## What This Agreement Covers

We'll pay compensatory damages the named insured and other protected persons are legally entitled to collect from the owner or driver of an uninsured or underinsured vehicle if:

- the damages result from an accident that causes bodily injury to the protected person; and
- the owner's or driver's liability results from owning, maintaining or using the uninsured or underinsured vehicle.

*Bodily injury* means any physical harm, including sickness or disease, to the physical health of other persons. It includes any of the following that results at any time from such physical harm, sickness or disease:

- Mental anguish, injury or illness.
- Emotional distress.
- Care, loss of services, or death.

*Accident* means any event that results in bodily injury that the protected person didn't expect or intend to happen.

*An uninsured vehicle* is a land motor vehicle or trailer:

- for which no liability insurance policy or bond at the time of an accident provides at least the amount of coverage for bodily injury required by law where a covered auto is mainly garaged;
- for which an insurance or bonding company denies coverage or becomes insolvent;
- which is a hit and run vehicle;

*Hit and run vehicle* means a vehicle that hits a protected person or an auto occupied by a protected person provided that the owner or driver cannot be identified. We'll cover such bodily injury whether or not the vehicle actually hits a protected person, a

---

The St Paul

covered auto or an auto a protected person is in. If there's no physical contact, we'll accept only competent evidence to verify the accident other than testimony of any person having a claim under this or any similar coverage as a result of the accident.

*An underinsured vehicle* is a land motor vehicle for which there is a liability bond or policy at the time of an accident that provides a limit of coverage that is less than the amount a protected person is legally entitled to recover as damages caused by an accident.

However, we won't consider the following to be uninsured or underinsured vehicles.

- Those owned or operated by a person or organization that self-insures its liability for bodily injury under any applicable motor vehicle law. But this doesn't apply to a self insurer who becomes insolvent;
- Those designed mainly for use off public roads and not on a public road; or
- Those owned by a unit of government.

## Which Autos Are Covered

The Coverage Summary shows which autos are covered under this agreement.

*Auto* means any land motor vehicle, trailer or semi-trailer designed for travel on public streets or roads. It includes:

- any permanently attached machinery or equipment; and
- any mobile equipment only while it's being carried or towed by a covered auto.

*Mobile equipment* means any land vehicle that:

- is designed for use primarily off public streets or roads;
- is kept for use only on or next to premises the named insured owns, rents, or leases;
- travels on crawler treads;
- is kept primarily for the ready movement of permanently attached construction equipment; or
- doesn't travel under its own power and is kept primarily for the ready movement of permanently attached specialized equipment.

Mobile equipment includes any land vehicle not described above that's kept primarily for purposes other than carrying people or cargo. But we won't consider such a vehicle to be mobile equipment if it:

- travels under its own power;
- is operated like an auto during travel on a public street or road; and
- has permanently attached specialized equipment; or
- has permanently attached equipment designed for snow removal, street cleaning, or street or road maintenance - but not construction or resurfacing.

*Construction equipment* includes any grader, scraper, roller, power crane, shovel, loader, digger, or drill.

*Specialized equipment* means any:

- cherry picker or similar device used to lift workers;
- pump, generator or air compressor; or
- other equipment, such as building cleaning, geophysical exploration, lighting, spraying, welding or well-servicing equipment, that has a built-in pump, generator or air compressor.

**Scheduled autos.** If this is shown in the Coverage Summary, the autos listed in the Schedule are the covered autos at the time the agreement goes into effect.

*Autos the named insured acquires after this agreement goes into effect.*

- Replacement autos.
  The named insured can replace any auto on the Auto Schedule and we'll automatically cover its replacement for the same insurance. However, the named insured must tell us within 30 days after acquiring such autos that coverage is requested.
- Newly acquired autos.
  If we cover all of the named insured's owned autos, any additional autos the named insured acquires are also covered. However, the named insured must tell us within 30 days after acquiring such autos that coverage is requested.

**Any owned auto.** If this is shown in the Coverage Summary, we'll cover any auto that the named insured owns.

44278 Rev. 2-01 Printed in U.S.A.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Page 2 of 5                    ©St.Paul Fire and Marine Insurance Co.2001 All Rights Reserved

The St.Paul

**Autos required by law to be covered.** If this is shown in the Coverage Summary, all autos the named insured owns for which the state requires the named insured to provide Uninsured and Underinsured Motorists Coverage will be considered covered autos.

## When This Agreement Covers

We'll apply this agreement to damages for covered bodily injury while this agreement is in effect.

## Where This Agreement Covers

We'll cover damages only in the coverage territory for covered bodily injury that's caused by accidents which happen there.

*Coverage territory* means the United States of America, its territories and possessions, Puerto Rico and Canada. It includes international waters or airspace while a covered auto is being transported between any of the above places.

## Who Is Protected Under This Agreement

**Individual.** If the named insured is shown in the Introduction as an individual, the named insured and family members are protected persons.

*Family members* means persons who are related to an individual named insured by blood, marriage or adoption and live in such named insured's home. A ward or foster child who lives with the named insured is also considered to be a family member.

**Partnership, limited liability company, organization.** If the named insured is shown in the Introduction as a partnership, limited liability company, organization, or any other form of organization, then the following are protected persons:

- Anyone in a covered auto or temporary substitute for a covered auto; and
- Anyone for damages he or she is entitled to recover because of bodily injury to another protected person.

**Anyone else in a covered auto.** Anyone else while in an auto that's a covered auto or a temporary substitute auto is protected.

*In an auto* includes on the auto, getting in or out or off of it.

*Temporary substitute auto* means an auto used in place of a covered auto because:

- it was lost or destroyed;
- it broke down; or
- it's being serviced or repaired.

**Anyone entitled to collect damages.** We'll also cover anyone entitled to collect damages for bodily injury suffered by another protected person.

**Separation of protected persons.** This agreement applies:

- to each protected person named in the Introduction as if that protected person was the only one named there; and
- separately to each other protected person.

However, the limits of coverage shown in the Coverage Summary are shared by all protected persons. We explain how in the Limits Of Coverage section. Also, any right or duty specifically assigned to the first named insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of the named insured's policy.

## Limits Of Coverage

Coverage under this agreement may be subject to a single limit or to split limits, depending on which is shown in the Coverage Summary. We'll consider all injury and damage caused by continuous or repeated exposure to basically the same conditions to be the result of one accident.

**Single limit.** If a single limit is shown, it is the most we'll pay for all damages resulting from bodily injury caused by any one accident. This limit applies no matter how many protected persons are involved or how many claims are made or premiums are paid. If there is more than one covered auto, our limit for any one accident will be the sum of the limits that apply to each covered auto for up to three covered autos.

---

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
©St.Paul Fire and Marine Insurance Co.2001 All Rights Reserved

The**StPaul**

**Split limits.** If split limits are shown, two limits apply to the amount we'll pay. These limits apply no matter how many protected persons are involved or how many claims are made or premiums are paid. If there is more than one covered auto, our limit for any one accident will be the sum of the limits that apply to each covered auto for up to three covered autos.

- Bodily injury to each person limit.
- Bodily injury in one accident limit.

Here's an explanation of how these limits apply.

*Bodily injury to each person limit.* This is the most we'll pay for bodily injury to one person arising out of an accident. This includes damages for care, loss of services, or death.

*Bodily injury in one accident limit.* This is the most we'll pay for all bodily injury claims that result from any one accident.

**Limitations on amounts payable.** No one will be entitled to be paid more than once for the same loss from coverage under this agreement and also any other insuring agreement.

We will not make a payment under this agreement to the extent that payment has also been made to a protected person by or for someone who is legally responsible for the damages.

We will not pay for any part of damages for which a protected person is also entitled to be paid under any workers compensation, disability benefit, or similar law.

When our limit of coverage is more than what is required by a law where a covered auto is garaged, our payment for damages begins only:

- after all other liability policies and bonds have been used up by payment of judgments or settlements; or
- after a tentative settlement has been reached between the protected person and the insurer of an underinsured vehicle; we have been given prompt written notice of that tentative settlement, and have advanced payment to the protected person in an amount equal to that settlement

within 30 days after we received notification.

We have no obligation to pay if a suit is brought against us and the owner or driver of an uninsured vehicle without our being given reasonable notice. However, if we have been given reasonable notice, we can choose to pay.

## Exclusions – Claims We Won't Cover

**Unauthorized use.** We won't cover a person who is injured while using an auto without having a reasonable belief that he or she is entitled to use it.

**Worker's compensation.** We won't pay any claims for the direct or indirect benefit of another insurance company or self insurer because of worker's compensation, disability benefits or similar laws.

**Actions taken without our consent.** We won't cover any claim that is settled without our consent. But this exclusion doesn't apply to accidents involving underinsured vehicles.

**Punitive damages.** We won't cover punitive damages. This includes damages that are awarded by a court which exceed the actual damages that result, but are meant to be a punishment or to set an example.

However, this exclusion doesn't apply to punitive damages that are awarded in a wrongful death action or suit.

## Other Insurance

This agreement provides primary insurance for covered autos the named insured owns and excess insurance for those the named insured doesn't own. Excess insurance applies after other collectible uninsured or underinsured motorists insurance has been used up.

**Insurance written with another company.** When this agreement and other collectible uninsured or underinsured motorists insurance apply to a loss on the same primary or excess basis, we'll pay that portion of the loss equal to what our limit of coverage bear to the total available limits.

44278 Rev. 2-01 Printed in U.S.A.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Page 4 of 5          ©St.Paul Fire and Marine Insurance Co.2001 All Rights Reserved

The St.Paul

**Insurance written under another policy with our company.** When this agreement and other insurance written by us both apply to the same loss the most we'll pay is the highest limit of coverage that applies under any one policy. When the other insurance written by us is intended to be excess over this agreement, this paragraph does not apply.

## Changes In General Rules

**Recovering damages from a third party.**
The following sentence is added to the Recovering Damages From A Third Party section of the General Rules.

If we make a payment under this agreement and a protected person recovers all or part of the damages from someone else, he or she must hold the amount recovered in trust for us and return to us the amount we have paid.

This rule doesn't apply to an accident involving a protected person and an underinsured vehicle if:

- we've been given prompt notice in writing of a tentative settlement between a protected person and the insurer of an underinsured vehicle; and
- we haven't, within 30 days, advanced payment to the protected person in order to preserve our right of recovery against that insurer.

## ARBITRATION

**IF WE OR ANY PROTECTED PERSON DO NOT AGREE:**
- **WHETHER THAT PERSON IS LEGALLY ENTITLED TO COLLECT DAMAGES FROM THE OWNER OR DRIVER OF AN UNINSURED VEHICLE; OR**
- **THE AMOUNT OF DAMAGES;**

**THEN THE MATTER MAY BE ARBITRATED. HOWEVER, DISPUTES CONCERNING COVERAGE UNDER THIS AGREEMENT ARE NOT SUBJECT TO ARBITRATION.**

**BOTH PARTIES MUST AGREE TO ARBITRATION. IF SO AGREED, EACH OF US WILL CHOOSE ONE ARBITRATOR. THESE TWO ARBITRATORS WILL CHOOSE A THIRD. IF THEY CAN'T AGREE ON A THIRD ARBITRATOR WITHIN 30 DAYS, EITHER ARBITRATOR CAN REQUEST A JUDGE OR A COURT IN THE STATE WHERE THE ARBITRATION IS TO BE HELD TO SELECT THE THIRD. ARBITRATION PROCEEDINGS WILL BEGIN WITHIN ONE YEAR AFTER THE DATE BOTH PARTIES AGREE TO SETTLE A DISPUTE BY ARBITRATION. ARBITRATION EXPENSES WILL BE DETERMINED BY THE ARBITRATOR ACCORDING OT ALABAMA LAW.**

**UNLESS WE BOTH AGREE OTHERWISE, ARBITRATION WILL TAKE PLACE IN THE COUNTY WHERE THE PROTECTED PERSON LIVES. LOCAL LAW WILL APPLY TO EVIDENCE AND ARBITRATION PROCEDURES. A DECISION AGREED TO BY TWO OF THE ARBITRATORS WILL BE BINDING.**

**BUT THIS RULE WON'T APPLY IF A PROTECTED PERSON HAS BROUGHT A LAWSUIT AGAINST THE OWNER OR DRIVER OF AN UNINSURED OR UNDERINSURED VEHICLE.**

## What To Do If You Have A Loss

The When This Policy Includes Liability Protection section is changed by adding the following.

Promptly notify the police if an unidentified driver hits the named insured or another protected person and promptly send us copies of any legal papers if a suit is brought.

Also promptly notify us in writing if a tentative settlement has been reached between a protected person and the insurer of an underinsured vehicle. Then we must be given 30 days to advance payment to the protected person in order to preserve our right of recovery against that insurer.

---

UNINSURED AND UNDERINSURED MOTORISTS PROTECTION
FLORIDA – NON–STACKING                                    The **St Paul**

We've designed this agreement to cover
damages for bodily injury caused by an
accident which the named insured or anyone
else covered under this agreement are legally
entitled to collect from the driver or owner
of an uninsured or underinsured vehicle.

This agreement provides coverage for
covered autos licensed or mainly garaged in
Florida.

| Table of Contents | Page |
|---|---|
| **What This Agreement Covers** | 1 |
| **Which Autos Are Covered** | 2 |
| Scheduled autos. | 2 |
| Any owned auto. | 2 |
| Autos required by law to be covered. | 2 |
| **Where And When We Cover** | 3 |
| **Who Is Protected Under This Agreement** | 3 |
| Individual. | 3 |
| Partnership, limited liability company, organization. | 3 |
| Anyone else in a covered auto. | 3 |
| Anyone entitled to collect damages. | 3 |
| Separation of protected persons. | 3 |
| **Limits Of Coverage** | 3 |
| Coordination with other coverages. | 4 |
| **Exclusions – Claims We Won't Cover** | 4 |
| Unauthorized use. | 4 |
| Workers compensation | 4 |
| Actions taken without our consent. | 4 |
| Other autos. | 4 |
| Pain, suffering, mental anguish, or inconvenience. | 4 |
| Punitive damages. | 4 |
| **Other Insurance** | 4 |
| Insurance written with another company.. | 4 |
| **Changes In General Rules** | 5 |
| Recovering damages from a third party. | 5 |
| **Our Rights To Mediation** | 5 |
| **Arbitration** | 5 |
| Florida arbitration act. | 6 |
| **What To Do If You Have A Loss** | 6 |

## What This Agreement Covers

We'll pay compensatory damages the named
insured and other persons protected under
this agreement are legally entitled to collect
from the owner or driver of an uninsured or
underinsured vehicle if the damages result
from an accident that causes bodily injury
to the protected person.

However, we'll only pay these damages
when the owner's or driver's liability results
from owning, maintaining or using the
uninsured or underinsured vehicle.

*Bodily injury* means any physical harm to
a person's health including sickness and
disease and death.

*Accident* means any event that results in
bodily injury that the protected person didn't
expect or intend to happen.

*An uninsured vehicle* is a land motor
vehicle or trailer:

• for which there is no liability insurance
  policy or bond at the time of an accident;

• for which an insurance or bonding
  company legally denies coverage or
  becomes insolvent; or

• for which neither the driver nor owner can
  be identified. The land motor vehicle or
  trailer must:

  • hit an individual named insured or any
    family member, a covered auto, or a
    vehicle such named insured or any
    family member are occupying; or

  • cause an accident resulting in bodily
    injury to an individual named insured or
    any family member without hitting that
    named insured, any family member, a
    covered auto or a vehicle such named
    insured or any family member are
    occupying.

If there's no physical contact with the
land motor vehicle or trailer, we'll accept

---

44094 Rev. 3-01 Printed in U.S.A.                Insuring Agreement
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved              Page 1 of 6

The**StPaul**

only competent evidence to verify the accident other than testimony of any person having a claim under this or any similar coverage as a result of the accident.

*An underinsured vehicle* is a land motor vehicle or trailer for which the total of all liability policies or bonds at the time of an accident provide a limit that is less than the amount that a protected person is legally entitled to recover as damages caused by the accident.

However, we won't consider the following to be uninsured or underinsured vehicles:

- vehicles designed for use mainly off public roads;
- vehicles that are owned by any unit of government;
- vehicles that are owned by or available for regular use by the named insured or a family member unless it's a covered vehicle driven by someone other than an individual named insured or a family member where injury results to a named insured or family member.

## Which Autos Are Covered

The Coverage Summary shows which autos are covered under this agreement.

**Scheduled autos.** If this is shown in the Coverage Summary, the autos listed in the Schedule are the covered autos at the time the agreement goes into effect.

*Autos* are cars, trucks, trailers or semi-trailers and other land vehicles designed for travel on public roads, but not mobile equipment.

