IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RALPH RATCLIFF and DAIRY )<br>FRESH OF ALABAMA, LLC )<br>F/K/A DAIRY FRESH CORPORATION )<br>)<br>Defendant. ) | **Summons**<br>(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)<br><br>CIVIL ACTION CASE NUMBER:<br><br>2:07 cv 320 - MEF |

### SUMMONS

TO DEFENDANT:   Ralph Ratcliff
5761 Suzanne Lane
Theodore, AL 36582

You are hereby summoned and required to serve upon plaintiff's attorneys:

Joel S. Isenberg, Candace L. Hudson; Ely & Isenberg, LLC., 600 Beacon Parkway West, Suite 104

Birmingham, AL 35209   (205) 313-1200

a response to the complaint which is herewith served upon you, within 20 days after service of the summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: 4-16-07

DEBRA P. HACKETT, CLERK

By: _____

Deputy Clerk

(SEAL OF COURT)

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
POST OFFICE BOX 711
MONTGOMERY, AL 36101-0711

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE<br>INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>RALPH RATCLIFF and DAIRY<br>FRESH OF ALABAMA, LLC<br>F/K/A DAIRY FRESH CORPORATION<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **Summons**<br>)   (Issued pursuant to Rule 4 of<br>)   the Federal Rules of Civil<br>)   Procedure or other appropriate<br>)   law.)<br>)<br>)   CIVIL ACTION CASE NUMBER:<br>)   2:07cv320-F<br>)<br>) |

**SUMMONS**

TO DEFENDANT:    DAIRY FRESH OF ALABAMA, LLC
f/k/a DAIRY FRESH CORPORATION
c/o THE CORPORATION COMPANY
2000 INTERSTATE PARK DR, STE 204
MONTGOMERY, AL 36109

You are hereby summoned and required to serve upon plaintiff's attorneys:

Joel S. Isenberg, Candace L. Hudson; Ely & Isenberg, LLC., 600 Beacon Parkway West, Suite 104

Birmingham, AL 35209    (205) 313-1200

a response to the complaint which is herewith served upon you, within 20 days after service of the summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: 4-16-07

DEBRA P. HACKETT, CLERK

By: _[signature]_
Deputy Clerk

(SEAL OF COURT)

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
POST OFFICE BOX 711
MONTGOMERY, AL 36101-0711