**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
The Corporation Company
☐ Agent
☐ Addressee

B. Received by (Printed Name)
The Corporation Company

C. Date of Delivery
4/17/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

DAIRY FRESH OF ALABAMA, LLC
f/k/a/ DAIRY FRESH CORPORATION

c/o The Corporation Company
2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109

2:07cv320
S&C
20

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7006 2150 0002 6025 5234

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540