**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Ralph Ratcliff
5761 Suzanne Lane
Theodore, AL 36582

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Ralph Ratcliff
☐ Agent
☐ Addressee

B. Received by ( Printed Name)
R Ratcl

C. Date of Delivery
4/18-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:07CV320
S+C

3. Service Type
☑ Certified Mail
☐ Registered
☐ Insured Mail
☐ Express Mail
☑ Return Receipt for Merchandise
☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7006 2150 0002 6025 5227

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540