IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, § § § | |
| Plaintiff, § § | CIVIL ACTION NO.: |
| vs. § § | 07-CV-320-MEF |
| § | |
| RALPH RATCLIFF and DAIRY FRESH OF ALABAMA, LLC F/K/A DAIRY FRESH CORPORATION, § § § § | |
| Defendants. § | |

### JOINT SIPULATION OF DISMISSAL

COME NOW the parties in the above-referenced case and stipulate that all of the claims asserted in the above-styled case are hereby dismissed with prejudice. Each party to bear its own costs.

_____
WILLIAM T. EILAND
Attorney for Ralph Ratcliff

**OF COUNSEL:**
EILAND & RITCHIE
4148 Oak Ridge Avenue, Suite D
Mobile, Alabama 36619

                                                JEREMY N. TROUSDALE
                                                Attorney for Dairy Fresh of Alabama, LLC

**OF COUNSEL:**
CARR, ALLISON
100 Vestavia Parkway, Suite 200
Birmingham, Alabama 35216

                                                JOEL S. ISENBERG
                                                Attorney for St. Paul Fire and Marine Insurance Company

**OF COUNSEL:**
ELY & ISENBERG, LLC
600 Beacon Parkway West, Suite 104
Birmingham, Alabama 35209