*Mobile equipment* means any land vehicle that:

- is designed for use primarily off public roads;
- is kept for use only on or next to premises the named insured owns, rents, or leases;
- travels on crawler treads;
- is kept primarily for the ready movement of permanently attached construction equipment; or

- doesn't travel under its own power and is kept primarily for the ready movement of permanently attached specialized equipment.

Mobile equipment also includes any land vehicle not described above that's kept primarily for purposes other than carrying people or cargo. But we won't consider such a vehicle to be mobile equipment if it travels under its own power and has permanently attached specialized equipment or equipment designed primarily for:

- snow removal;
- road maintenance – but not construction or resurfacing; or
- street cleaning.

*Specialized equipment* means:

- air compressors, pumps or generators;
- building cleaning, geophysical exploration, lighting, spraying, welding or well-servicing equipment; and
- cherry pickers or similar devices used to lift workers.

*Autos the named insured acquires after this agreement goes into effect.*

- Replacement autos.
  The named insured can replace any auto on the Auto Schedule and we'll automatically cover its replacement for the same insurance. However, the named insured must tell us within 30 days after acquiring such autos that coverage is requested.
- Newly acquired autos.
  If we cover all of the named insured's owned autos, any additional autos the named insured acquires are also covered. However, the named insured must tell us within 30 days after acquiring such autos that coverage is requested.

**Any owned auto.** If this is shown in the Coverage Summary, we'll cover any auto that the named insured owns.

**Autos required by law to be covered.** If this is shown in the Coverage Summary, all autos the named insured owns for which the state requires the named insured to provide uninsured and underinsured motorists coverage will be considered covered autos.

44094 Rev. 3-01 Printed in U.S.A.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Page 2 of 6                    ©St.Paul Fire and Marine Insurance Co.2001 All Rights Reserved

The **St Paul**

## Where And When We Cover

We cover accidents that take place in the United States of America, its territories or possessions, Puerto Rico or Canada while this agreement is in effect. We also cover accidents that take place while a covered auto is being transported between any of these places.

## Who Is Protected Under This Agreement

**Individual.** If the named insured is shown in the Introduction as an individual, the named insured and family members are protected persons.

*Family members* means persons who are related to an individual named insured by blood, marriage or adoption and live in such named insured's home. A ward or foster child who lives with the named insured is also considered to be a family member.

**Partnership, limited liability company, organization.** If the named insured is shown in the Introduction as a partnership, limited liability company, organization, or any other form of organization, then the following are protected persons:

- Anyone in a covered auto or temporary substitute for a covered auto; and
- Anyone for damages he or she is entitled to recover because of bodily injury to another protected person.

**Anyone else in a covered auto.** Anyone else while in an auto that's a covered auto or a temporary substitute auto is protected.

*In an auto* includes on the auto, getting in or out or off of it.

*Temporary substitute auto* means an auto used in place of a covered auto because:

- it was lost or destroyed;
- it broke down; or
- it's being serviced or repaired.

**Anyone entitled to collect damages.** We'll also cover anyone entitled to collect damages for bodily injury suffered by another protected person.

**Separation of protected persons.** This agreement applies:

- to each protected person named in the Introduction as if that protected person was the only one named there; and
- separately to each other protected person.

However, the limits of coverage shown in the Coverage Summary are shared by all protected persons. We explain how in the Limits Of Coverage section. Also, any right or duty specifically assigned to the first named insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of the named insured's policy.

## Limits Of Coverage

We'll consider all injury and damage caused by continuous or repeated exposure to basically the same conditions to be the result of one accident.

The limit of coverage shown in the Coverage Summary for Uninsured And Underinsured Motorists is the most we'll pay for all damages resulting from bodily injury caused by any one accident. This limit applies no matter how many protected persons are involved or how many claims are made, premiums are paid, or vehicles are involved in an accident.

However, for an individual named insured and family members:

- while in a vehicle owned by that named insured or any family member, the most we'll pay is the limit of coverage that applies to that auto;
- while in a vehicle not owned by that named insured or any family member, the most we'll pay will be no more than the sum of the limit that applies to that auto such named insured or any family member are in and the highest limit that applies to any auto under any one policy that such named insured or any family member has;
- while not in any vehicle, the most we'll pay will be the highest limit that applies to any auto under any one policy that such named insured or the family member has.

---

The**StPaul**

**Coordination with other coverages.** No one will be entitled to receive duplicate payment for the same element of loss:

- under any workers' compensation law, disability benefits, or similar law;
- from someone who is legally responsible for the damages, including any amounts that are paid or payable under this policy's Auto Liability Protection; and
- the total amount paid or payable under any No-Fault or Auto Medical Payments Protection.

In no case will a protected person be entitled to collect more than once for the same injury or damages.

When our limit of coverage is more than what is required by law where a vehicle is mainly garaged, our payment for damages begins only:

- after all other liability policies and bonds have been used up by payment of judgments or settlements; or
- if we have been promptly notified that a tentative settlement has been reached between the protected person and the company that insured the owner or driver of the underinsured vehicle; and we have paid the protected person that agreed amount within 30 days after we received the notice

We have no obligation to pay if a suit is brought without our written consent.

### Exclusions – Claims We Won't Cover

**Unauthorized use.** We won't pay any claims that result if someone uses an auto without having a reasonable belief that he or she is entitled to use it.

**Worker's compensation.** We won't pay any claims for the direct or indirect benefit of another insurance company or self-insurer because of worker's compensation, disability benefits or similar laws.

**Actions taken without our consent.** We won't cover any claim that is settled without our consent. But this exclusion won't apply if our right to recover payment from someone else who's responsible for the damages has not been affected by that settlement.

We also won't apply this exclusion to any settlement made with the insurer of an underinsured vehicle.

**Other autos.** We won't cover:

- bodily injury to an individual named insured if injured in or struck by an auto that individual named insured owns which is not a covered auto under this agreement;
- bodily injury to any family member who is injured in or struck by an auto the family member owns which is not a covered auto under this agreement; or
- bodily injury to any family member who is injured in or struck by an auto the named insured owns which is not a covered auto under this agreement.

**Pain, suffering, mental anguish, or inconvenience.** We won't cover any protected person for damages resulting from pain, suffering, mental anguish or inconvenience. But this exclusion doesn't apply if the bodily injury is in any part of:

- a significant and permanent loss of an important bodily function;
- a permanent injury within a reasonable degree of medical probability, other than scarring or disfigurement;
- significant and permanent scarring or disfigurement; or
- death.

**Punitive damages.** We won't cover punitive damages. This includes damages that are awarded by a court which exceed the actual damages that result, but are meant to be a punishment or to set an example.

### Other Insurance

This agreement provides primary insurance for covered autos the named insured owns and excess insurance for those the named insured doesn't own. Excess insurance applies after other collectible uninsured or underinsured motorists insurance has been used up.

**Insurance written with another company.** When this agreement and other collectible uninsured and underinsured motorists insurance apply to a loss on the same primary or excess basis, we'll pay that

44094 Rev. 3-01 Printed in U.S.A.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Page 4 of 6                    ©St.Paul Fire and Marine Insurance Co.2001 All Rights Reserved

The St.Paul

portion of the loss equal to what our limit of coverage bears to the total available limits.

## Changes In General Rules

### Recovering damages from a third party.

The Recovering Damages From A Third Party Section of the General Rules is replaced by the following. But only for this agreement.

If we make a payment under this agreement and a protected person recovers all or part of the damages from someone else, he or she must hold the amount recovered in trust for us and return to us the amount we have paid.

But this rule will not apply if we:

- have been given prompt written notice of a tentative settlement between a protected person and the insurer of an underinsured vehicle; and
- fail to advance payment in an amount equal to that settlement within 30 days after we have received such notice.

If we do advance payment to the protected person in the amount of such tentative settlement within 30 days of our being notified of the settlement:

- that payment will be separate from any amount the protected person is entitled to recover under coverage given by this agreement; and
- we also have a right to recover the amount we have advanced from the insurer of the underinsured vehicle.

## Our Rights To Mediation

If the named insured and we disagree over a claim the named insured has filed with us, either of us may choose to go through a process of mediation before any lawsuit is begun to settle the matter. This applies if the disagreement is over a claim involving any of the following:

- bodily injury involving an amount of $10,000 or less;
- property damage in any amount from owning, maintaining or using autos; or

- loss to a covered auto or its equipment in any amount.

Either the named insured or we may make a written request for this procedure. Such request must be made to the Florida Department of Insurance on their request form. They will provide the form.

The request must state why mediation is requested, and the issues that are in dispute.

The Florida Department of Insurance will randomly select mediators. The named insured and we may each reject one mediator who has been selected. The mediator will set up a mediation conference, and notify the named insured and us of the date, time and place. This must, however, take place within 45 days of the request for mediation. The conference may be held by telephone. Everyone who participates in this conference must have the authority to act on behalf of whom they represent. They must also act in the best interests of their party, and act in good faith.

The named insured and we will split the cost of mediation, unless the mediator determines that one of us was not acting in good faith.

Only one mediation can be requested for each claim unless all parties agree to further mediation. After a lawsuit is filed, no mediation can take place that relates to the same facts in dispute in that lawsuit.

This mediation proceeding will be considered informal. Rules relating to the introduction of evidence and other civil procedure will not be enforced.

## Arbitration

The Appraisal Of Property Disputes section of the General Rules is replaced by the following. But only for this agreement.

- If agreement can't be reached on the amount of loss, the following procedure will be used:
- Either of us may make a written demand for arbitration;
- After that demand has been made, the other party may, before arbitration, demand the process of mediation that we

**The St.Paul**

have described elsewhere in this policy. The process of mediation, as we have explained it, must take place before the arbitration process can be completed. After the mediation process;

- Each of us will select a competent and impartial arbitrator and notify the other of the selection within 30 days of the demand.
- The arbitrators will select a competent and impartial umpire. If they can't agree on an umpire, either may ask that one be selected by a judge of a court having jurisdiction.
- The arbitrators will state separately the amount of the loss. If they don't agree, they'll submit their appraisals to the umpire. Agreement of two out of three will be binding.

Each party will pay the expenses it incurs and share the expenses of the third arbitrator equally.

If we submit to arbitration, we'll still retain our right to deny the claim.

**Florida arbitration act.** If we and the protected person agree to arbitration, the Florida Arbitration Act won't apply.

## What To Do If You Have A Loss

The When This Policy Provides Liability Protection part of the What To Do If You Have A Loss page is changed by adding the following.

Promptly notify the police if an unidentified driver hits the named insured or another protected person and promptly send us copies of any legal papers if a suit is brought.

Also, promptly notify us, via certified or registered mail, of any tentative settlement reached with the insurer of an underinsured vehicle, and allow us 30 days to advance payment to the protected person in an amount equal to that settlement.   This is to preserve our right of recovery against the insurer, owner or driver of the underinsured vehicle.

**UNINSURED AND UNDERINSURED MOTORISTS PROTECTION –
GEORGIA**

The**St.Paul**

We've designed this agreement to cover damages for bodily injury and property damage caused by an accident which the named insured or anyone else covered under this agreement are legally entitled to collect from the driver or owner of an uninsured or underinsured vehicle.

This agreement provides coverage for covered autos licensed or mainly garaged in Georgia.

| Table of Contents | Page |
|---|---|
| **What This Agreement Covers** | 1 |
| **Which Autos Are Covered** | 2 |
| Scheduled autos. | 3 |
| Any owned auto. | 3 |
| Autos required by law to be covered. | 3 |
| **When This Agreement Covers** | 3 |
| **Where This Agreement Covers** | 3 |
| **Who Is Protected Under This Agreement** | 3 |
| Individual. | 3 |
| Partnership, limited liability company, organization. | 3 |
| Anyone else in a covered auto. | 3 |
| Anyone entitled to collect damages. | 3 |
| Separation of protected persons. | 3 |
| **Limits Of Coverage** | 4 |
| Single limit. | 4 |
| Split limits. | 4 |
| Deductible. | 4 |
| Limitations on amounts payable. | 4 |
| **Exclusions – Claims We Won't Cover** | 5 |
| Unauthorized use. | 5 |
| Worker's compensation. | 5 |
| Actions taken without our consent. | 5 |
| Property insurers. | 5 |
| Punitive damages. | 5 |
| **Other Insurance** | 5 |
| Priorities for our payments. | 5 |
| Insurance written under another policy with us or any of our member companies. | 5 |
| **Changes In General Rules** | 5 |
| Recovering damages from a third party. | 5 |
| Recovering Damages From A Third Party | 5 |
| **What To Do If You Have A Loss** | 6 |

## What This Agreement Covers

We'll pay compensatory damages the named insured and other persons protected under this agreement are legally entitled to collect from the owner or driver of an uninsured or underinsured vehicle if the damages result from an accident that causes:

- bodily injury to the protected person; or
- property damage.

However, we'll only pay these damages when the owner's or driver's liability results from owning, maintaining or using the uninsured or underinsured vehicle.

With respect to damages resulting from an accident with an underinsured vehicle, we'll only pay if:

- the limit of any applicable liability bonds or policies have been exhausted by payment of judgments or settlements; or
- a tentative settlement has been made between a protected person and the insurer or the underinsured vehicle and we:
  - have been given prompt written notice of such tentative settlement; and
  - advance payment to the protected person in an amount equal to the tentative settlement within 30 days after we receive notice.

*Bodily injury* means any physical harm, including sickness or disease, to the physical health of other persons. It includes any of the following that results at any time from such physical harm, sickness or disease:

- Mental anguish, injury or illness.
- Emotional distress.
- Care, loss of services, or death.

*Accident* means any event that results in bodily injury that the protected person didn't expect or intend to happen.

The**StPaul**

*Property damage* means damage or destruction of:

- a covered auto, or its resulting loss of use;
- property contained in the covered auto and owned by the named insured or if the named insured is an individual, any family member, or
- property contained in the covered auto and owned by anyone else in the covered auto.

*An uninsured vehicle* is a land motor vehicle or trailer:

- for which there is no liability insurance policy, bond, cash, or securities on file with the Georgia Commissioner of Public Safety at the time of an accident that provides the minimum amounts of coverage required by the Georgia Motor Vehicle Safety Responsibility Act.
- for which an insurance or bonding company legally denies coverage or becomes insolvent.
- which is a hit and run vehicle.

*A hit and run vehicle* is a land motor vehicle or trailer that causes injury or damage to a protected person and the owner or driver cannot be identified. We'll cover such bodily injury or property damage whether or not the vehicle actually hits a protected person, a covered auto or an auto a protected person is in. If there's no physical contact, we'll accept only the account of an eyewitness to the accident other than a person having a claim under this or any similar coverage as a result of the accident.

*An underinsured vehicle* is a vehicle or trailer for which the total that was paid from all liability policies or bonds at the time of an accident is less than:

- the limit of coverage that applies to this agreement; and
- the limit of coverage that is available to a protected person from any other collectible uninsured motorists insurance for that accident.

However, we won't consider vehicles designed for use mainly off public roads to be uninsured vehicles while they are not on public roads.

## Which Autos Are Covered

The Coverage Summary shows which autos are covered under this agreement.

*Auto* means any land motor vehicle, trailer or semi-trailer designed for travel on public streets or roads.  It includes:

- any permanently attached machinery or equipment; and
- any mobile equipment only while it's being carried or towed by a covered auto.

*Mobile equipment* means any land vehicle that:

- is designed for use primarily off public streets or roads;
- is kept for use only on or next to premises the named insured owns, rents, or leases;
- travels on crawler treads;
- is kept primarily for the ready movement of permanently attached construction equipment; or
- doesn't travel under its own power and is kept primarily for the ready movement of permanently attached specialized equipment.

Mobile equipment includes any land vehicle not described above that's kept primarily for purposes other than carrying people or cargo.  But we won't consider such a vehicle to be mobile equipment if it:

- travels under its own power;
- is operated like an auto during travel on a public street or road; and
- has permanently attached specialized equipment; or
- has permanently attached equipment designed for snow removal, street cleaning, or street or road maintenance – but not construction or resurfacing.

*Construction equipment* includes any grader, scraper, roller, power crane, shovel, loader, digger, or drill.

*Specialized equipment* means any:

- cherry picker or similar device used to lift workers;
- pump, generator or air compressor; or

---

44023 Rev. 5-01 Printed in U.S.A.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Page 2 of 6                              ©St.Paul Fire and Marine Insurance Co.2001 All Rights Reserved

The St Paul

• other equipment, such as building cleaning, geophysical exploration, lighting, spraying, welding or well-servicing equipment, that has a built-in pump, generator or air compressor.

**Scheduled autos.** If this is shown in the Coverage Summary, the autos listed in the Schedule are the covered autos at the time the agreement goes into effect.

*Autos the named insured acquires after this agreement goes into effect.*

• Replacement autos.
The named insured can replace any auto on the Auto Schedule and we'll automatically cover its replacement for the same insurance. However, the named insured must tell us within 30 days after acquiring such autos that coverage is requested.

• Newly acquired autos.
If we cover all of the named insured's owned autos, any additional autos the named insured acquires are also covered. However, the named insured must tell us within 30 days after acquiring such autos that coverage is requested.

**Any owned auto.** If this is shown in the Coverage Summary, we'll cover any auto that the named insured owns.

**Autos required by law to be covered.** If this is shown in the Coverage Summary, all autos the named insured owns for which the state requires the named insured to provide Uninsured and Underinsured Motorists Coverage will be considered covered autos.

### When This Agreement Covers

We'll apply this agreement to damages for covered bodily injury or property damage while this agreement is in effect.

### Where This Agreement Covers

We'll cover damages only in the coverage territory for covered bodily injury or property damage that's caused by accidents which happen there.

*Coverage territory* means the United States of America, its territories and possessions, Puerto Rico and Canada. It includes international waters or airspace while a covered auto is being transported between any of the above places.

### Who Is Protected Under This Agreement

**Individual.** If the named insured is shown in the Introduction as an individual, the named insured and family members are protected persons.

*Family members* means persons who are related to an individual named insured by blood, marriage or adoption and live in such named insured's home. A ward or foster child who lives with the named insured is also considered to be a family member.

**Partnership, limited liability company, organization.** If the named insured is shown in the Introduction as a partnership, limited liability company, organization, or any other form of organization, then the following are protected persons:

• Anyone in a covered auto or temporary substitute for a covered auto; and
• Anyone for damages he or she is entitled to recover because of bodily injury to another protected person.

**Anyone else in a covered auto.** Anyone else while in an auto that's a covered auto or a temporary substitute auto is protected.

*In an auto* includes on the auto, getting in or out or off of it.

*Temporary substitute auto* means an auto used in place of a covered auto because:

• it was lost or destroyed;
• it broke down; or
• it's being serviced or repaired.

**Anyone entitled to collect damages.** We'll also cover anyone entitled to collect damages for bodily injury suffered by another protected person.

**Separation of protected persons.** This agreement applies:

---

44023 Rev. 5-01 Printed in U.S.A.                    Insuring Agreement
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
©St.Paul Fire and Marine Insurance Co.2001 All Rights Reserved                    Page 3 of 6

**The St.Paul**

- to each protected person named in the Introduction as if that protected person was the only one named there; and
- separately to each other protected person.

However, the limits of coverage shown in the Coverage Summary are shared by all protected persons. We explain how in the Limits Of Coverage section. Also, any right or duty specifically assigned to the first named insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of the named insured's policy.

## Limits Of Coverage

We'll consider all injury and damage caused by continuous or repeated exposure to basically the same conditions to be the result of one accident. Coverage under this agreement may be subject to a single limit or to split limits, depending on which is shown in the Coverage Summary.

**Single limit.** If a single limit is shown, it is the most we'll pay for all damages resulting from bodily injury or property damage caused by any one accident. This limit applies no matter how many covered autos or protected persons are involved or how many claims are made, premiums are paid, or vehicles are involved in an accident.

**Split limits.** If split limits are shown, three limits apply to the amount we'll pay. These limits apply no matter how many covered autos or protected persons are involved or how many claims are made, premiums are paid, or vehicles are involved in an accident.

- Bodily injury to each person limit.
- Bodily injury in one accident limit.
- Property damage in one accident limit.

Here's an explanation of how these limits apply.

*Bodily injury to each person limit.* This is the most we'll pay for bodily injury to one person arising out of an accident. This includes damages for care, loss of services or death that results from covered injury.

*Bodily injury in one accident limit.* This is the most we'll pay for all bodily injury claims that result from any one accident.

This includes damages for care, loss of services or death that results from covered injury.

*Property damage in one accident limit.* This is the most we'll pay for all property damage claims that result from any one accident.

**Deductible.** The Coverage Summary may show that a deductible applies. If so, the named insured will be responsible for that amount shown for all loss in any one accident.

**Limitations on amounts payable.** No one will be entitled to be paid more than once for the same loss from coverage under this agreement and also any other insuring agreement.

We will not make a payment under this agreement to the extent that payment has also been made to a protected person by or for someone who is legally responsible for the damages.

We will not pay for any part of damages for which a protected person is also entitled to be paid under any workers compensation, disability benefit, or similar law.

The limit of Coverage that applies to this agreement will be reduced by the total amount that is paid or payable by anyone who is legally responsible for the damages, including any payments under this policy's Auto Liability Protection.

Any amount paid under this agreement to a protected person will reduce the payments to that person under this policy's Auto Liability Protection.

We will not pay for a loss that is paid or payable under this policy's Auto Physical Damage Protection.

We have no obligation to pay a default judgment from a suit against anyone alleged to be legally responsible.

In no case will an injured protected person be entitled to collect more than once for the same loss.

The **St Paul**

## Exclusions – Claims We Won't Cover

**Unauthorized use.** We won't pay any claims that result if someone uses an auto without having a reasonable belief that he or she is entitled to use it.

**Worker's compensation.** We won't pay any claims for the direct or indirect benefit of another insurance company or self insurer because of worker's compensation, disability benefits or similar laws.

**Actions taken without our consent.** We won't cover any claim that is settled without our consent.

However, this exclusion doesn't apply to a settlement made with the insurer of an underinsured vehicle and we:
- have been given prompt written notice of such tentative settlement; and
- advance payment to the protected person in an amount equal to the tentative settlement within 30 days after receipt of notification.

**Property insurers.** We won't pay any claims for the direct or indirect benefit of any insurer of property. We also won't pay for property damage if the named insured has been paid or are entitled to be paid for the named insured's loss by other property or physical damage insurance.

**Punitive damages.** We won't cover punitive damages. This includes damages that are awarded by a court which exceed the actual damages that result, but are meant to be a punishment or to set an example.

## Other Insurance

This agreement provides primary insurance for covered autos the named insured owns and excess insurance for those the named insured doesn't own. Excess insurance applies after other collectible uninsured or underinsured motorists insurance has been used up.

**Priorities for our payments.** We'll pay for covered bodily injury or property damage according to the following priority list.

The company that insures:

1. The injured protected person as a named insured or if the named insured is an individual, any family member.

2. The auto that the injured protected person is in. When this agreement and other collectible uninsured and underinsured motorists insurance apply to a loss on the same priority, we'll pay only our share. Our share is that portion of the loss equal to what our limit of coverage bears to the total available limits.

**Insurance written under another policy with us or any of our member companies.** When this agreement and other insurance provided by us or another member company of The St. Paul Group both apply to the same accident, the most we will pay is the highest limit of coverage that applies under any one policy. When the other insurance written by us or the member company is intended to be excess over this agreement, this section does not apply.

## Changes In General Rules

### Recovering Damages From A Third Party

The Recovering Damages From A Third Party Section of the General Rules is replaced by the following. But only for this agreement.

If we make a payment under this agreement and a protected person recovers all or part of the damages from someone else, he or she must hold the amount recovered in trust for us and return to us the amount we have paid.

However, we'll only be entitled to recover damages from someone else after the protected person has been fully compensated for damages.

Our rights do not apply under this provision with respect to damages caused by an accident with an underinsured vehicle if we:
- have been given prompt written notice of a tentative settlement between a protected person and the insurer of an underinsured vehicle; and

---

The**StPaul**

- fail to advance payment to the protected person in an amount equal to the tentative settlement within 30 days after we receive notice.

If we advance payment to the protected person in an amount equal to the tentative settlement within 30 days after we receive notice:

- that payment will be separate from any amount the protected person is entitled to recover under this agreement; and
- we also have a right to recover the advance payment.

### What To Do If You Have A Loss

The When This Policy Provides Liability Protection section of the What To Do If You Have A Loss page is changed by adding the following.

Promptly notify the police if an unidentified driver hits the named insured or another protected person.

A person seeking coverage from a protected person, owner, or operator of an underinsured vehicle must also:

- promptly notify us in writing of a tentative settlement between the protected person and the insurer; and
- allow advance payment to that protected person in an amount equal to the tentative settlement within 30 days after receipt of notification to preserve our rights against the protected person, owner, or operator of such vehicle.

**UNINSURED AND UNDERINSURED MOTORISTS PROTECTION –
LOUISIANA**

The**St.Paul**

We've designed this agreement to cover damages for bodily injury and property damage caused by an accident which you or anyone else covered under this agreement are legally entitled to collect from the driver or owner of an uninsured or underinsured vehicle.

This agreement provides coverage for covered autos registered or mainly garaged in Louisiana.

| Table of Contents | Page |
|---|---|
| **What This Agreement Covers** | 1 |
| Which Autos Are Covered | 2 |
|   Scheduled autos. | 2 |
|   Autos you acquire after this agreement | |
|     goes into effect.. | 3 |
|   Any owned auto. | 3 |
|   Nonowned autos - if selected. | 3 |
|   Hired autos - if selected. | 3 |
| **When This Agreement Covers** | 3 |
| **Where This Agreement Covers** | 3 |
| **Who Is Protected Under This Agreement** | 3 |
|   Individual. | 3 |
|   Anyone else in a covered auto. | 3 |
|   Anyone entitled to collect damages. | 3 |
|   Separation of protected persons. | 3 |
| **Limits Of Coverage** | 4 |
|   Single limit. | 4 |
|   Split limits. | 4 |
|   Property damage limit. | 4 |
|   Limitations on amounts payable. | 4 |
| **Exclusions – Claims We Won't Cover** | 4 |
|   Unauthorized use. | 4 |
|   Worker's compensation. | 4 |
|   Actions taken without our consent. | 4 |
|   Other autos - property damage. | 4 |
|   Property covered by collision. | 4 |
|   Property of protected persons. | 5 |
|   Property insurers. | 5 |
|   Punitive damages. | 5 |
| **Other Insurance** | 5 |
| **Changes In General Rules** | 5 |
|   Recovering damages from a third | |
|     party. | 5 |
| **Arbitration** | 5 |
| **What To Do If You Have A Loss** | 6 |

## What This Agreement Covers

We'll pay compensatory damages you and other persons protected under agreement are legally entitled to collect from the owner or driver of an uninsured or underinsured vehicle if the damages result from an accident that causes:

- bodily injury to the protected person; or
- property damage.

However, we'll only pay these damages when the owner's or driver's liability results from owning, maintaining or using the uninsured or underinsured vehicle.

We'll only pay for property damage if the Coverage Summary indicates that "Property Damage Uninsured Motorists Protection Applies."

*Bodily injury* means any physical harm, including sickness or disease, to the physical health of other persons. It includes any of the following that results at any time from such physical harm, sickness, or disease:

- Mental anguish, injury or illness.
- Emotional distress.
- Care, loss of services, or death.

*Accident* means any event that results in bodily injury that the protected person didn't expect or intend to happen.

*Property damage* means

- physical damage to tangible property of others, including loss of use of such property; or
- loss of use of tangible property of others that isn't physically damaged.

We'll consider all loss of use of tangible property to happen at the time of the accident which caused it.

---

44081 Rev. 2-02 Printed in U.S.A.           Insuring Agreement                    Page 1 of 5
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

**TheStPaul**

*An uninsured vehicle* is a land motor vehicle or trailer:

- for which there is no liability insurance policy or bond at the time of an accident that provides the minimum amounts of coverage for bodily injury and property damage required by law where the auto is mainly garaged;
- for which an insurance or bonding company legally denies coverage or becomes insolvent;
- which is a hit and run vehicle.

*A hit and run vehicle* is a land motor vehicle or trailer that causes injury or damage to a protected person and the owner or driver cannot be identified. We'll cover such bodily injury or property damage whether or not the vehicle actually hits a protected person, a covered auto, or an auto a protected person is in. If there's no physical contact, we'll accept only competent evidence to verify the accident other than testimony of any person having a claim under this or any similar coverage as a result of the accident.

However, we won't consider the following to be uninsured vehicles:

- Vehicles designed for use mainly off public roads; or
- Vehicles that are owned by any unit of government.

*An underinsured vehicle* is a land motor vehicle or trailer for which the total of all liability policies or bonds at the time of an accident provides the minimum amounts of coverage required by law for bodily injury and property damage where a covered auto is mainly garaged. But the total of these policies or bonds is less than what a protected person is legally entitled to recover as damages.

**Which Autos Are Covered**

The Coverage Summary shows which autos are covered under this agreement.

**Scheduled autos.** If this is shown in the Coverage Summary, the autos listed in the Schedule are the covered autos at the time the agreement goes into effect.

*Auto* means any land motor vehicle, trailer, or semi-trailer designed for travel on public streets or roads. It includes:

- any permanently attached machinery or equipment; and
- any mobile equipment only while it's being carried or towed by a covered auto.

*Mobile equipment* means any land vehicle that:

is designed for use primarily off public streets or roads;

- is kept for use only on or next to premises you own, rent or lease;
- travels on crawler treads;
- is kept primarily for the ready movement of permanently attached construction equipment; or
- doesn't travel under its own power and is kept primarily for the ready movement of permanently attached specialized equipment.

Mobile equipment includes any land vehicle not described above that's kept primarily for purposes other than carrying people or cargo. But we won't consider such a vehicle to be mobile equipment if it:

- travels under its own power;
- is operated like an auto during travel on a public street or road; and
- has permanently attached specialized equipment; or
- has permanently attached equipment designed for snow removal, street cleaning, or street or road maintenance - but not construction or resurfacing.

*Construction equipment* includes any grader, scraper, roller, power crane, shovel, loader, digger, or drill.

*Specialized equipment* means any:

- cherry picker or similar device used to lift workers;
- pump, generator or air compressor; or
- other equipment, such as building cleaning, geophysical exploration, lighting, spraying, welding or well-servicing equipment, that has a built-in pump, generator or air compressor.

44081 Rev. 2-02 Printed in U.S.A.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
            ©St.Paul Fire and Marine Insurance Co.2002 All Rights Reserved

TheStPaul

**Autos you acquire after this agreement goes into effect.**

- Replacement autos.
  You can replace any auto on the Auto Schedule and we'll automatically cover its replacement for the same insurance. However, you must tell us within 30 days after you acquire such autos that you want us to cover them.

- Newly acquired autos.
  If we cover all of your owned autos, any additional autos you acquire are also covered. However, you must tell us within 30 days after you acquire such autos that you want us to cover them.

**Any owned auto.** If this is shown in the Coverage Summary, we'll cover any auto that you own.

**Nonowned autos − if selected.** If this is shown in the Coverage Summary, any auto the named insured doesn't own is a covered auto for accidents involving uninsured or underinsured motorists.

**Hired autos − if selected.** If this is shown in the Coverage Summary, any auto the named insured hires, rents, leases, or borrows from others, other than the named insured's employees or members of their households is a covered auto for accidents involving uninsured or underinsured motorists.

**When This Agreement Covers**

We'll apply this agreement to damages for covered bodily injury while this agreement is in effect.

**Where This Agreement Covers**

We'll cover damages only in the coverage territory for covered bodily injury that's caused by accidents which happen there.

*Coverage territory* means the United States of America, its territories and possessions, Puerto Rico and Canada. It includes international waters or airspace while a covered auto is being transported between any of the above places.

**Who Is Protected Under This Agreement**

**Individual.** You are protected. Also, if you are named in the Introduction as an individual, you and your family members are protected persons.

*Family members* means persons who are related to you by blood, marriage or adoption and live in your home. A ward or foster child who lives with you is also considered to be a family member.

**Anyone else in a covered auto.** Anyone else while in an auto that's a covered auto or a temporary substitute or rental private passenger auto is protected. We'll also protect anyone who's in an auto that you don't own, but that is considered a covered auto under this policy's Auto Liability Protection.

*In an auto* includes on the auto, getting in or out or off of it.

*Temporary substitute auto* means an auto used in place of a covered auto because:

- it was lost or destroyed;
- it broke down; or
- it's being serviced or repaired.

**Anyone entitled to collect damages.** We'll also cover anyone entitled to collect damages for bodily injury suffered by another protected person.

**Separation of protected persons.** This agreement applies:

- to each protected person named in the Introduction as if that protected person was the only one named there; and
- separately to each other protected person.

However, the limits of coverage shown in the Coverage Summary are shared by all protected persons. We explain how in the Limits Of Coverage section. Also, any right or duty specifically assigned to the first Named Insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of your policy.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

**The St.Paul**

## Limits Of Coverage

We'll consider all injury and damage caused by continuous or repeated exposure to basically the same conditions to be the result of one accident. Coverage under this agreement may be subject to a single limit or to split limits, depending on which is shown in the Coverage Summary.

**Single limit.** If a single limit is shown, it is the most we'll pay for all damages resulting from bodily injury caused by any one accident. This limit applies no matter how many covered autos or protected persons are involved or how many claims are made, premiums are paid, or vehicles are involved in an accident.

**Split limits.** If split limits are shown, two limits apply to the amount we'll pay. These limits apply no matter how many covered autos or protected persons are involved or how many claims are made, premiums are paid, or vehicles are involved in an accident.
- Bodily injury to each person limit.
- Bodily injury in one accident limit.

Here's an explanation of how these limits apply.

*Bodily injury to each person limit.* This is the most we'll pay for bodily injury to one person that results from an accident. This includes damages for care, loss of services or death that results from covered injury.

*Bodily injury in one accident limit.* This is the most we'll pay for all bodily injury claims that result from any one accident. This includes damages for care, loss of services or death that results from covered injury.

**Property damage limit.** If the Coverage Summary shows that property damage protection applies, the most we'll pay for all property damage claims that result from any one accident will be:
- the actual cash value (ACV) of your covered auto; or
- $10,000
  whichever is less.

In determining the "actual cash value (ACV)" of your covered auto, we'll make an adjustment for depreciation and physical condition of the auto.

**Limitations on amounts payable.** No one will be entitled to be paid more than once for the same loss from coverage under this agreement and also any other insuring agreement.

We will not make a payment under this agreement to the extent that payment has also been made to a protected person by or for someone who is legally responsible for the damages.

We will not pay for any part of damages for which a protected person is also entitled to be paid under any workers compensation, disability benefit, or similar law.

When our limit of coverage is more than what is required by law where a vehicle is mainly garaged, our payment for damages begins only after all other liability policies and bonds have been used up by judgments or settlements.

## Exclusions – Claims We Won't Cover

**Unauthorized use.** We won't pay any claims that result if someone uses an auto without having express or implied consent that such person is entitled to use it.

**Worker's compensation.** We won't pay any claims for the direct or indirect benefit of another insurance company or self-insurer because of worker's compensation, disability benefits, or similar laws.

**Actions taken without our consent.** We won't cover any claim that is settled without our being made a party to the claim or suit. But this exclusion doesn't apply to claims involving an underinsured motorist. Nor does it apply to a vehicle which an insurer denies coverage or becomes insolvent.

**Other autos – property damage.** We won't cover property damage for you or any family member to an auto that belongs to, is furnished to, or is available for the regular use of you or the family member if that auto is not a covered auto.

**Property covered by collision.** We won't pay any claims for property damage if you have

44081 Rev. 2-02 Printed in U.S.A.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Page 4 of 6                    ©St.Paul Fire and Marine Insurance Co.2002 All Rights Reserved

The **StPaul**

been paid or are entitled to be paid for your loss by other physical damage "Collision" insurance.

**Property of protected persons.** We won't cover the first $250 of the amount of property damage to the property of each protected person as a result of any one accident.

**Property insurers.** We won't pay claims for the direct or indirect benefit of any insurer of property.

**Punitive damages.** We won't cover punitive damages. This includes damages that are awarded by a court which exceed the actual damages that result, but are meant to be a punishment or to set an example.

### Other Insurance

When this agreement and other uninsured or underinsured motorists insurance written by someone else both apply to the same loss, we'll pay only our share of the loss. Our share is that portion of the loss equal to what our limit of coverage bears to the total of all available limits. But we won't pay more than the limit of coverage that applies and is shown in the Coverage Summary.

However, if a protected person suffers bodily injury in an accident, we'll use the following rule to determine the priority of policy payments.

If a protected person is injured while in an auto that person owns, or if the protected person is a pedestrian struck by an auto, the policy that covers that person as a named insured will cover the injury first, for up to the highest limit that applies for any one vehicle.

If a protected person is injured while in a vehicle not owned by that person, we'll follow the following priority list.

1. The policy that covers the auto the insured was in at the time of the accident;

2. After the limit of coverage for that insurance has been used up, the policy that covers the protected person as a named insured may be used as excess.

But only for up to the highest limit that applies for any one vehicle under that policy.

In no case can more than one uninsured motorists policy be used as excess.

In any case, for property damage, the most we'll pay will be $10,000.

### Changes In General Rules

**Recovering damages from a third party.**
The Recovering Damages From A Third Party Section of the General Rules is replaced by the following. But only for this agreement.

Our right to recover doesn't apply if the total of all policies or bonds at the time of the accident is less than what a protected person is legally entitled to recover as damages.

### Arbitration

The Appraisal Of Property Disputes section of the General Rules is replaced by the following. But only for this agreement.

Either we or any protected person can make a written demand for arbitration if agreement can't be reached on:

- whether that person is legally entitled to collect damages from the owner or driver of an uninsured or underinsured vehicle; or

- the amount of damages.

However, disputes concerning coverage under this agreement are not subject to arbitration.

If arbitration is demanded, each of us will choose one arbitrator. These two arbitrators will choose a third. If they can't agree on a third arbitrator within 30 days, either arbitrator can request a judge or a court in the state where the arbitration is to be held to select the third. We and the protected person will each pay our own expenses and share the expenses of the third arbitrator equally.

Unless we both agree otherwise, arbitration will take place in the county where the protected person lives. Local law will apply to evidence and arbitration procedures. Any

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

**The St.Paul**

decision agreed to by the arbitrators will
not be binding.

## What To Do If You Have A Loss

The When This Policy Provides Liability
Protection section is changed by adding the
following.

You must promptly notify the police if an
unidentified driver hits you or another
protected person and you must promptly
send us copies of any legal papers if a suit
is brought.

44081 Rev. 2-02 Printed in U.S.A.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
               ©St.Paul Fire and Marine Insurance Co.2002 All Rights Reserved

**UNINSURED AND UNDERINSURED MOTORISTS PROTECTION
MISSISSIPPI**

The **St.Paul**

We've designed this agreement to cover damages for bodily injury and property damage caused by an accident which the named insured or anyone else covered under this agreement are legally entitled to collect from the driver or owner of an uninsured or underinsured vehicle.

This agreement provides coverage for covered autos registered or mainly garaged in Mississippi.

| Table of Contents | Page |
|---|---|
| **What This Agreement Covers** | 1 |
| **Which Autos Are Covered** | 2 |
| Scheduled autos. | 2 |
| Autos the named acquires after this agreement goes into effect. | 3 |
| Any owned auto. | 3 |
| Autos required by law to be covered. | 3 |
| **When This Agreement Covers** | 3 |
| **Where This Agreement Covers** | 3 |
| **Who Is Protected Under This Agreement** | 3 |
| Individual. | 3 |
| Partnership, limited liability company, organization. | 3 |
| Anyone else in a covered auto. | 3 |
| Anyone entitled to collect damages. | 3 |
| Separation of protected persons. | 3 |
| **Limits Of Coverage** | 4 |
| Single limit. | 4 |
| Split limits. | 4 |
| Limitations on amounts payable. | 4 |
| **Exclusions – What This Agreement Won't Cover** | 4 |
| Actions taken without our consent. | 4 |
| Property in other autos. | 5 |
| Property insurers. | 5 |
| Property of protected persons. | 5 |
| Punitive damages. | 5 |
| Unauthorized use. | 5 |
| Workers compensation. | 5 |
| **Other Insurance** | 5 |
| Insurance written under another policy with us or any of our member companies. | 5 |
| **Changes In General Rules** | 5 |
| Recovering Damages From A Third Party | 5 |
| Arbitration | 5 |
| **What To Do If A Loss Occurs** | 6 |

## What This Agreement Covers

We'll pay compensatory damages the named insured and other persons protected under this agreement are legally entitled to collect from the owner or driver of an uninsured or underinsured vehicle if the damages result from an accident that causes:

• bodily injury to the protected person; or

• property damage (only if shown in the Coverage Summary).

However, we'll pay these damages only when the owner's or driver's liability results from owning, maintaining, or using the uninsured or underinsured vehicle.

*Bodily injury* means any physical harm, including sickness or disease, to the physical health of other persons. It includes any of the following that results at any time from such physical harm, sickness, or disease:

• Mental anguish, injury, or illness.

• Emotional distress.

• Care, loss of services, or death.

*Property damage* means

• physical damage to tangible property of others, including loss of use of such property; or

• loss of use of tangible property of others that isn't physically damaged.

We'll consider all loss of use of tangible property to happen at the time of the accident which caused it.

*Accident* means any event that results in bodily injury that the protected person didn't expect or intend to happen.

*Property damage* means damage to or destruction of:

• a covered auto;

**The St Paul**

- property contained in the covered auto and owned by the named insured or any family member, or
- property contained in the covered auto and owned by anyone else occupying the covered auto.

*An uninsured vehicle* means a land motor vehicle or trailer:

- for which there is no liability insurance policy or bond at the time of an accident that provides the minimum amounts of coverage required by law where the auto is mainly garaged;
- for which an insurance or bonding company legally denies coverage or becomes insolvent; or
- which is a hit and run vehicle.

*A hit and run vehicle* means a land motor vehicle or trailer that causes injury or damage to a protected person and the owner or driver cannot be identified. The vehicle must actually hit a protected person, a covered auto, or an auto a protected person is in.

*An underinsured vehicle* means a land motor vehicle or trailer for which the total of all liability policies or bonds at the time of an accident provides the minimum amounts of coverage required by law where a covered auto is mainly garaged. But the total of these policies or bonds is less than:

- the limit of coverage provided by this agreement; and
- any other limit of coverage for uninsured motorists insurance that applies to a protected person as a named insured or family member.

However, we won't consider the following to be uninsured or underinsured vehicles:

- vehicles designed for use mainly off public roads;
- vehicles that are operated by any self insurer under any applicable motor vehicle law. But this doesn't apply to a self insurer that becomes insolvent and can't provide the amounts required by law; or
- vehicles that are owned by any unit of government.

**Which Autos Are Covered**

The Coverage Summary shows which autos are covered under this agreement.

**Scheduled autos.** If this is shown in the Coverage Summary, the autos listed in the Schedule are the covered autos at the time the agreement goes into effect.

*Auto* means any land motor vehicle, trailer or semi-trailer designed for travel on public streets or roads. It includes:

- any permanently attached machinery or equipment; and
- any mobile equipment only while it's being carried or towed by a covered auto.

*Mobile equipment* means any land vehicle that:

- is designed for use primarily off public streets or roads;
- is kept for use only on or next to premises the named insured owns, rents, or leases;
- travels on crawler treads;
- is kept primarily for the ready movement of permanently attached construction equipment; or
- doesn't travel under its own power and is kept primarily for the ready movement of permanently attached specialized equipment.

Mobile equipment includes any land vehicle not described above that's kept primarily for purposes other than carrying people or cargo. But we won't consider such a vehicle to be mobile equipment if it:

- travels under its own power;
- is operated like an auto during travel on a public street or road; and
- has permanently attached specialized equipment; or
- has permanently attached equipment designed for snow removal, street cleaning, or street or road maintenance, but not construction or resurfacing.

*Construction equipment* includes any grader, scraper, roller, power crane, shovel, loader, digger, or drill.

*Specialized equipment* means any:

---

The St.Paul

- cherry picker or similar device used to lift workers;
- pump, generator, or air compressor; or
- other equipment, such as building cleaning, geophysical exploration, lighting, spraying, welding, or well-servicing equipment that has a built-in pump, generator, or air compressor.

**Autos the named insured acquires after this agreement goes into effect.**

- Replacement autos.
  The named insured can replace any auto on the Auto Schedule and we'll automatically cover its replacement for the same insurance. However, the named insured must tell us within 30 days after acquiring such autos that coverage is requested.
- Newly acquired autos.
  If we cover all of the named insured's owned autos, any additional autos the named insured acquires are also covered. However, the named insured must tell us within 30 days after acquiring such autos that coverage is requested.

**Any owned auto.** If this is shown in the Coverage Summary, we'll cover any auto that the named insured owns.

**Autos required by law to be covered.** If this is shown in the Coverage Summary, all autos the named insured owns for which the state requires the named insured to provide Uninsured and Underinsured Motorists Coverage will be considered covered autos.

## When This Agreement Covers

We'll apply this agreement to damages for covered bodily injury or property damage while this agreement is in effect.

## Where This Agreement Covers

We'll cover damages only in the coverage territory for covered bodily injury or property damage that's caused by accidents which happen there.

*Coverage territory* means the United States of America, its territories and possessions, Puerto Rico, and Canada. It includes

international waters or airspace while a covered auto is being transported between any of the above places.

## Who Is Protected Under This Agreement

**Individual.** If the named insured is shown in the Introduction as an individual, the named insured and family members are protected persons.

*Family members* means persons who are related to an individual named insured by blood, marriage or adoption and live in such named insured's home. A ward or foster child who lives with the named insured is also considered to be a family member.

**Partnership, limited liability company, organization.** If the named insured is shown in the Introduction as a partnership, limited liability company, organization, or any other form of organization, then the following are protected persons:

- Anyone in a covered auto or temporary substitute for a covered auto; and
- Anyone for damages he or she is entitled to recover because of bodily injury to another protected person.

**Anyone else in a covered auto.** Anyone else while in an auto that's a covered auto or a temporary substitute auto is protected.

*In an auto* includes on the auto, getting in or out or off of it.

*Temporary substitute auto* means an auto used in place of a covered auto because:

- it was lost or destroyed;
- it broke down; or
- it's being serviced or repaired.

**Anyone entitled to collect damages.** We'll also cover anyone entitled to collect damages for bodily injury suffered by another protected person.

**Separation of protected persons.** This agreement applies:

- to each protected person named in the Introduction as if that protected person was the only one named there; and
- separately to each other protected person.

**The St.Paul**

However, the limits of coverage shown in the Coverage Summary are shared by all protected persons. We explain how in the Limits Of Coverage section. Also, any right or duty specifically assigned to the first named insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of the named insured's policy.

## Limits Of Coverage

We'll consider all injury and damage caused by continuous or repeated exposure to basically the same conditions to be the result of one accident. Coverage under this agreement may be subject to a single limit or to split limits, depending on which is shown in the Coverage Summary.

**Single limit.** If a single limit is shown, it is the most we'll pay for all damages resulting from bodily injury or property damage caused by any one accident. This limit applies no matter how many protected persons are involved or how many claims are made, premiums are paid, or vehicles are involved in an accident.

If there is more than one covered auto, our maximum limit for any one accident will be the total, added together, of the limits that apply to autos the named insured owns which are covered autos.

**Split limits.** If split limits are shown, three limits apply to the amount we'll pay. These limits apply no matter how many protected persons are involved or how many claims are made, premiums are paid, or vehicles are involved in an accident.

- Bodily injury to each person limit.
- Bodily injury in one accident limit.
- Property damage in one accident limit.

If there is more than one covered auto, our maximum limit for any one accident will be the total, added together, of the limits that apply to autos the named insured owns which are covered autos.

Here's an explanation of how these limits apply.

*Bodily injury to each person limit.* This is the most we'll pay for bodily injury to one person arising out of an accident. This includes damages for care, loss of services, or death that results from covered injury.

*Bodily injury in one accident limit.* This is the most we'll pay for all bodily injury claims that result from any one accident. This includes damages for care, loss of services, or death that results from covered injury.

*Property damage in one accident limit.* This is the most we'll pay for all property damage claims that result from any one accident.

**Limitations on amounts payable.** No one will be entitled to be paid more than once for the same loss from coverage under this agreement and also any other insuring agreement.

The limit of coverage for this agreement will be reduced by payments made to a protected person by or for someone who is legally responsible for the damages.

We will not pay for any part of damages for which a protected person is also entitled to be paid under any workers compensation, disability benefit, or similar law.

We will not pay for a part of any loss that is also covered by auto physical damage insurance.

When our limit of coverage is more than what is required by law where a vehicle is mainly garaged, our payment for damages begins only after all other liability policies and bonds have been used up by payments of judgments or settlements.

We have no obligation to pay if a suit is brought without our written consent.

In no case will a protected person be entitled to receive duplicate payments for the same loss.

## Exclusions — What This Agreement Won't Cover

**Actions taken without our consent.** We won't cover any claim that is settled without our consent.

---

44107 Rev. 2-01 Printed in U.S.A.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
          ©St.Paul Fire and Marine Insurance Co.2001 All Rights Reserved

The **St.Paul**

**Property in other autos.**  We won't cover damage to any property that's in or struck by any auto owned by the named insured or any family member if that auto is not a covered auto.

**Property insurers.**  We won't pay any claims for the direct or indirect benefit of any insurer of property.

**Property of protected persons.**  We won't cover the first $200 of the amount of property damage to the property of each protected person as a result of any one accident.

**Punitive damages.**  We won't cover punitive damages.  This includes damages that are awarded by a court which exceed the actual damages that result, but are meant to be a punishment or to set an example.

**Unauthorized use.**  We won't pay any claims that result if someone uses an auto without having a reasonable belief that he or she is entitled to use it.

**Workers compensation.**  We won't pay any claims for the direct or indirect benefit of another insurance company or self insurer because of workers compensation, disability benefits, or similar laws.

## Other Insurance

When other insurance that also covers damages for bodily injury and property damage applies, the following rules will be followed.

When this agreement and other insurance both apply to the same loss the most we'll pay is the highest limit of coverage that applies for any one vehicle under any one policy.

This agreement provides excess insurance for autos the named insured doesn't own that also have primary coverage.  Excess insurance applies after other collectible uninsured or underinsured motorists insurance has been used up.

When this agreement and other collectible uninsured or underinsured motorists insurance apply to a loss on the same primary or excess basis, we'll pay that portion of the loss equal to what our limit

of coverage bears to the total available limits.

**Insurance written under another policy with us or any of our member companies.**  When this agreement and other insurance provided by us or another member company of The St. Paul Group both apply to the same accident, the most we will pay is the highest limit of coverage that applies under any one policy. However, in any event, we will provide at least the minimum limit of coverage required by the Mississippi Motor Vehicle Safety Responsibility Law.  When the other insurance written by us is intended to be excess over this agreement, this paragraph does not apply.

## Changes In General Rules

### Recovering Damages From A Third Party

The Recovering Damages From A Third Party Section of the General Rules is replaced by the following.  But only for this agreement.

If we make a payment under this agreement and a protected person recovers all or part of the damages from someone else, he or she must hold the amount recovered in trust for us and return to us the amount we have paid.

But we'll only be entitled to recover such damages after the protected person has been fully paid for damages payable under this agreement.

### Arbitration

The Appraisal Of Property Disputes section of the General Rules is replaced by the following.  But only for this agreement.

Either we or any protected person can make a written demand for arbitration if agreement can't be reached on:
- whether that person is legally entitled to collect damages from the owner or driver of an uninsured or underinsured vehicle; or
- the amount of damages.

However, disputes concerning coverage under this agreement are not subject to arbitration. And arbitration will commence only if we both agree.

**The St.Paul**

Once arbitration is mutually agreed, each of us will choose one arbitrator. These two arbitrators will choose a third. If they can't agree on a third arbitrator within 30 days, either arbitrator can request a judge or a court in the state where the arbitration is to be held to select the third. We and the protected person will each pay our own expenses and share the expenses of the third arbitrator equally.

Unless we both agree otherwise, arbitration will take place in the county where the protected person lives. Local law will apply to evidence and arbitration procedures. A decision agreed to by two of the arbitrators will determine the outcome of the arbitration, but will not be binding.

**What To Do If A Loss Occurs**

The When This Policy Provides Liability Protection part of the What To Do If You Have A Loss page is changed by adding the following.

Promptly notify the police if an unidentified driver hits the named insured or another protected person and promptly send us copies of any legal papers if a suit is brought.

---

44107 Rev. 2-01 Printed in U.S.A.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Page 6 of 6              ©St.Paul Fire and Marine Insurance Co.2001 All Rights Reserved

## FLORIDA NO-FAULT AUTO PROTECTION

The**StPaul**

We've designed this agreement to provide no-fault auto insurance to comply with Florida law.

This agreement provides coverage for covered autos licensed or mainly garaged in Florida.

| Table of Contents | Page |
|---|---|
| **What This Agreement Covers** | 1 |
| **Personal Injury Protection** | 1 |
| Medical Expenses | 2 |
| Loss Of Income | 2 |
| Essential Services | 2 |
| Death Benefit | 2 |
| **Limit Of Coverage** | 2 |
| **Who Is Protected By This Agreement** | 2 |
| **Exclusions—Losses Not Covered** | 3 |
| Other autos you own. | 3 |
| Outstate residents. | 3 |
| Auto used as a residence. | 3 |
| Intentional acts. | 3 |
| Committing a felony. | 3 |
| Using an auto without permission. | 3 |
| Autos owned by someone else. | 3 |
| Persons already covered. | 3 |
| **Limitations On What We'll Pay** | 3 |
| Workers' compensation. | 3 |
| Personal injury protection deductible. | 3 |
| **Where And When We Cover** | 3 |
| **Options For Your Personal Injury Protection** | 3 |
| Loss of income excluded. | 3 |
| Extended personal injury protection. | 3 |
| Added personal injury protection. | 4 |
| Named persons. | 4 |
| **Changes In What To Do If You Have A Loss.** | 4 |
| Notice of lawsuits. | 4 |
| Proof of personal injury protection loss. | 4 |
| **Changes In General Rules** | 4 |
| Lawsuits Against Us | 4 |
| **Additional Rules For This Agreement** | 4 |
| Reimbursement | 4 |
| Our Right To Re-Figure Your Premium | 4 |
| Rented Vehicles | 4 |
| Payment of Benefits | 5 |
| Other Insurance | 5 |
| Added personal injury protection. | 5 |
| Medical payments and uninsured motorists. | 5 |
| Our Rights To Mediation | 5 |

## What This Agreement Covers

No-fault insurance allows the people covered by this agreement to recover directly from us for covered losses resulting from auto accidents. They don't have to go through lawsuits and trials because recovery doesn't depend on who was at fault in the accident.

*Auto* means a self-propelled motor vehicle with at least 4 wheels that's designed and licensed for use on Florida roads. Any trailer that's used with such a motor vehicle is also an auto.

But we won't consider either of the following to be autos:

- a mobile home; or
- an auto that's used in mass transit other than public school transportation, designed to carry more than 5 passengers, and that's owned by any state or local government authority.

*Accident* means any event that results in bodily injury that the protected person didn't expect or intend to happen.

## Personal Injury Protection

We'll pay for the following kinds of expenses that result when a protected person suffers bodily injury caused by an accident involving an auto:

- Medical expenses;
- Loss of income;
- Essential services;

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

**The St.Paul**

- Death benefit;

*Bodily injury* means any physical harm to a person's body, including sickness, disease or death resulting from the harm.

The next sections describe these benefits.

## Medical Expenses

We'll pay 80% of all reasonable medically necessary charges for medical expenses incurred due to bodily injury to any protected person in one accident. For example:
- medical;
- surgical;
- x-ray;
- optical;
- dental; or
- hospital and nursing service.

We'll also pay for non-medical, remedial care and treatment given that follows a recognized religious method of healing. However, payment of expenses for spiritual healing won't affect the determination of what other services or procedures are medically necessary.

*Medically necessary* means a medical service or supply that a prudent physician would provide for the purpose of preventing, diagnosing, or treating an illness, injury, disease, or symptom in a manner that is:
- in accordance with generally accepted standards of medical practice;
- clinically appropriate in terms of type, frequency, extent, site, and duration; and
- not primarily for the convenience of the patient, physician, or other health care provider.

## Loss Of Income

We'll pay 60% of the income each protected person actually loses as a direct result of a covered bodily injury in one accident while the injured protected person is alive and unable to work.

## Essential Services

We'll pay for the cost of substituting essential services.

*Essential services* means those tasks that a protected person would have done without pay, for his or her household if the covered injury hadn't happened. This benefit is payable while the injured protected person is alive, and is unable to do those tasks.

## Death Benefit

We'll pay up to $5,000 per person.

## Limit Of Coverage

The most we'll pay for all no-fault benefits combined for any one protected person injured in an accident is $10,000. This applies regardless of how many protected persons, policies or bonds, premiums paid, covered autos, or claims are involved.

## Who Is Protected By This Agreement

- You, including your spouse if living with you.
- Any family member

*Family member* means anyone who is related to you by blood, marriage, or adoption, including a ward or foster child, who normally lives with you in your household.
- Any other person in a covered auto or a pedestrian struck by a covered auto.

*Pedestrian* means anyone who isn't in an auto.

*In an auto* means in or on the auto, getting in or out or off of it.

*Covered auto* means an auto that you own and are required to maintain security for under the Florida Motor Vehicle No-Fault Law including a trailer. But this doesn't include a mobile home trailer.

*Owner* of an auto means:
- the legal title holder;
- a person who has leased an auto for at least 6 months, with an option to buy the auto, or has leased an auto for at least 6 months and is legally obligated to provide insurance for it; or

The StPaul

- a debtor who has a security interest in the auto.

## Exclusions—Losses Not Covered

**Other autos you own.** We won't cover injury to you or a family member while in an auto you or any family member own if it's not a covered auto.

**Outstate residents.** We won't cover injury to a pedestrian struck by a covered auto if the pedestrian isn't a Florida resident. But this exclusion doesn't apply to you or any family member.

**Auto used as a residence.** We won't cover injury to anyone in an auto that's located for use as a residence or other type of premises.

**Intentional acts.** We won't cover anyone who has intentionally injured himself or herself.

**Committing a felony.** We won't cover anyone injured in an accident while they're committing a felony.

**Using an auto without permission.** We won't cover anyone who is injured while using a covered auto without the reasonable belief that you consented to its use.

**Autos owned by someone else.** We won't cover injury to anyone other than you who owns an auto that's required to be secured under the Florida Motor Vehicle No-Fault Law.

**Persons already covered.** We won't cover injury to anyone other than you or a family member who is entitled to receive personal injury protection benefits from another policy protecting the owner of another auto, other than a covered auto. For example:

*Your covered auto is involved in an accident with another auto. Persons riding in that other auto are covered under the owner's no-fault policy. We won't cover injury to those persons.*

## Limitations On What We'll Pay

**Workers' compensation.** Our payment for personal injury protection benefits under this agreement will be reduced by any amount paid or required to be paid by any workers compensation law.

**Personal injury protection deductible.** The Coverage Summary will show if a deductible applies. It will also show if the deductible applies to you only or to you and family members. You will be responsible for the deductible amount which will be subtracted from the total payments to each injured person for each accident. But a deductible doesn't apply to death benefits. If the amount of loss is more than the deductible amount, we'll pay covered benefits over the deductible up to the limit of coverage.

## Where And When We Cover

We cover injury that takes place in the United States of America, it's territories or possessions, or Canada while this agreement is in effect.

## Options For Your Personal Injury Protection

This section explains options you may have chosen to change your personal injury protection. Only the options shown in the Coverage Summary apply.

**Loss of income excluded.** If either of the following is shown, loss of income benefits aren't payable to:

- you; or
- you and family members.

**Extended personal injury protection.** If this is shown, we'll pay 100% of covered medical expenses and 80% of loss of income benefits to you and family members. If you have chosen not to have loss of income benefits, only the extended medical expense benefits will be paid. The total limit of coverage of $10,000 still applies and the other provisions of this agreement remain the same.

But this protection only applies to accidents that happen in the State of Florida unless:

- you or family members are in a covered auto; or
- you are in an auto owned by a family member which is secured as required by the Florida Motor Vehicle No-Fault Law.

**The St.Paul**

**Added personal injury protection.** If this is shown, we'll pay an additional total limit of coverage for your extended personal injury protection benefits. The most we'll pay is the limit of coverage shown in the Coverage Summary.

**Named persons.** Any person named in the Coverage Summary will be protected as you are for the personal injury protection benefits shown.

## Changes In What To Do If You Have A Loss.

The What To Do If You Have A Loss section of your policy also applies to no-fault protection and the following is added:

**Notice of lawsuits.** An injured person who is covered by this agreement or that person's legal representative might start a lawsuit against some person or organization to recover damages for bodily injury. Anyone who starts such a lawsuit must, as soon as possible, give us a copy of the legal papers served.

**Proof of personal injury protection loss.** Any protected person must give us written proof of covered expenses as soon as possible. We may require sworn proof. This must include all available information about the nature and extent of the bodily injury and medical or rehabilitation treatment the protected person has had or expects to have. We may require that person be examined as often as reasonable, by a doctor of our choice. We won't make payments to anyone who is charged with a felony involving the accident unless the charge is dismissed.

## Changes In General Rules

The following replaces the Lawsuits Against Us in the General Rules. But only for this agreement.

### Lawsuits Against Us

No one can sue us to recover under this policy unless all of its terms have been lived up to, and until 30 days after we've received satisfactory written notice and proof of loss.

However, no legal action may be brought against us with respect to an overdue claim until 15 business days after a demand letter, if required by, and, in accordance with, the Florida Motor Vehicle No-Fault Law has been sent to us via U.S. certified or registered mail.

## Additional Rules For This Agreement

### Reimbursement

If we pay no-fault benefits and the protected person is also paid from someone else who is responsible, that person must pay us back the amount we have paid except for any legal fees after the injured protected person has been fully paid for a loss. That person must give us any legal papers that may be necessary to establish their rights and ours.

If we pay no-fault benefits to a protected person who is injured while in or struck by a commercial vehicle as defined by Florida Law, we are entitled to reimbursement of that amount from the owner or insurer of the commercial vehicle.

### Our Right To Re-Figure Your Premium

Sections 627.730 through 627.7415 of the 1988 Florida Motor Vehicle No-Fault Law puts some limitations on a person's right to sue for damages. The premium for your policy reflects these limitations. If a court judgment declares any of these limitations unenforceable, we have the right to re-figure your premium and the terms of this agreement may be changed.

### Rented Vehicles

Insurance covering the owners of rented or leased vehicles will be primary for persons injured while in or struck by those vehicles unless the following is clearly stated, and written in at least 10 point type, on the rental agreement itself:

"The valid and collectible personal injury protection insurance of any authorized rental or leasing driver is primary for the limits of personal injury protection coverage required by sections 627.736 of Florida Statutes."

TheStPaul

## Payment of Benefits

Personal injury protection benefits payable under this agreement, whether the full or partial amount, are overdue if not paid within 30 days after we are furnished with:

- written notice of the covered loss; and
- the amount of the covered loss;

in accordance with the Florida Motor Vehicle No-Fault Law.

## Other Insurance

A protected person can't recover more than once for any loss that's payable under this and other similar insurance, including self-insurance. The most that person can receive is the amount that the highest limit would pay. We'll pay only our share of the loss. Our share is the same proportion of the loss that our limit of coverage is of the total of all available policy limits.

**Added personal injury protection.** Any additional benefits payable under optional Added Personal Injury Protection will be excess over basic personal injury protection benefits.

**Medical payments and uninsured motorists.** Any medical payments protection or uninsured motorists protection that's provided by this policy will be excess over personal injury protection, extended personal injury protection, or added personal injury protection benefits provided by this agreement.

Excess insurance applies after all other collectible insurance has been used up, less any deductible.

## Our Rights To Mediation

If you and we disagree over a claim you have filed with us, either of us may choose to go through a process of mediation before any lawsuit is begun to settle the matter. This applies if the disagreement is over a claim involving any of the following:

- bodily injury involving an amount of $10,000 or less;
- property damage in any amount from owning, maintaining or using autos; or
- loss to a covered auto or its equipment in amount.

Either you or we may make a written request for this procedure. Such request must be made to the Florida Department of Insurance on their request form. They will provide the form.

The request must state why mediation is requested, and the issues that are in dispute.

The Florida Department of Insurance will randomly select mediators. You and we may each reject one mediator who has been selected. The mediator will set up a mediation conference, and notify you and us of the date, time, and place. This must, however, take place within 45 days of the request for mediation. The conference may be held by telephone. Everyone who participates in this conference must have the authority to act on behalf of whom they represent. They must also act in the best interests of their party, and act in good faith.

We will split the cost of mediation, unless the mediator determines that one of us was not acting in good faith.

Only one mediation can be requested for each claim unless all parties agree to further mediation. After a lawsuit is filed, no mediation can take place that relates to the same facts in dispute in that lawsuit.

This mediation proceeding will be considered informal. Rules relating to the introduction of evidence and other civil procedure will not be enforced.

## AUTO MEDICAL PAYMENTS PROTECTION

The**StPaul**

We've designed this agreement to protect against certain medical expenses resulting from bodily injury in an accident, even if no legal liability is involved. Of course, there are some limitations which are explained later in this agreement.

| Table of Contents | Page |
|---|---|
| **What This Agreement Covers** | 1 |
| **Which Autos Are Covered** | 2 |
| Any auto | 2 |
| Owned commercial autos | 2 |
| Owned private passenger autos | 2 |
| Scheduled autos | 2 |
| Hired autos | 2 |
| Nonowned autos | 2 |
| **Who Is Protected Under This Agreement** | 3 |
| Individual. | 3 |
| Partnership or joint venture. | 3 |
| Corporation or other organization. | 3 |
| Any permitted user. | 3 |
| Anyone else in a covered auto. | 3 |
| Anyone legally responsible for the actions of a protected person. | 3 |
| Separation of protected persons. | 3 |
| **When This Agreement Covers** | 4 |
| **Where This Agreement Covers** | 4 |
| **Limit Of Coverage** | 4 |
| **Exclusions – What This Agreement Won't Cover** | 4 |
| Auto-related businesses. | 4 |
| Autos that are premises. | 4 |
| Bodily injury. | 4 |
| Nuclear energy. | 4 |
| Other autos. | 4 |
| Racing or demolition contest. | 4 |
| Unauthorized use. | 4 |
| War. | 4 |
| Your employees. | 4 |
| **Change in General Rules** | 5 |
| **Other Insurance** | 5 |
| Insurance provided by another insurer. | 5 |
| Insurance provided under another policy with us or any of our member insurance companies. | 5 |

### What This Agreement Covers

We'll pay the reasonable costs of necessary medical services for a protected person who suffers bodily injury in an accident while in or while a pedestrian when struck by any auto. If the injury results in death, we'll also pay the reasonable costs of funeral services. But we'll only pay costs for services provided that are reported to us within three years following the date of the accident.

*Protected person* means any person or organization who qualifies as a protected person under the Who Is Protected Under This Agreement section.

*Bodily injury* means any physical harm, including sickness or disease, to the physical health of other persons. It includes any of the following that results at any time from such physical harm, sickness, or disease:

• Mental anguish, injury, or illness.

• Emotional distress.

• Care, loss of services, or death.

*Accident* includes continuous or repeated exposure to the same conditions.

*Auto* means any land motor vehicle, trailer or semi-trailer designed for travel on public streets or roads. It includes:

• any permanently attached machinery or equipment; and

• any mobile equipment only while it's being carried or towed by a covered auto.

*Mobile equipment* means any land vehicle that:

• is designed for use primarily off public streets or roads;

• is kept for use only on or next to premises you own, rent, or lease;

• travels on crawler treads;

**The St.Paul**

- is kept primarily for the ready movement of permanently attached construction equipment; or
- doesn't travel under its own power and is kept primarily for the ready movement of permanently attached specialized equipment.

Mobile equipment includes any land vehicle not described above that's kept primarily for purposes other than carrying people or cargo. But we won't consider such a vehicle to be mobile equipment if it:

- travels under its own power;
- is operated like an auto during travel on a public street or road; and
- has permanently attached specialized equipment; or
- has permanently attached equipment designed for snow removal, street cleaning, or street or road maintenance - but not construction or resurfacing.

*Construction equipment* includes any grader, scraper, roller and power crane, shovel, loader, digger, or drill.

*Specialized equipment* means any:

- cherry picker or similar device used to lift workers;
- pump, generator, or air compressor; or
- other equipment, such as building cleaning, geophysical exploration, lighting, spraying, welding or well-servicing equipment, that has a built-in pump, generator or air compressor.

*In an auto* includes on the auto, getting in or out or off of it.

### Which Autos Are Covered

The Coverage Summary shows and the information in this section describes the type or types of autos which are covered autos.

**Any auto** means any owned, rented, leased or borrowed auto. It includes hired, nonowned, newly acquired, replacement, and temporary substitute autos.

**Owned commercial autos** means any auto you own that isn't of the private passenger type.

It includes any trailer or semi-trailer while attached to that auto. It also includes:

- newly acquired autos of the same type;
- replacement autos of the same type; and
- temporary substitute autos.

**Owned private passenger autos** means any auto you own that's of the private passenger type. It includes any trailer while attached to that auto. It also includes:

- newly acquired autos of the same type;
- replacement autos of the same type; and
- temporary substitute autos.

**Scheduled autos** means any auto you own that's described in the Auto Schedule. It includes any nonowned trailer while attached to a scheduled auto. It also includes:

- newly acquired autos, but only if we cover all of your owned autos and you tell us within 30 days after you acquire such autos that you want us to cover them;
- replacement autos if you tell us within 30 days after you acquire such autos that you want us to cover them; and
- temporary substitute autos.

**Hired autos** means any auto that you hire, rent, lease or borrow from others, other than your employees or members of their households. We'll consider any auto that you lease for a period of 6 months or more to be an auto that you own.

**Nonowned autos** means any auto that:

- you don't own, hire, rent, lease or borrow; and
- is used in the conduct of your business. It includes autos owned by your employees or partners or members of their households. But only while such autos are being used in the conduct of your business.

*Newly acquired autos* means any additional auto that you acquire while this agreement is in effect. We'll provide the same limit of coverage, and deductible, if any, to such autos as you have on similar types of autos, unless you tell us differently.

*Replacement autos* means any auto that replaces a covered auto. We'll provide the same limit of coverage, and deductible, if

©St.Paul Fire and Marine Insurance Co.1999 All Rights Reserved

The **St.Paul**

any, to such autos as you have for the covered auto being replaced, unless you tell us differently.

*Temporary substitute autos* means any auto not owned by you while it's being used, with permission of its owner, as a temporary substitute for a covered auto you own which can't be used because it:

- has broken down;
- has been damaged, destroyed, or stolen; or
- is being repaired or serviced.

*Private passenger type* means ordinary private passenger cars, station wagons, pick-ups, and vans.

## Who Is Protected Under This Agreement

**Individual.** If you are named in the Introduction as an individual, you and your family members are protected persons for the use of a covered auto.

*Family members* means a person related to you by blood, marriage, or addoption who is a resident of your household, including a ward or foster child.

**Partnership or joint venture.** If you are named in the Introduction as a partnership or joint venture, you are a protected person for the use of a covered auto. Also, your partners or co-venturers and their spouses are protected persons. But only for the use of a covered auto.

However, no person or organization is a protected person for the conduct of any current or past partnership or joint venture that's not named in the Introduction.

**Corporation or other organization.** If you are named in the Introduction as a corporation or other organization, you are a protected person for the use of a covered auto. Also, your executive officers and directors are protected persons. But only for the use of a covered auto. Also, your stockholders are protected persons, but only for their liability as your stockholders.

**Any permitted user.** Any person or organization to whom you've given permission to use a covered auto you own,

rent, lease, hire, or borrow is a protected person.

**Anyone else in a covered auto.** Anyone else in a covered auto is protected. Anyone is also protected in a temporary substitute for a covered auto that's out of service because:

- it was lost or destroyed;
- it broke down; or
- it's being serviced or repaired.

However, we won't consider the following to be a protected person:

- The owner or anyone else from whom you rent, lease, hire or borrow a covered auto unless that auto is a trailer that's connected to a covered auto you own.
- An employee of yours or a member of an employee's household if the covered auto is owned by that employee or member of that employee's household.
- Anyone using a covered auto while working in the business of selling, servicing, repairing, storing, or parking autos, unless the business is yours.
- Anyone other than your employees, partners, lessee or borrower or any of their employees while loading or unloading a covered auto.

**Anyone legally responsible for the actions of a protected person.** Any person or organization who is legally responsible for the actions of a protected person described above is also a protected person for the use of a covered auto. For example:

*An employee who works for another company borrows a covered auto from you. That person causes an accident which results in covered bodily injury. We'll consider you, that employee, and the other company that employs the other person to be protected persons.*

But we won't consider the owner or anyone else from whom you rent, lease, hire, or borrow a covered auto to be a protected person unless it's a trailer that's connected to a covered auto you own.

**Separation of protected persons.** We'll apply this agreement:

**The St.Paul**

- to each protected person named in the Introduction as if that protected person was the only one named there; and
- separately to each other protected person.

However, the limit of coverage shown in the Coverage Summary is shared by all protected persons. We explain how in the Limit Of Coverage section. Also, any right or duty specifically assigned to the first Named Insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of your policy.

### When This Agreement Covers

We'll apply this agreement to claims or suits for covered bodily injury whenever they are made or brought.

### Where This Agreement Covers

We'll defend claims and suits, and pay judgments and settlements only in the coverage territory for covered bodily injury that's caused by accidents that happen in the coverage territory.

*Coverage territory* means the United States of America, its territories and possessions, Puerto Rico, and Canada. It includes international waters or airspace while a covered auto is being transported between any of the above places.

### Limit Of Coverage

The medical payments limit shown in the Coverage Summary is the most we'll pay for medical and funeral expenses for each protected person as a result of bodily injury suffered in any one accident. The limit applies no matter how many protected persons or covered autos are involved or how many claims are made or premiums are paid.

We'll consider all bodily injury caused by continuous or repeated exposure to basically the same conditions to be the result of one accident.

No one will be entitled to receive duplicate payments for the same loss under this

agreement, any auto liability insuring agreement, or any uninsured or underinsured motorists agreement.

### Exclusions – What This Agreement Won't Cover

**Auto-related businesses.** We won't cover a protected person who is injured while he or she is working in a business of selling, servicing, repairing, storing, or parking autos unless the business is yours.

**Autos that are premises.** We won't pay for injury to any protected person while he or she is in an auto that is located for use as a residence or a place of business, or other similar purpose. For example, you're not covered if you injure yourself while leaving a trailer where you live.

**Bodily injury.** We won't pay for bodily injury covered under your Auto Liability Coverage.

**Nuclear energy.** We won't cover injury resulting from radioactive, toxic, explosive, or other hazardous properties of nuclear material.

**Other autos.** We won't cover you or a member of your family who is injured in or hit by an auto that belongs to, is furnished to, or is available for the regular use of you or any family member if that auto is not a covered auto.

**Racing or demolition contest.** We won't cover bodily injury to any protected person while in any covered auto used in any organized racing or demolition contest or stunting activity. This exclusion also applies to any practice or preparation for such contest or activity. Nor will we cover bodily injury to a protected person while the auto is being prepared for such a contest or activity.

**Unauthorized use.** We won't cover a person who is injured while using an auto that he or she does not have permission to use.

**War.** We won't cover a person who is injured as a result of war, declared or undeclared, invasion, civil war, rebellion, or revolution.

**Your employees.** We won't cover any of your employees who are injured while they are working for you. There is one exception. We'll cover medical payments claims

The St.Paul

resulting from injuries to an employee who is a domestic worker, if not entitled to workers' compensation.

### Change in General Rules

The General Rule on Recovering Damages From A Third Party does not apply to this agreement.

### Other Insurance

This agreement is primary insurance for covered autos you own and excess insurance for those you don't own. Excess insurance applies after other collectible insurance has been used up.

**Insurance provided by another insurer.**  When insurance provided by another insurer applies to covered medical services that result from an accident on the same primary or excess basis as this agreement, we'll pay only our share of the services. We'll pay the same proportion of such services that our limit is to the total of all applicable policy limits. But we won't pay more than our limit.

**Insurance provided under another policy with us or any of our member insurance companies.** When this agreement and other insurance contained in a policy from us or another member insurance company of The St. Paul Group both apply to the same accident, the most we will pay is the highest limit of coverage that applies under any one policy. When the other insurance written by us or the member insurance company is intended to be excess over this agreement, this section does not apply.

## AUTO PHYSICAL DAMAGE PROTECTION

TheStPaul

This insuring agreement provides physical damage protection for covered autos. There are, of course, limitations and exclusions which apply to that protection. As a result, this agreement should be read carefully to determine the extent of the coverage provided to you.

| Table of Contents | Page |
|---|---|
| **What This Agreement Covers** | 1 |
| Comprehensive coverage. | 1 |
| Collision coverage. | 1 |
| Specified causes of loss coverage. | 2 |
| Towing. | 2 |
| Transportation expenses. | 2 |
| **Which Autos Are Covered** | 2 |
| Owned commercial autos | 2 |
| Owned private passenger autos | 2 |
| Scheduled autos | 2 |
| Hired autos | 2 |
| **When This Agreement Covers** | 3 |
| **Where This Agreement Covers** | 3 |
| **What We'll Pay For A Loss** | 3 |
| **How We'll Pay** | 3 |
| **Who We'll Pay For Loss** | 3 |
| **Deductibles** | 3 |
| **Exclusions – What This Agreement Won't Cover** | 3 |
| Audio devices and radar detection equipment. | 3 |
| Intentional or expected loss or damage. | 4 |
| Nuclear energy. | 4 |
| Racing or demolition contest. | 4 |
| Tires. | 4 |
| Trailer interchange. | 4 |
| War. | 4 |
| Wear, freezing, breakdowns. | 4 |
| **Insurance For Your Benefit** | 4 |
| **Other Insurance** | 4 |
| Insurance provided by another insurer. | 4 |
| Insurance provided under another policy with us or any of our member insurance companies. | 4 |

## What This Agreement Covers

We'll pay for loss to covered autos.

The types of coverage you have for each auto are shown in the Auto Schedule and described below. These coverages are subject to the limits and the deductibles that are shown in the Auto Schedule.

*Auto* means any land motor vehicle, trailer or semi-trailer designed for travel on public streets or roads. It includes any permanently attached machinery or equipment.

*Loss* means direct and accidental loss or damage.

*Covered auto* means the type or types of autos shown in the Coverage Summary and described in the Which Autos Are Covered section.

**Comprehensive coverage.** When this coverage applies, we'll pay for loss to a covered auto from any cause of loss other than collision or overturn.

This coverage includes glass breakage. However, if glass breakage results from collision or overturn of the covered auto, you can make a claim for such breakage under Collision coverage, if that coverage applies to the damaged auto.

**Collision coverage.** When this coverage applies, we'll pay for loss to a covered auto that results from:

- the collision of the covered auto with another object; or
- the overturn of the covered auto.

However, if you carry Comprehensive coverage for the covered auto, and loss or damage results from the auto hitting a bird or animal, or a falling object striking the

The **St.Paul**

auto, we will pay for the loss under Comprehensive coverage, rather than under Collision coverage.

**Specified causes of loss coverage.** When this coverage applies, we'll pay for loss to a covered auto that results from:

- fire, lightning or explosion;
- windstorm, hail, flood or earthquake;
- theft;
- vandalism, mischief; or
- the sinking, burning, derailment or collision of a vehicle used to transport a covered auto.

**Towing.** When this coverage applies, and one of your covered private passenger type autos is disabled, we'll pay for towing and costs of other labor performed at the scene of the disablement. However, the most we'll pay for these costs is the Towing limit shown in the Auto Schedule for that auto.

*Private passenger type autos* mean ordinary private passenger cars, station wagons, pick-ups, and vans.

**Transportation expenses.** If a private passenger type auto for which you have Specified causes of loss or Comprehensive coverage is stolen, we'll pay up to $20 a day incurred by you for your transportation costs while the auto is missing. We'll pay these costs for a period beginning 48 hours after the theft and continuing until we pay you for the loss of the auto or it is returned to use, even if that doesn't happen until after this agreement ends. But the most we'll pay for transportation costs arising out of the theft of any one auto is $600.

### Which Autos Are Covered

The Coverage Summary shows, and the information in this section describes, the type or types of auto which are covered autos.

**Owned commercial autos** means any auto you own that is not of the private passenger type and it includes any trailer or semi-trailer while attached to that auto. It also includes:

- any newly acquired auto of the same type; or
- any replacement auto of the same type.

**Owned private passenger autos** means any auto you own that is of the private passenger type and it includes any trailer while attached to that auto. It also includes:

- any newly acquired auto of the same type; or
- any replacement auto of the same type.

**Scheduled autos** means any auto you own which is described in the Auto Schedule and replacement autos if you tell us within 30 days after you acquire such autos that you want us to cover them.

We'll also cover additional newly acquired autos, but only if:

- we cover all of your owned autos; and
- you tell us within 30 days after you acquire such autos that you want us to cover them.

**Hired autos** means any auto that you hire, rent, lease or borrow from others, other than your employees or members of their households. We'll consider any auto that you lease for a period of 6 months or more to be an auto that you own.

We'll pay for direct and accidental loss or damage to any rental autos and their equipment for which you've agreed to be responsible. However, we'll only pay for the kinds of loss or damage that you've agreed to be responsible for, including loss of use and other administrative expenses.

*Newly acquired autos* means any additional auto that you acquire while this agreement is in effect. We'll apply the same types of coverages and deductibles as you now have on similar type autos unless you tell us differently.

*Replacement autos* means any auto which replaces a covered auto. We'll apply the same types of coverage and deductibles as you now have on the auto that is being replaced unless you tell us differently.

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

The St Paul

## When This Agreement Covers

We'll cover loss or damage that takes place while this agreement is in effect for covered autos.

## Where This Agreement Covers

We'll cover loss or damage that takes place only in the coverage territory for covered autos.

*Coverage territory* means the United States of America, its territories and possessions, Puerto Rico and Canada. It includes international waters or airspace while a covered auto is being transported between any of the above places.

## What We'll Pay For A Loss

We'll pay the smaller of the following amounts when you suffer a covered loss:

- The actual cash value (ACV) of the damaged or stolen property at the time of the loss.
- The stated amount shown in the Auto Schedule for the damaged or stolen property.
- The cost of repairing damaged property or replacing damaged or stolen property of the same kind or quality.

## How We'll Pay

Once we've determined the amount of your loss, we'll choose one of the following ways to compensate you:

- We'll pay you in money.
- We'll repair damaged property or replace damaged or stolen property.
- We'll return stolen property to you, at our expense, and pay you for any damage to it that resulted from the theft. or
- We'll take all or part of the damaged or stolen property and pay you the agreed or appraised value for it.

## Who We'll Pay For Loss

We'll adjust all covered losses with you. But if the Auto Schedule identifies a person or organization as also having an interest in a covered auto, we'll pay you and the person or organization named, based on the interest each has in the covered auto.

If we make a payment to such person or organization, we'll obtain their right to be repaid by anyone else.

## Deductibles

The deductibles shown in the Coverage Summary or in the Auto Schedule under any of the coverages are the amounts that will be deducted from each loss to a covered auto. However, if a deductible amount is shown for Comprehensive coverage, it won't apply to a loss caused by fire or lightning.

We may pay all or part of your deductible to settle a claim. If we do, you agree to repay us as soon as we notify you of such payment.

## Exclusions – What This Agreement Won't Cover

We won't cover any of the following losses except in the special circumstances described.

**Audio devices and radar detection equipment.**
We won't cover loss to any:

- tapes;
- records or discs;
- audio or visual equipment;
- data electronic devices;
- car phones; or
- any equipment that's designed or used for detecting or locating radar.

This exclusion also applies to any electronic equipment that receives or transmits audio, visual or data signals and is not designed solely for the reproduction of sound. It also applies to any accessories that are used with any of such equipment.

However, this exclusion does not apply to sound equipment that is permanently

The **St.Paul**

installed in a covered auto at the time of the accident in the opening normally used by the auto manufacturer for the installation of a radio or similar sound equipment. This exclusion also does not apply to any electronic equipment that is necessary for the normal operation of the covered auto or the monitoring of the covered auto's operating system.

**Intentional or expected loss or damage.** We won't cover loss or damage that you expected or intended. This exclusion applies regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**Nuclear energy.** We won't cover loss that results from nuclear reaction, nuclear radiation, or radioactive contamination. This exclusion applies regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**Racing or demolition contest.** We won't cover loss to any covered auto that results from the use of that auto in any organized racing or demolition contest or stunting activity. This exclusion also applies to any practice or preparation for such contest or activity.

**Tires.** We won't cover loss to tires by blowout, puncture, or other road damage unless accompanied by another covered cause of loss.

**Trailer interchange.** We won't cover loss or damage to any covered auto or it's equipment while someone else has possession of it under a written Trailer Interchange Agreement. This exclusion doesn't apply to a loss payee. However, if we pay the loss payee, you must reimburse us for our payment.

**War.** We won't cover loss or damage caused by:

- declared or undeclared war, or invasion;
- warlike action by a military force or other agents of any government, sovereign or other authority;
- civil war, insurrection, rebellion, revolution or seizure of power; or
- anything done to hinder or defend against these actions. This exclusion applies regardless of any other cause or event

that contributes concurrently or in any sequence to the loss.

**Wear, freezing, breakdowns.** We won't cover loss caused by normal wear and tear, freezing, or mechanical or electrical breakdown unless the loss results from a covered cause of loss.

## Insurance For Your Benefit

This insurance is for your benefit. No other party having possession of your auto, such as a transportation or storage company, can benefit directly or indirectly from this insurance.

## Other Insurance

This agreement is primary insurance for covered autos you own and excess insurance for covered autos you don't own. Excess insurance applies after other collectible insurance has been used up. If hired autos are covered by this agreement, they will be considered the same as covered autos you own. But this doesn't apply to autos that are hired along with a driver.

**Insurance provided by another insurer.** When loss covered by this agreement is also covered by insurance with another insurer on the same primary or excess basis, we'll pay our share of such loss. We'll pay that portion of the loss that's equal to our percentage of the total amount of insurance available. But we won't pay more than we would have paid without such other insurance.

**Insurance provided under another policy with us or any of our member insurance companies.** When this agreement and other insurance contained in a policy from us or another member insurance company of The St. Paul Group both apply to the same loss, the most we will pay is the highest amount available under any one policy. When the other insurance written by us or the member insurance company is intended to be excess over this agreement, this section does not apply.

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

**LEASE GAP COVERAGE ENDORSEMENT**

The**StPaul**

This endorsement changes your Auto Physical Damage Protection.

## How Coverage Is Changed

The following is added to the What We'll Pay For A Loss section.  This change broadens coverage.

If the covered loss involves an auto that:

- has been leased for a period of six months or longer; and
- is leased under a written agreement requiring you to provide direct primary insurance for the benefit of the lessor;

and we elect to pay either the lesser of the ACV or cost to repair the vehicle, we'll also pay your legal obligation for the difference between the value determined above and the lease value of that auto, if any.

*Lease value* means the outstanding balance on the lease at the time of loss less the following amounts:

- overdue lease payments at the time of loss;

- financial penalties imposed under the lease for excessive use, abnormal wear and tear, or excessive mileage;
- lease termination fees;
- security deposits not normally refunded by the lessor;
- costs for extended warranties, credit life insurance, health, accident, or disability insurance purchased with the lease; or
- carry-over balances from previous leases.

This coverage only applies to the original lease written on a covered auto.

## Other Terms

All other terms of your policy remain the same.



**TRAILER INTERCHANGE ENDORSEMENT**                    The**StPaul**

This endorsement changes your Auto or Garage
Physical Damage Protection.

---

**How Your Coverage Is Changed**

Your Auto or Garage Physical Damage
Protection is changed to protect you in your
business as a trucker.

*Trucker*   means someone in the business of
transporting property by auto for hire.

**Coverage For Trailers You Don't Own**

**Trailer interchange coverage.**   If Trailer inter-
change coverage is shown in the Coverage
Summary, we'll pay for loss or damage to trail-
ers or their equipment you don't own, which you
have assumed liability for under a written
Trailer Interchange Agreement. This coverage
applies only while the trailers are in your
possession. The Physical Damage coverages
that apply will also be shown.   These may
include Collision and one of the following:
•Comprehensive; or
•Specified Causes of loss; or
•Fire; or
•Fire and Theft.

*Fire or Fire and Theft*   includes explosion
and loss or damage that occurs if a carrier
transporting a covered trailer sinks, burns,
derails or collides with anything.

*Trailer*   includes semitrailers and containers.

**Right and duty to defend.**   We'll have the right and
duty to defend any claim or suit for covered
loss or damage made or brought against any
protected person.   But we have no duty to
perform other acts or services.   And our duty
to defend claims or suits ends when we have
used up the limits of coverage that apply with
the payment of judgments or settlements.

We'll have the right to investigate and settle
any claim or suit if we believe that's proper.

*Claim*   means a demand which seeks damages.

*Suit*   means a civil proceeding which seeks
damages.  It includes:
•an arbitration proceeding for such damages to
which the protected person must submit or
submits with our consent.
•any other alternative dispute resolution
proceeding for such damages to which the
protected person submits with our consent.

**Additional payments.**   We'll have the duty to make
only the payments shown below in connection
with any claim or suit we defend.   These
payments are in addition to the limit of cover-
age.   But our duty to make such payments ends
when we have used up the limit of coverage that
applies with the payment of judgments or
settlements.

*Our expenses.*   We'll pay all expenses we
incur.

*Bonds to release property.*   We'll pay the
cost of bonds to release property that's being
used to secure a legal obligation.   But only for
bond amounts within the limit of coverage that
applies.   We don't have to furnish such bonds.

*Expenses incurred by protected persons.*
We'll pay all reasonable expenses that any
protected person incurs at our request while
helping us investigate or defend a claim or suit.
But we won't pay more than $250 per day for
earnings actually lost by the protected person
because of time taken off from work.

*Taxed costs.*   We'll pay all costs taxed against
any protected person in a suit.

*Pre-judgment interest.*   We'll pay the pre-
judgment interest that's awarded against the
protected person on that part of a judgment
paid by us.   But if we make a settlement offer
to pay the available limit of coverage, we won't
pay the pre-judgment interest that accumulates
after the date of our offer.

*Post-judgment interest.*   We'll pay all interest
that accumulates on the full amount of that part
of a judgment for which we make a payment.

---

44475 Ed.4-91 Printed in U.S.A.                    Endorsement
©St.Paul Fire and Marine Insurance Co.1991 All Rights Reserved                    Page 1 of 2

The St Paul

But only from the date of the judgment to the date we:
- pay;
- offer to pay; or
- deposit in court;

the limit of coverage that applies to the judgment.

**Right to appeal.**   We'll have the right to appeal a judgment for covered loss or damage in any suit we defend.

If we appeal such a judgment, we'll pay all expenses which result directly from that appeal, including the cost of appeal bonds and post-judgment interest.   Such appeal expenses are in addition to the limit of coverage that applies. However, the results of an appeal won't change the limit of coverage that applies to Trailer interchange coverage.

**Limit Of Coverage For Trailer Interchange**

The most we'll pay for loss or damage to any one trailer in any one event is the smallest of the following, less any deductible amount shown on the Coverage Summary:
- the Actual Cash Value (ACV) of the damaged or stolen property at the time of the loss;

- the cost of repairing or replacing the damaged or stolen property with property of similar kind and quality; or
- the Trailer interchange Limit of Coverage shown in the Coverage Summary.

**Exclusions—Losses We Won't Cover For Trailer Interchange**

All of the exclusions in your Physical Damage Protection apply to this endorsement, and the following is added.

**Loss of use.**   We won't cover loss of use of a trailer

**Other Insurance**

The following is added to the Other Insurance section.

This agreement provides primary insurance for trailers covered by Trailer interchange coverage.

**Other Terms.**

All other terms of your policy remain the same.

©St.Paul Fire and Marine Insurance Co.1991 All Rights Reserved

**RENTAL REIMBURSEMENT COVERAGE ENDORSEMENT**

<span style="float:right">The**StPaul**</span>



This endorsement changes your Auto Physical Damage Protection.

### How Your Coverage Is Changed

Your Auto Physical Damage Protection is broadened to include the following coverage.

**Rental reimbursment coverage.**  We'll reimburse you for expenses incurred for auto rental because of a loss to a covered auto. The Auto Schedule will show which autos this coverage applies to and the covered causes of loss.  The Coverage Summary or the Auto Schedule will show the limit of coverage per day, the total limit for each period of coverage, and the total number of days.

### What We'll Pay

We'll pay for expenses starting 24 hours after loss occurs and for a reasonable time necessary to repair or replace the covered auto.  If the covered auto is stolen, we'll add the number of days necessary to find the auto and return it to you.

But we'll never pay for a longer period of time than the number of days shown.

In any event, we'll pay the smaller of the following:
- necessary and actual expense; or
- the limit of coverage per day or term of coverage.

**Limitation on what we'll pay.**  Rental reimbursement coverage doesn't apply when there are other reserve or spare autos available to you for your operations.

If you lose a covered private passenger auto from theft, we'll only pay expenses that aren't already provided for under Auto Physical Damage Protection.

### Other Terms

All other terms of your policy remain the same.

---

**ADDITIONAL INSURED ENDORSEMENT – COMMERCIAL AUTO**    The**StPaul**

This endorsement changes your Auto Liability Protection.

---

### How Coverage is Changed

The following is added to the Who is Protected Under This Agreement section of your Auto Liability Protection. This change broadens coverage.

The person or organization named below, for whom you are doing work, is protected. But only for bodily injury or property damage that results from the ownership, maintenance, use, loading or unloading of a covered auto by:

- You
- An employee of yours; or

- Anyone who drives a covered auto with your permission or with the permission of one of your employees or agents.

But, the person or organization named below is not a protected person if they are the owner of or anyone else from whom you rented, leased, hired or borrowed that covered auto.

### Other Terms

All other terms of your policy remain the same.

---

### Person or Organization:

Where required by written contract.

---

| Name of Insured | Policy Number CK00215377 | Effective Date 12/01/02 |
|---|---|---|
| DAIRY FRESH CORPORATION | | Processing Date 12/10/02  09:45   001 |

CA019 Rev. 6-02 Printed in U.S.A.                     Endorsement
©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved              Page 1 of 1

The**StPaul**

**IMPORTANT NOTICE**

**TO ALL COMMERCIAL CASUALTY AND/OR COMMERCIAL PROPERTY
POLICYHOLDERS DOING BUSINESS IN THE STATE OF FLORIDA**

Florida law requires that we make safety services available to you upon request.  If you request in writing, we will provide you with guidelines on how to set up a risk management plan.  These guidelines are free of charge. They will give you information on setting up hazard identification procedures and methods to control hazards relating to the coverages you have with The St. Paul.

If requested, we can provide additional safety services.  These include on-site assistance with hazard identification, environmental information, training programs, accident and loss analysis, Management Exposure Guides, and technical bulletins.  A fee is charged for these services.

We encourage you to utilize our safety services to assist you in setting up a safety program.

To obtain this service, please write or phone:

      The St. Paul Companies Risk Control Department
      385 Washington Street
      St. Paul, MN 55102-1396
      Phone:  (800) 332-3232

For additional risk control information visit us at www.stpaul.com/riskcontrol

40792 Rev. 4-02 Printed in U.S.A.        -1-

**POLICY CHANGE ENDORSEMENT**

The**StPaul**

This endorsement summarizes the changes to
your policy.  All other terms of your policy not
affected by these changes remain the same.

**How Your Policy Is Changed**

GENERAL LIABILITY
------------------

Form Information:

   The Endorsement(s) Named Below Is Added:

      Described Person Or Organization Endorsement - Additional Protected
      Persons

**Premium Change Which Is Due Now**

| Additional premium | $0.00 | Returned Premium | $0.00 |
|---|---|---|---|

| If issued after the date your policy begins, these spaces must be completed and our representative must sign below. | Policy issued to DAIRY FRESH CORPORATION DAIRY FRESH ICE CREAM CORP. PLASTICS, INC. DAIRY FRESH OF LOUISIANA, INC. |
|---|---|
| Authorized representative | Endorsement takes effect    Policy Number 12/01/02                    CK00215377 Processing Date: 12/11/02  10:14  006 |

The St Paul

©St.Paul Fire and Marine Insurance Co.1984 All Rights Reserved

## POLICY FORM LIST

Here's a list of all forms included in your policy, on the date shown below.  These forms are listed in the same order as they appear in your policy.

| Title | Form Number | Edition Date |
|---|---|---|
| Introduction - St. Paul Fire And Marine Insurance Company | 40800 | 05-87 |
| Policy Form List | 40705 | 05-84 |
| Composite Rated Premium Adjustment Summary | GL088 | 05-95 |
| General Rules | 40701 | 09-96 |
| Waiver Of Rights Of Recovery Endorsement - Commercial General Liability | 43390 | 10-93 |
| Earlier Notice Of Cancellation Or Nonrenewal By Us Endorsement | 43704 | 10-97 |
| Alabama Required Endorsement | 40752 | 06-01 |
| Florida Required Endorsement | 40738 | 02-01 |
| Georgia Required Endorsement | 40518 | 04-01 |
| Commercial Auto Required Endorsement - Alabama | 44250 | 03-93 |
| Commercial Auto Required Endorsement - Florida | 44038 | 02-01 |
| Commercial Auto Required Endorsement - Georgia | 44039 | 10-00 |
| Commercial Auto Required Endorsement - Louisiana | 44047 | 10-01 |
| What To Do If You Have A Loss | 40814 | 11-91 |
| Commercial General Liability Protection Coverage Summary | 47110 | 01-96 |
| Commercial General Liability Protection | 47500 | 01-01 |
| Louisiana Pollution Injury Or Damage Exclusion Additional Examples Endorsement | G0450 | 04-01 |
| Vendors Endorsement-Additional Protected Persons | 43345 | 07-85 |
| Described Person or Organization-Add'l Protected Persons | 43356 | 07-85 |
| Asbestos Exclusion Endorsement | G0468 | 03-02 |
| Fellow Employee Bodily Injury Endorsement - Described Supervisory Positions | 47169 | 01-96 |
| Property Damage Change And Intellectual Property Exclusion Endorsement | G0467 | 07-01 |
| Employment-Related Practices Exclusion Endorsement | 47153 | 09-01 |
| Tank Truck Implosion Endorsement | 40502 | 01-80 |
| Employee Benefit Plans Administration Liability Protection -Claims-Made Coverage Summary | 43532 | 01-96 |
| Employee Benefit Plans Administration Liability Protection -Claims-Made | 43475 | 01-96 |
| Employment-Related Practices Exclusion Endorsement - Employee Benefit Plans Administration Liability | L0436 | 09-01 |
| Auto Coverage Summary | 44460 | 04-91 |
| Auto Coverage Summary - Continued | 44462 | 04-91 |
| Auto Schedule | 44463 | 04-91 |
| Waiver Of Rights Of Recovery Endorsement - Auto Liability | A0186 | 04-00 |
| Large Risk Total Cost Endorsement - Short Form | L0001 | 11-96 |
| Auto Liability Deductibles End.-Deductibles ApplyTo Damages & Claim Expenses - Limit Is Reduced By The Deductible Amnt. | A0068 | 04-97 |
| Auto Liability Protection | 44449 | 12-93 |
| Endorsement For Motor Carrier Policies Of Insurance For Public Liability Under Sect. 29 and 30 of Motor Carrier Act | MCS90 | 03-96 |

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** CK00215377 | **Effective Date** 12/01/02 |
| DAIRY FRESH CORPORATION | **Processing Date** 12/11/02  10:14  006 | |

| | | |
|---|---|---|
| Additional Protected Persons Endorsement For Autos You've Leased From Others | 44476 | 04-91 |
| Autos Rented By Employees Endorsement | A0173 | 12-99 |
| Hired Autos Covered As Owned Autos Endorsement | 44307 | 01-86 |
| Auto Fellow Employee Coverage Endorsement | 44480 | 04-91 |
| Uninsured And Underinsured Motorists Protection - Alabama | 44278 | 02-01 |
| Uninsured And Underinsured Motorists Protection - Florida - Non-Stacking | 44094 | 03-01 |
| Uninsured And Underinsured Motorists Protection - Georgia | 44023 | 05-01 |
| Uninsured And Underinsured Motorists Protection - Louisiana | 44081 | 02-02 |
| Uninsured And Underinsured Motorists Protection - Mississippi | 44107 | 02-01 |
| Florida No-Fault Auto Protection | 44102 | 09-02 |
| Auto Medical Payments Protection | 44472 | 09-99 |
| Auto Physical Damage Protection | 44455 | 07-96 |
| Lease Gap Coverage Endorsement | A0176 | 08-99 |
| Trailer Interchange Endorsement | 44475 | 04-91 |
| Rental Reimbursement Coverage Endorsement | 44159 | 12-83 |
| Additional Insured Endorsement - Commercial Auto | CA019 | 06-02 |

©St.Paul Fire and Marine Insurance Co.1995

**COMMERCIAL GENERAL LIABILITY PROTECTION
COVERAGE SUMMARY**

The**StPaul**

This Coverage Summary shows the limits of
coverage that apply to your Commercial
General Liability Protection.  It also lists those
endorsements, if any, that must have certain
information shown for them to apply.

**Limits Of Coverage**

| | | |
|---|---|---|
| **General total limit.** | $ | 2,000,000 |
| **Products and completed work total limit.** | $ | 2,000,000 |
| **Personal injury each person limit.** | $ | 1,000,000 |
| **Advertising injury each person limit.** | $ | 1,000,000 |
| **Each event limit.** | $ | 1,000,000 |
| *Premises damage limit.* | $ | 100,000 |
| *Medical expenses limit.* | $ | 5,000 |

**Named Endorsement Table**

**Important Note:**  Only endorsements that must have certain information shown for them to apply
are named in this table.  The required information follows the name of each such endorsement.
Other endorsements may apply too.  If so, they're listed on the Policy Forms List.

```
Vendor's Endorsement - Additional Protected Persons

   Vendor of Your Products:
     All Vendors
   Description of Products:
     Dairy Products

Described Person or Organization Endorsement - Addl Prot Persons
   Person or Organization
     Any described person or organization as required by contract.

Fellow Employee Bodily Injury Endorsement - Described Supervisory Positions
   Description of Supervisory Position
     As required by written contract.
```

| | | | |
|---|---|---|---|
| **Name of Insured** | **Policy Number** CK00215377 | | **Effective Date** 12/01/02 |
| DAIRY FRESH CORPORATION | **Processing Date** 12/11/02  10:14  006 | | |

The St Paul

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

# COMMERCIAL GENERAL LIABILITY PROTECTION
# COVERAGE SUMMARY

The **St.Paul**

This Coverage Summary shows the limits of coverage that apply to your Commercial General Liability Protection. It also lists those endorsements, if any, that must have certain information shown for them to apply.

## Limits Of Coverage

| | | |
|---|---|---|
| General total limit. | $ | 2,000,000 |
| Products and completed work total limit. | $ | 2,000,000 |
| Personal injury each person limit. | $ | 1,000,000 |
| Advertising injury each person limit. | $ | 1,000,000 |
| Each event limit. | $ | 1,000,000 |
| *Premises damage limit.* | $ | 100,000 |
| *Medical expenses limit.* | $ | 5,000 |

## Named Endorsement Table

**Important Note:** Only endorsements that must have certain information shown for them to apply are named in this table. The required information follows the name of each such endorsement. Other endorsements may apply too. If so, they're listed on the Policy Forms List.

Vendor's Endorsement – Additional Protected Persons

Vendor of Your Products:
   All Vendors
Description of Products:
   Dairy Products

Described Person or Organization Endorsement – Addl Prot Persons
   Person or Organization
   Any described person or organization as required by contract.

Fellow Employee Bodily Injury Endorsement – Described Supervisory Positions
   Description of Supervisory Position
   As required by written contract.

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** CK00215377 | **Effective Date** 12/01/02 |
| DAIRY FRESH CORPORATION | **Processing Date** 12/11/02  10:14  006 | |

47110 Rev. 1-96 Printed in U.S.A.            Coverage Summary
©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved            Page    1

The**StPaul**

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

**DESCRIBED PERSON OR ORGANIZATION ENDORSEMENT –
ADDITIONAL PROTECTED PERSONS**

The**StPaul**

This endorsement changes your Commercial
General Liability Protection.

**How Coverage Is Changed**

The following is added to the Who Is Protected
Under This Agreement section. This change
adds certain protected persons and limits their
protection.

**Described person or organization.** The person or
organization shown in the Coverage Summary
as a described person or organization is a
protected person. But only for covered injury
or damage that results from;
•premises you own, rent or lease; or
•your work.

We explain what we mean by your work in the
Products and completed work total limit
section.

**Other Terms**

All other terms of your policy remain the same.





The St Paul

Tank Truck Implosion Endorsement

---

This endorsement modifies insurance provided under the following:

Commercial General Liability Protection

How Your Coverage Is Changed
----------------------------
Exclusion – Control of Property – Personal Property that's in the care,
custody, or control of the protected person, as found under Exclusions – What
This Agreement Won't Cover, does not apply to property damage to tanks mounted
on food product tank trailers or tanker trucks that belong to others if the
property damage is the result of implosion due to the failure of your employees
to properly vent the tank during the unloading of the contents of the tank.

Other Terms
-----------
All other terms of your policy remain the same.

| Name of Insured | Policy Number CK00215377 | Effective Date 12/01/02 |
|---|---|---|
| DAIRY FRESH CORPORATION | Processing Date 12/11/02  10:14  006 | |

The St Paul

©St.Paul Fire and Marine Insurance Co.1980 All Rights Reserved

FORM MCS-90
(Ed. 3-96)

Form Approved
OMB No. 2125-0074

## ENDORSEMENT FOR
## MOTOR CARRIER POLICIES OF INSURANCE FOR PUBLIC LIABILITY
## UNDER SECTIONS 29 AND 30 OF THE MOTOR CARRIER ACT OF 1980

Issued to    Dairy Fresh Corporation

of    Greensboro, AL  36744

Dated at   St. Paul, MN        this  1st day of  December , 2002

Amending Policy No. CK00215377          Effective Date 12/01/02

Name of Insurance Company St. Paul Fire & Marine Insurance Company

Telephone Number 800-328-2189      Countersigned by_____
                                          Authorized Company Representative

The policy to which this endorsement is attached provides primary or excess insurance, as indicated by ☒, for the limits shown:

☒ This insurance is primary and the company shall not be liable for amounts in excess of $750,000       for each accident.

☐ This insurance is excess and the company shall not be liable for amounts in excess of $            for each accident in excess of the underlying limit of $ for each accident.

Whenever required by the Federal Highway Administration (FHWA) or the Interstate Commerce Commission (ICC), the company agrees to furnish the FHWA or the ICC a duplicate of said policy and all its endorsements. The company also agrees, upon telephone request by an authorized representative of the FHWA or the ICC, to verify that the policy is in force as of a particular date.

Cancellation of this endorsement may be effected by the company or the insured by giving (1) thirty-five (35) days notice in writing to the other party (said 35 days notice to commence from the date the notice is mailed, proof of mailing shall be sufficient proof of notice), and (2) if the insured is subject to the ICC's jurisdiction, by providing thirty (30) days notice to the ICC (said 30 days notice to commence from the date the notice is received by the ICC at its office in Washington, D.C.).

## DEFINITIONS AS USED IN THIS ENDORSEMENT

**ACCIDENT** includes continuous or repeated exposure to conditions which results in bodily injury, property damage, or environmental damage which the insured neither expected nor intended.

**MOTOR VEHICLE** means a land vehicle, machine, truck, tractor, trailer, or semitrailer propelled or drawn by mechanical power and used on a highway for transporting property, or any combination thereof.

**BODILY INJURY** means injury to the body, sickness, or disease to any person, including death resulting from any of these.

**ENVIRONMENTAL RESTORATION** means restitution for the loss, damage, or destruction of natural resources arising out of the accidental discharge, dispersal, release or escape into or upon the land, atmosphere, watercourse, or body of water, of any commodity transported by a motor carrier. This shall include the cost of removal and the cost of necessary measures taken to minimize or mitigate damage to human health, the natural environment, fish, shellfish, and wildlife.

**PROPERTY DAMAGE** means damage to or loss of use of tangible property.

**PUBLIC LIABILITY** means liability for bodily injury, property damage, and environmental restoration.

The insurance policy to which this endorsement is attached provides automobile liability insurance and is amended to assure compliance by the insured, within the limits stated herein, as a motor carrier of property, with Sections 29 and 30 of the Motor Carrier Act of 1980 and the rules and regulations of the Federal Highway Administration (FHWA) and the Interstate Commerce Commission (ICC).

In consideration of the premium stated in the policy to which this endorsement is attached, the insurer (the company) agrees to pay, within the limits of liability described herein, any final judgment recovered against the insured for public liability resulting from negligence in the operation, maintenance or use of motor vehicles subject to the financial responsibility requirements of Sections 29 and 30 of the Motor Carrier Act of 1980 regardless of whether or not each motor vehicle is specifically described in the policy and whether or not such negligence occurs on any route or in any territory authorized to be served by the insured or elsewhere.

Such insurance as is afforded, for public liability, does not apply to injury to or death of the insured's employees while engaged in the course of their employment, or property transported by the insured, designated as cargo.

It is understood and agreed that no condition, provision, stipulation, or limitation contained in the policy, this endorsement, or any other endorsement thereon, or violation thereof, shall relieve the company from liability or from the payment of any final judgment, within the limits of liability herein described, irrespective of the financial condition, insolvency or bankruptcy of the insured. However, all terms, conditions and limitations in the policy to which the endorsement is attached shall remain in full force and effect as binding between the insured and the company. The insured agrees to reimburse the company for any payment made by the company on account of any accident, claim, or suit involving a breach of the terms of the policy, and for any payment that the company would not have been obligated to make under the provisions of

Form MCS-90                              (Over)                              MC 1622j (Ed. 3-96)

the policy except for the agreement contained in this endorsement.

It is further understood and agreed that, upon failure of the company to pay any final judgment recovered against the insured as provided herein, the judgment creditor may maintain an action in any court of competent jurisdiction against the company to compel such payment.

The limits of the company's liability for the amounts prescribed in this endorsement apply separately, to each accident, and any payment under the policy because of any one accident shall not operate to reduce the liability of the company for the payment of final judgments resulting from any other accident.

---

The Motor Carrier Act of 1980 requires limits of financial responsibility according to the type of carriage and commodity transported by the motor carrier.
It is the MOTOR CARRIER'S obligation to obtain the required limits of financial responsibility.
THE SCHEDULE OF LIMITS SHOWN BELOW DOES NOT PROVIDE COVERAGE.
The limits shown in the schedule are for information purposes only.

---

### SCHEDULE OF LIMITS
### Public Liability

| Type of Carriage | Commodity Transported | Minimum Insurance |
|---|---|---|
| (1) For-hire (In interstate or foreign commerce) | Property (Nonhazardous). | $ 750,000 |
| (2) For-hire and Private (in interstate, foreign, or intrastate commerce) | Hazardous substances, as defined in 49 CFR 171.8, transported in cargo tanks, portable tanks, or hopper-type vehicles with capacities in excess of 3,500 water gallons; or in bulk Divisions 1.1, 1.2, and 1.3 materials; any quantity of Division 2.3, Hazard Zone A, or Division 6.1, Packing Group 1, Hazard Zone A material; in bulk Division 2.1 or 2.2; or Highway route controlled quantities of a Class 7 material as defined in 49 CFR 173.403. | 5,000,000 |
| (3) For-hire and Private (in interstate or foreign commerce: in any quantity) or (in intrastate commerce: in bulk only). | Oil listed in 49 CFR 172.101; hazardous materials and hazardous substances defined in 49 CFR 171.8 and listed in 49 CFR 172.101, but not mentioned in (2) above or (4) below. | 1,000,000 |
| (4) For-hire and Private (In interstate or foreign commerce). | Any quantity of Division 1.1, 1.2 or 1.3 material; any quantity of Division 2.3, Hazard Zone A, or Division 6.1, Packing Group 1, Hazard Zone A material; or highway route controlled quantities of a Class 7 material, as defined in 49 CFR 173.403. | 5,000,000 |

Note - The type of carriage listed under numbers (1), (2), and (3) apply to vehicles with a gross vehicle weight rating of 10,000 pounds or more. The type of carriage listed under number (4) applies to all vehicles with a gross vehicle weight rating of less than 10,000 pounds.

---

### SCHEDULE OF LIMITS
### Public Liability

For-hire motor carriers of passengers operating in interstate or foreign commerce

| Vehicle Seating Capacity | Minimum Insurance |
|---|---|
| (1) Any vehicle with a seating capacity of 16 passengers or more. | $5,000,000 |
| (2) Any vehicle with a seating capacity of 15 passengers or less. | 1,500,000 |

**POLICY CHANGE ENDORSEMENT**                                    The**St.Paul**

This endorsement summarizes the changes to
your policy.  All other terms of your policy not
affected by these changes remain the same.

---

**How Your Policy Is Changed**

Your policy is extended until 01/01/04.  The Composited Rated Premium
   Adjustment Summary for this extension is included.

---

**Premium Change Which Is Due Now**
Additional premium        $54,772.00            Returned Premium

---

If issued after the date your policy            Policy issued to
begins, these spaces must be completed          DAIRY FRESH CORPORATION
and our representative must sign below.

Authorized representative            Endorsement takes effect        Policy Number
                                     12/01/03                          CK00215377
                                     Processing Date: 12/16/03  14:37  001

---

**The St Paul**

©St.Paul Fire and Marine Insurance Co.1984 All Rights Reserved

## COMPOSITE RATED PREMIUM ADJUSTMENT SUMMARY

The St.Paul

This summary applies to your:

Policy

### What This Summary Does

All or part of your composite rated premium is estimated because it's based on estimated exposure. This summary shows when and how we'll use actual exposure to figure your actual premium.

*Exposure* means the amount of premium basis developed for each coverage shown in the Premium Adjustment Table.

**When we'll figure your actual premium.** We'll figure your actual premium at the end of the policy year. If an interim audit period is shown, we'll also figure your premium at the end of each such period during the policy year.

You agree to promptly provide your actual exposure for the policy year, and if shown, each interim audit period, when we request that information or make a physical audit.

### How we'll figure your actual premium at the end of the policy year.

We'll multiply your actual exposure by the rate shown in the Premium Adjustment Table. This will determine your actual premium for the policy year. If it's more than the premium we previously charged, you'll pay the balance when due. If it's less, you'll get credit for the difference. But you won't pay less than the highest minimum premium shown for each coverage with an actual exposure for the policy year.

### How we'll figure your actual premium during the policy year.

If an interim audit period is shown, we'll multiply your actual exposure by the rate shown in the Premium Adjustment Table. This will determine your actual premium for that period. You'll pay this premium when due, in addition to any other premium we previously charged.

### Other Terms

All other terms of your policy remain the same.

**Interim audit period:**  Annual

### Premium Adjustment Table

The following applies from 12/1/03    to 01/1/04    :

Coverage:  General Liability

| Premium basis | Estimated exposure | Rate applies per $1,000 | Estimated premium | Minimum premium |
|---|---|---|---|---|
| ☒ Sales | $18,700,000 | X 0.595 = | $11,127.00 | OR $11,127.00 |

**Name of Insured**          **Policy Number** CK00215377          **Effective Date** 12/01/03

DAIRY FRESH CORPORATION                                **Processing Date** 12/16/03  14:37  001

**The St Paul**

The following applies from 12/1/03        to 01/1/04        :

Coverage:  Auto Liability

| Premium basis | Estimated exposure | Rate applies per Each | Estimated premium | Minimum premium |
|---|---|---|---|---|
| ☒ Power Unit  43 | | X $1,015.00  = | $43,645.00 | OR $43,645.00 |

Actual premium is to be determined on the "average number of vehicles" (sum of the estimated # of vehicles at inception and the actual # of vehicles at expiration divided by 2) for the policy year.

---

The following applies from            to         :

Coverage:

| Premium basis | Estimated exposure | Rate applies per | Estimated premium | Minimum premium |
|---|---|---|---|---|
| ☐ | | X      = | $ | OR $ |

---

The following applies from            to         :

Coverage:

| Premium basis | Estimated exposure | Rate applies per | Estimated premium | Minimum premium |
|---|---|---|---|---|
| ☐ | | X      = | $ | OR $ |

---